**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| *In re* | Chapter 11 |
| SKINNY LABS, INC., | Case No. 23-20518-CLC |
| Debtor. | |

# SCHEDULES OF ASSETS AND LIABILITIES FOR

**Skinny Labs, Inc.**

**Case No. 23-20518-CLC**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| *In re* | Chapter 11 |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No. 23-20514-CLC |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**<u>Introduction</u>**

    Bird Global, Inc. and its debtor affiliates (collectively, the "**Debtors**") with the assistance of the Chief Restructuring Officer (defined herein) and advisors, are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of Florida (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

    These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases (defined herein), including, without limitation, any issues involving equitable subordination, offsets, or defenses causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

    The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors'

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results may differ from such estimates.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, the Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

Christopher Rankin, as the Chief Restructuring Officer (the "Chief Restructuring Officer") of each of the Debtors, has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Rankin necessarily relied upon the efforts, statements, and representations of other of the Debtors' personnel and professionals. Mr. Rankin has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses. Accordingly, the Debtors reserve the right, as expressly provided for by Bankruptcy Rule 1009(a) to amend each of the Schedules and Statements from time to time as may be necessary or appropriate.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and

Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 3) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2.  **Description of Cases and "as of" Information Date**. On December 20, 2023 (the "**Petition Date**"), each of (i) Bird Global, Inc.; (ii) Bird Rides, Inc.; (iii) Bird US Holdco, LLC; (iv) Bird US Opco, LLC; and (v) Skinny Labs, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court (the "**Chapter 11 Cases**"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 20, 2023, the Bankruptcy Court entered orders directing procedural consolidation and joint administration of the Chapter 11 Cases, under lead Case No. 23-20514-CLC.

    **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on December 19, 2023, as applicable, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on December 19, 2023, as applicable.**

3.  **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on December 19, 2023, as applicable, in the Debtors' books and records. Additionally, because the book values of certain assets, such as equipment, work in process, patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined

amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.      **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.      **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC financing statement.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6.      **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

7.      The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  The Schedules may deduct or exclude part or all of any claim paid postpetition pursuant to the Bankruptcy Court's Orders.

8.      **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 10% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their

inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

9.    **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

10.    **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. Purchase orders and work orders may not be listed on Schedule G. The failure to include such purchase orders and work orders does not constitute an admission that such purchase orders and work orders are not executory contracts and the Debtors reserve all rights with respect thereto.

11.    **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

12.    **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13.    **Causes of Action**. Despite their reasonable and good faith efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any

6

Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **Intercompany.** The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor (or a non-Debtor affiliate) is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. While the Debtors have used reasonable efforts to ensure that the proper intercompany balances are attributed to each legal entity, all rights to amend these items on the Schedules and Statements are reserved.

Intercompany transfers can be characterized in many ways. The Debtors reserve all of their rights with respect to the intercompany balances listed in the analysis, including, but not limited to, the appropriate characterization of such intercompany balances and the amounts of such balances, which are still being identified by the Debtors. The Debtors have not made any attempt to analyze the nature, or composition, of these intercompany balances.

18. **Setoffs**. The Debtors routinely incur certain setoffs and other similar rights during the ordinary course of business. Setoffs in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such setoffs and other similar rights may have been accounted for when certain amounts were included in the Schedules, setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

19. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

> **Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on December 19, 2023, as applicable, unless otherwise noted below.

> **Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on December 19, 2023, as applicable. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition and Post-Petition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief* [ECF No. 11].

> **Schedule A/B 11**. Accounts receivable do not include intercompany receivables. While the Debtors have made reasonable efforts to treat accounts receivable as described in this Global Note, accounts receivable may reflect certain credit amounts owed to a particular creditor.  By doing so, the Debtors do not admit the validity of any particular credit or right of setoff or recoupment and reserve all rights to dispute any such Claims.

> **Schedules A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15.

> **Schedule A/B 72**. The Debtors may have net operating losses, the value of which is undetermined.  The failure to include a net operating loss or list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

**Schedule A/B 73**. The Debtors are the primary or additional policyholders under certain workers' compensation, business liability, and various liability, property, and other insurance policies and programs, which the Debtors pay directly. In connection with the operation of their businesses, the Debtors maintain the Insurance Programs through several various insurance carriers , including, but not limited to, the insurance programs and Insurance Carriers identified in Exhibit B of the *Debtors' Emergency Motion for an Order Authorizing The Debtors to (I) Continue Administering Insurance Policies and Surety Bond Programs; (II) Continue Paying Certain Brokerage Fees; and (III) Satisfy Other Obligations Related Thereto in the Ordinary Course of Business* [ECF No. 12].

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their vendors. Additionally, certain of the Debtors may be or become party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to such creditor's claim.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F part 1**
Payroll and Taxes accrued as of filing have been subsequently paid pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Workforce Obligations and (B) Maintain Employee Benefit Programs, (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor Prepetition Transfers, and (III) Granting Related Relief* [ECF No. 61] and the *Order Granting Debtors' Emergency Motion for Authorization to Pay Prepetition Sales, Use, Trust Fund, and Other Taxes and Similar Obligations* [ECF No. 59], respectively.  The Company has paid its tax obligations through November 30, 2023.  The Company is currently compiling the amounts due to taxing authorities between December 1 – 19, 2023.

**Schedule E/F  part  2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors'

books and records as of the Petition Date which includes unpaid invoices received and the Company's estimate accrual for invoices that have yet to be received.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' best reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G due to confidentiality restrictions and/or their commerically sensitive nature. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This

multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider or amounts recorded in different financial systems used by the Debtor at its various operating locations. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Payments to Creditors within 90 Days (Statement Part 2, question 3)**. Statement Part 2, question 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4) and employees.

**Non-business Revenue (Statement Part 2, question 4)**. Statement Part 2, question 4 does not account for a respective Debtor's intercompany transactions that are purely accounting balancing entries as opposed to actual payments. With respect to individuals, the amounts

listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), and expense reimbursement.

The Debtors have included all payroll distributions and, benefits, bonuses and expense reimbursements, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."  Certain members of senior management are employed and paid by non-Debtors.

**Legal Actions or Assignments (Statement Part 3, question 7)**. Information provided in Statement Part 3, question 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement Part 3, question 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Financial Institutions (Statement Part 13, question 26(d))**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements for the purposes of Statement Part 13, question 26(d).

**Consolidated Tax Group (Statement Part 13, question 31)**.  The Debtors file tax returns on a consolidated level at the Bird Global, Inc. level.  Certain tax obligations, refunds and net operating losses may therefore not be listed for an individual Debtor.  Nothing in the Statements or Schedules is an admission that a particular Debtor is liable with respect to any particular tax liability.  The failure to include a tax refund, or net operating loss, or to list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

* * * * *END OF GLOBAL NOTES* * * * *

*SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE*

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Skinny Labs, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-20518</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |
| --- |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,140,682,427.97 |
| --- |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,140,682,427.97 |
| --- |

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| UNKNOWN |
| --- |

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $206,190.75 |
| --- |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

| + $10,739,741.05 |
| --- |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $10,945,931.80 |
| --- |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Skinny Labs, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-20518 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.    DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.    CASH ON HAND**

NONE

**3.    CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | FIRST CITIZENS | CHECKING | 7347 | $1,305.82 |
| 3.2. | FIRST CITIZENS | SAVINGS | 5805 | $0.99 |
| 3.3. | JP MORGAN | COLLATERAL | 2068 | $313,183.11 |
| 3.4. | JP MORGAN | CONCENTRATION | 1262 | $1,373,183.85 |

**4.    OTHER CASH EQUIVALENTS**

| | | |
|---|---|---|
| 4.1. | ADYEN COLLECTIONS/RECEIPTS ACCOUNT | $331,066.49 |
| 4.2. | PAYPAL COLLECTIONS/RECEIPTS ACCOUNT | $2,592.19 |

| 5 | **Total of Part 1.**<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $2,021,332.45 |
|---|---|---|

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

|  | | Current value of debtor's interest |
|---|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | INSURANCE DEPOSIT: ATLANTIC SPECIALTY INSURANCE COMPANY DBA INTACT SERVICES USA, LLC | $440,000.00 |
| 7.2. | INSURANCE DEPOSIT: ATLANTIC SPECIALTY INSURANCE COMPANY DBA INTACT SERVICES USA, LLC | $113,186.80 |
| 7.3. | PERMIT DEPOSIT: CITY OF PHOENIX | $10,001.10 |
| 7.4. | PERMIT DEPOSIT: CITY OF PHOENIX STREET TRANSPORTION DEPARTMENT | $10,000.00 |
| 7.5. | RENT SECURITY DEPOSIT: 1506-18 SPRINGFIELD LLC | $1,000.00 |
| 7.6. | RENT SECURITY DEPOSIT: 413 N LARCH, LLC | $7,000.00 |
| 7.7. | RENT SECURITY DEPOSIT: 435 WEST AVE ASSOCIATES, LLC | $2,700.00 |
| 7.8. | RENT SECURITY DEPOSIT: 630-640 EUBANKS COURT LLC | $3,360.00 |
| 7.9. | RENT SECURITY DEPOSIT: ADA STREET FACTORY, LLC | $13,880.17 |
| 7.10. | RENT SECURITY DEPOSIT: AJOR PROPERTY GROUP LLC | $9,800.00 |
| 7.11. | RENT SECURITY DEPOSIT: AL 14 LLC | $500.00 |
| 7.12. | RENT SECURITY DEPOSIT: AMPLE STORAGE BAILEY BRIDGE ROAD, LLC | $2,100.00 |
| 7.13. | RENT SECURITY DEPOSIT: AUSTIN GLOBAL HOLDINGS LLC | $2,500.00 |
| 7.14. | RENT SECURITY DEPOSIT: BONNIE BLUE PROPERTIES, LLC | $3,375.00 |
| 7.15. | RENT SECURITY DEPOSIT: BOV-RAC UTAH LLC | $3,755.00 |
| 7.16. | RENT SECURITY DEPOSIT: BRIAN RIGGS DBA D&D ENTERPRISE LLC | $309.50 |
| 7.17. | RENT SECURITY DEPOSIT: CAM BECHER, LLC | $2,900.00 |
| 7.18. | RENT SECURITY DEPOSIT: CB&B REALTY LTD. | $2,031.00 |
| 7.19. | RENT SECURITY DEPOSIT: CEDARWOOD COMMERCIAL PROPERTIES LP | $3,066.67 |
| 7.20. | RENT SECURITY DEPOSIT: CHERRY STREET CLL, LLC | $4,500.00 |
| 7.21. | RENT SECURITY DEPOSIT: CHEYENNE INVESTMENTS, LLC | $2,083.33 |
| 7.22. | RENT SECURITY DEPOSIT: CORNER SHOP, LLC | $4,800.00 |
| 7.23. | RENT SECURITY DEPOSIT: COSTA VERDE INVESTMENTS, LLC | $2,000.00 |
| 7.24. | RENT SECURITY DEPOSIT: FLT EQUITY DBA RTA WILLOW TRACE II, LLC | $1,957.00 |
| 7.25. | RENT SECURITY DEPOSIT: GRANTMAN PROPERTIES, LLC | $8,213.34 |
| 7.26. | RENT SECURITY DEPOSIT: GRANTMAN PROPERTIES, LLC | $1,400.00 |
| 7.27. | RENT SECURITY DEPOSIT: HARRISPARK PROPERTIES INC. | $2,200.00 |
| 7.28. | RENT SECURITY DEPOSIT: J&P ATLANTA, LLC | $3,650.00 |
| 7.29. | RENT SECURITY DEPOSIT: LA JOLLA BUSINESS CENTER | $6,911.00 |
| 7.30. | RENT SECURITY DEPOSIT: LAKESIDE PROPERTIES DEVELOPMENT, LTD | $10,967.67 |
| 7.31. | RENT SECURITY DEPOSIT: LANCASTER RENTALS, LLC | $1,000.00 |
| 7.32. | RENT SECURITY DEPOSIT: LAWRENCE E. SCHWARZ AND ANN L. SCHWARZ | $5,100.00 |
| 7.33. | RENT SECURITY DEPOSIT: LM HOLDINGS SLC, LLC | $11,327.00 |
| 7.34. | RENT SECURITY DEPOSIT: LUEBKE FAMILY PARTNERSHIP | $23,400.00 |
| 7.35. | RENT SECURITY DEPOSIT: MDA PROPERTIES LLC | $500.00 |
| 7.36. | RENT SECURITY DEPOSIT: METRO DEVELOPMENT LLC | $5,370.00 |
| 7.37. | RENT SECURITY DEPOSIT: MR. CABINET MANUFACTURING INC | $900.00 |
| 7.38. | RENT SECURITY DEPOSIT: NITTAY VIEW PARTNERSHIP | $3,000.00 |
| 7.39. | RENT SECURITY DEPOSIT: NORTH LAKES CENTER, LLC | $1,400.00 |
| 7.40. | RENT SECURITY DEPOSIT: ROBERT G. KLATT | $4,500.00 |
| 7.41. | RENT SECURITY DEPOSIT: SAN FRANCISCO MARKET CORPORATION | $53,100.00 |
| 7.42. | RENT SECURITY DEPOSIT: SBS GROUP, LLC | $11,320.00 |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
| | (Name) | | | |

| | | Current value of debtor's interest |
|---|---|---|

**7.  DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.43. | RENT SECURITY DEPOSIT: SCIO COMMERCE CENTER LLC | $4,000.00 |
|---|---|---|
| 7.44. | RENT SECURITY DEPOSIT: SL6 FLA INDUSTRIAL, LP | $10,000.00 |
| 7.45. | RENT SECURITY DEPOSIT: SOFIA, LLC | $1,646.00 |
| 7.46. | RENT SECURITY DEPOSIT: STEP4WARD GOLF PROPERTIES LLC | $1,700.00 |
| 7.47. | RENT SECURITY DEPOSIT: TRAVIS D. STEPHENS AND TRENT D. STEPHENS | $1,600.00 |
| 7.48. | RENT SECURITY DEPOSIT: WEWORK - 2 EMBARCADERO CENTER TENANT LLC | $4,350.00 |
| 7.49. | SECURITY DEPOSIT: DEEL INC. | $109,281.57 |
| 7.50. | SECURITY DEPOSIT: SEGWAY-NINEBOT | $390,811.65 |
| 7.51. | SURETY BOND: JPMORGAN | $313,000.00 |
| 7.52. | UTILITY DEPOSIT: CITY OF SALEM FINANCE DEPARTMENT | $500.00 |

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 8.1. | PREPAID INSURANCE: LIBERTY MUTUAL INSURANCE COMPANY | $298.03 |
|---|---|---|
| 8.2. | PREPAID INSURANCE: WILLIS TOWERS WATSON INSURANCE SERVICES WEST, INC. | $139,753.35 |
| 8.3. | PREPAID PERMIT FEE:  CITY OF CHICAGO DEPARTMENT OF BUSINESS AFFAIRS AND CONSUMER PROTECTION | $267,421.36 |
| 8.4. | PREPAID PERMIT FEE: ARLINGTON COUNTY TREASURER | $1,612.89 |
| 8.5. | PREPAID PERMIT FEE: CITY OF ALEXANDRIA | $8,326.64 |
| 8.6. | PREPAID PERMIT FEE: CITY OF FAYETTVILLE | $8,847.31 |
| 8.7. | PREPAID PERMIT FEE: CITY OF FORT COLLINS | $5,322.60 |
| 8.8. | PREPAID PERMIT FEE: CITY OF GAINESVILLE | $3,727.90 |
| 8.9. | PREPAID PERMIT FEE: CITY OF MILWAUKEE | $1,689.11 |
| 8.10. | PREPAID PERMIT FEE: CITY OF RICHMOND | $9,049.86 |
| 8.11. | PREPAID PERMIT FEE: CITY OF SAN DIEGO | $12,311.81 |
| 8.12. | PREPAID PERMIT FEE: CITY OF STILLWATER | $9,233.87 |
| 8.13. | PREPAID PERMIT FEE: CITY OF TALLAHASSEE | $26,689.55 |
| 8.14. | PREPAID PERMIT FEE: COLORADO STATE UNIVERSITY | $4,790.32 |
| 8.15. | PREPAID PERMIT FEE: COLUMBUS - CITY TREASURER ELECTRIC SERVICES | $1,456.26 |
| 8.16. | PREPAID PERMIT FEE: DIRECTOR OF FINANCE- BALTIMORE CITY | $1,129.02 |
| 8.17. | PREPAID PERMIT FEE: GOVERNMENT OF DISTRICT OF COLUMBIA | $967.74 |
| 8.18. | PREPAID PERMIT FEE: LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT | $4,180.93 |
| 8.19. | PREPAID PERMIT FEE: LOUISIANA STATE UNIVERSITY | $19,959.68 |
| 8.20. | PREPAID PERMIT FEE: MICHIGAN STATE UNIVERSITY | $2,594.23 |
| 8.21. | PREPAID PERMIT FEE: SFMTA | $20,441.20 |
| 8.22. | PREPAID PERMIT FEE: THE CITY OF COLUMBUS | $2,540.33 |
| 8.23. | PREPAID PERMIT FEE: UNIVERSITY OF UTAH | $87,500.00 |
| 8.24. | PREPAID RENT: 2020 FAIRVIEW AVENUE, LLC | $13,000.00 |
| 8.25. | PREPAID RENT: 2020 FAIRVIEW AVENUE, LLC | $5,032.26 |
| 8.26. | PREPAID RENT: 413 N LARCH, LLC | $511.61 |
| 8.27. | PREPAID RENT: 7840 MAIN LLC | $740.09 |
| 8.28. | PREPAID RENT: ADA STREET FACTORY, LLC | $571.74 |

| | Current value of debtor's interest |
|---|---|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.29. | PREPAID RENT: AJOR PROPERTY GROUP LLC | $358.06 |
| 8.30. | PREPAID RENT: AMPLE STORAGE EAST CLUB | $2,513.42 |
| 8.31. | PREPAID RENT: AUSTIN GLOBAL HOLDINGS LLC | $393.76 |
| 8.32. | PREPAID RENT: BIKEHUB | $1,283.06 |
| 8.33. | PREPAID RENT: BONNIE BLUE PROPERTIES, LLC | $628.85 |
| 8.34. | PREPAID RENT: CAM BECHER, LLC | $286.45 |
| 8.35. | PREPAID RENT: CB&B REALTY LTD. | $214.61 |
| 8.36. | PREPAID RENT: CEDARWOOD COMMERCIAL PROPERTIES, LP | $304.19 |
| 8.37. | PREPAID RENT: CHEYENNE INVESTMENTS, LLC | $2,083.33 |
| 8.38. | PREPAID RENT: CHEYENNE INVESTMENTS, LLC | $806.45 |
| 8.39. | PREPAID RENT: CORNER SHOP, LLC | $76.93 |
| 8.40. | PREPAID RENT: COSTA VERDE INVESTMENTS, LLC | $20.40 |
| 8.41. | PREPAID RENT: FLT EQUITY DBA RTA WILLOW TRACE II, LLC | $311.74 |
| 8.42. | PREPAID RENT: J&P ATLANTA LLC | $4,982.45 |
| 8.43. | PREPAID RENT: LA JOLLA BUSINESS CENTER | $8,000.00 |
| 8.44. | PREPAID RENT: LA JOLLA BUSINESS CENTER | $3,096.77 |
| 8.45. | PREPAID RENT: LAWRENCE E. SCHWARZ AND ANN L. SCHWARZ | $365.32 |
| 8.46. | PREPAID RENT: MR. CABINET MANUFACTURING INC. | $900.00 |
| 8.47. | PREPAID RENT: MR. CABINET MANUFACTURING INC. | $348.39 |
| 8.48. | PREPAID RENT: SL6 FLA INDUSTRIAL, LP | $1,322.54 |
| 8.49. | PREPAID RENT:PORTLAND ANDERSON 213, LLC | $16,076.45 |
| 8.50. | PREPAID SERVICE FOR SOFTWARE: AMPLITUDE INC. | $27,957.00 |
| 8.51. | PREPAID SERVICE FOR SOFTWARE: BRAZE INC. | $55,945.42 |
| 8.52. | PREPAID SERVICE FOR SOFTWARE: CDW DIRECT LLC | $18,861.27 |
| 8.53. | PREPAID SERVICE FOR SOFTWARE: CONTRIBSYS.COM | $2,064.44 |
| 8.54. | PREPAID SERVICE FOR SOFTWARE: DOCUSIGN INC. | $5,238.58 |
| 8.55. | PREPAID SERVICE FOR SOFTWARE: EMBURSE INC. | $29,729.03 |
| 8.56. | PREPAID SERVICE FOR SOFTWARE: EVISORT INC. | $3,949.68 |
| 8.57. | PREPAID SERVICE FOR SOFTWARE: FIVETRAN INC. | $19,135.79 |
| 8.58. | PREPAID SERVICE FOR SOFTWARE: FORMAGRID, INC DBA AIRTABLE | $17,333.57 |
| 8.59. | PREPAID SERVICE FOR SOFTWARE: LESSONLY, INC. | $2,608.33 |
| 8.60. | PREPAID SERVICE FOR SOFTWARE: OKTA, INC. | $25,971.73 |
| 8.61. | PREPAID SERVICE FOR SOFTWARE: ORACLE AMERICA, INC. (NETSUITE) | $53,205.80 |
| 8.62. | PREPAID SERVICE FOR SOFTWARE: PREDICTHQ LIMITED | $2,644.13 |
| 8.63. | PREPAID SERVICE FOR SOFTWARE: RETOOL, INC. | $11,937.97 |
| 8.64. | PREPAID SERVICE FOR SOFTWARE: ROOTLY INC. | $3,850.00 |
| 8.65. | PREPAID SERVICE FOR SOFTWARE: SMARTPROCURE, INC. DBA GOVSPEND | $3,543.63 |
| 8.66. | PREPAID SERVICE FOR SOFTWARE: SPROUT SOCIAL, INC. | $2,483.47 |
| 8.67. | PREPAID SERVICE FOR SOFTWARE: TAXJAR | $16,022.52 |
| 8.68. | PREPAID SERVICE FOR SOFTWARE: TRANSIFEX | $8,377.52 |
| 8.69. | PREPAID SERVICE FOR SOFTWARE: TRANSLOC, INC. | $4,585.16 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.70. | PREPAID SERVICE FOR SOFTWARE: WORKDAY INC | $106,620.80 |
| 8.71. | PREPAID WORKER'S COMP:  MARSH USA, INC. | $474,812.02 |
| 8.72. | PREPAID WORKER'S COMP:  OHIO BUREAU OF WORKERS' COMPENSATION | $10,974.97 |
| 8.73. | PREPAIDRENT: SAN FRANCISCO MARKET CORPORATION | $39,070.35 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $3,288,949.84 |
|---|---|---|

**Part 3:**    **ACCOUNTS RECEIVABLE**

**10.** **DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11.** **ACCOUNTS RECEIVABLE**

| | | | | | |
|---|---|---|---|---|---|
| 90 DAYS OR LESS | $595,686.91 | - | $0.00 | → | $595,686.91 |
| | face amount | | doubtful or uncollectable accounts | | |
| OVER 90 DAYS | $66,591.88 | - | $0.00 | → | $66,591.88 |
| | face amount | | doubtful or uncollectable accounts | | |

| 12 | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $662,278.79 |
|---|---|---|

**Part 4:**    **INVESTMENTS**

**13.** **DOES THE DEBTOR OWN ANY INVESTMENTS?**
☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.** **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1. | SPIN MOBILITY GMBH | 100% | N/A | UNDETERMINED |
| 15.2. | SPIN MOBILITY INC. | 100% | N/A | UNDETERMINED |
| 15.3. | SPIN MOBILITY S.A.S. | 100% | N/A | UNDETERMINED |
| 15.4. | SPIN MOBILITY SL | 100% | N/A | UNDETERMINED |
| 15.5. | SPIN MOBILITY UNIPESSOAL LDA | 100% | N/A | UNDETERMINED |
| 15.6. | SPIN MOBILITY, UNIPESSOAL LDA | 100% | N/A | UNDETERMINED |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| 17 | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | UNDETERMINED |
|---|---|---|

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| NONE | | | | |
| **20. WORK IN PROGRESS** | | | | |
| NONE | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.   FINISHED GOODS | 10/06/2023 | $5,327,269.09 | COST | $5,327,269.09 |
| 21.2.   JIT TRANSPORTATION | 10/06/2023 | $3,533,345.83 | COST | $3,533,345.83 |
| 21.3.   PARTSCLOUD | 10/09/2023 | $1,793,923.26 | COST | $1,793,923.26 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |
| NONE | | | | |

| 23 | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $10,654,538.18 |
|---|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30. FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| | |
|---|---|
| **33 Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** NONE | | | |
| **40. OFFICE FIXTURES** NONE | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTER EQUIPMENT AND HARDWARE | $90,035.83 | COST | $90,035.83 |
| **42. COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES NONE | | | |

| | |
|---|---|
| **43 Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $90,035.83 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

## Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES

**46.    DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.    AUTOMOBILES - VARIOUS | $3,457.33 | COST | $3,457.33 |
| **48.    WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49.    AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |
| **50.    OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    OTHER MATCHINERY, FIXTURES AND EQUIPMENT | $25,872,423.55 | COST | $25,872,423.55 |

| 51 | Total of Part 8.<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | $25,875,880.88 |
|---|---|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:    REAL PROPERTY

**54.    DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    101 N HAVEN ST., BALTIMORE, MD, 21224 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.2.    11022 WEST BECHER STREET, WEST ALLIS, WI, 53227 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.3.    116 EAST LOUDON AVE, LEXINGTON, KY, 40505 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.4.    1310 WESTERN AVE, PITTSBURGH, PA, 15233 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.5.    1338 W CONCORD PLACE, CHICAGO, IL, 60642 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.6.    1405 UNITED DRIVE SUITE 101, SAN MARCOS, TX, 78666 | LEASE | UNDETERMINED | N/A | UNDETERMINED |

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.7.  143 HAWBAKER INDUSTRIAL DRIVE, SUITE 105, STATE COLLEGE, PA, 16803 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.8.  1506-A SPRINGFIELD, DAYTON, OH, 45403 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.9.  1653 12TH STREET, SANTA MONICA, CA, 90404 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.10.  1661 20TH STREET, SUITE 5, OAKLAND, CA, 94607 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.11.  1702 ATLANTA AVE, SUITE B, ORLANDO, FL, 32806 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.12.  2020 FAIRVIEW AVE NE, WASHINGTON DC, DC, 20002 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.13.  2101 NW YORK STREET, PORTLAND, OR, 97210 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.14.  2200-A DOMINION STREET, DURHAM, NC, 27704 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.15.  2416 N TRISTYN DRIVE LOT 6, STILLWATER, OK, 74075 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.16.  2491 N HIGH STREET, COLUMBUS, OH, 43202 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.17.  2544 SOUTH WEST TEMPLE, SALT LAKE CITY, UT, 84115 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.18.  2650 S. SCHOOL UNIT 3, FAYETTEVILLE, AR, 72701 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.19.  2880 HWY 95 SOUTH #3, MOSCOW, ID, 83843 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.20.  330 WATERMAN AVE, EAST PROVIDENCE, RI, 02914 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.21.  3358 GARBER DRIVE, TALLAHASSEE, FL, 32303 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.22.  345 METTY DR., ANN ARBOR, MI, 48103 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.23.  3538 N. ROMERO ROAD SUITE 160, TUCSON, AZ, 85705 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.24.  3900-107 TARHEEL DRIVE, RALEIGH, NC, 27609 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.25.  409 DELOZIER DRIVE, SUITE B, FORT COLLINS, CO, 80524 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.26.  409 E LABURNUM AVE., RICHMOND, VA, 23222 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.27.  413 N LARCH STREET, LANSING, MI, 48912 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.28.  4401 N CHERRY STREET, WINSTON SALEM, NC, 27105 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.29.  455 TOLAND STREET, SAN FRANCISCO, CA, 94124 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.30.  5131 SANTA FE ST SUITE C/D, SAN DIEGO, CA, 92037 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.31.  530 GRANT STREET, AKRON, OH, 44311 | LEASE | UNDETERMINED | N/A | UNDETERMINED |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.32. | 5412 PIONEER PARK BLVD. SUITE D, TAMPA, FL, 33634 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.33. | 5649 ALABAMA HIGHWAY 14 WEST, AUBURN, ALABAMA, 36832 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.34. | 607 NW 13TH STREET, GAINESVILLE, FL, 32601 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.35. | 607 NW 13TH STREET, GAINESVILLE, FL, 32601 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.36. | 618-620 W 4TH ST, SALEM, SALEM, VA, 24153 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.37. | 640 EUBANKS COURT, SUITE 700, VACAVILLE, CA, 95688 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.38. | 740 W GRANT STREET, PHOENIX, AZ, 85007 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.39. | 7840 MAIN STREET NE, MINNEAPOLIS, MN, 55432 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.40. | 830 FESSLERS PARKWAY #111, NASHVILLE, TN, 37210 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.41. | 935 NORTH 1300 WEST, ST. GEORGE, UT, 84770 | LEASE | UNDETERMINED | N/A | UNDETERMINED |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |
|---|---|---|

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
☒ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY**

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.1. | SPIN CHARACTER MARK - APPLICATION NUMBER 5604148 | UNDETERMINED | N/A | UNDETERMINED |
| 60.2. | SPIN CHARACTER MARK - APPLICATION NUMBER 88937070 | UNDETERMINED | N/A | UNDETERMINED |
| 60.3. | SPIN LOGO (IN ORANGE) WORD AND DEVICE - APPLICATION NUMBER 2082765 | UNDETERMINED | N/A | UNDETERMINED |
| 60.4. | SPIN LOGO (IN ORANGE) WORD AND DEVICE - APPLICATION NUMBER 2082767 | UNDETERMINED | N/A | UNDETERMINED |
| 60.5. | SPIN LOGO (IN ORANGE) WORD AND DEVICE - APPLICATION NUMBER 208766 | UNDETERMINED | N/A | UNDETERMINED |
| 60.6. | SPIN WORD - APPLICATION NUMBER 18240238 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.7.   SPIN WORD - APPLICATION NUMBER 18310618 | UNDETERMINED | N/A | UNDETERMINED |
| 60.8.   SPIN WORD - APPLICATION NUMBER 18310618 | UNDETERMINED | N/A | UNDETERMINED |
| 60.9.   SPIN WORD - APPLICATION NUMBER 204625840 | UNDETERMINED | N/A | UNDETERMINED |
| 60.10.   SPIN WORD - APPLICATION NUMBER 302020101987.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.11.   SPIN WORD - APPLICATION NUMBER 5803797 | UNDETERMINED | N/A | UNDETERMINED |
| 60.12.   SPIN WORD - APPLICATION NUMBER UK000034904 56 | UNDETERMINED | N/A | UNDETERMINED |
| 60.13.   SPIN WORD - APPLICATION NUMBER UK0000365502 9 | UNDETERMINED | N/A | UNDETERMINED |
| 60.14.   SPIN WORD - APPLICATION NUMBER UK0091831061 8 | UNDETERMINED | N/A | UNDETERMINED |
| 60.15.   SPIN WORD IN STYLIZED FORM - APPLICATION NUMBER 18241211 | UNDETERMINED | N/A | UNDETERMINED |
| 60.16.   SPIN WORD IN STYLIZED FORM - APPLICATION NUMBER 18310617 | UNDETERMINED | N/A | UNDETERMINED |
| 60.17.   SPIN WORD IN STYLIZED FORM - APPLICATION NUMBER 88937057 | UNDETERMINED | N/A | UNDETERMINED |
| 60.18.   SPIN WORD IN STYLIZED FORM - APPLICATION NUMBER UK0000352832 2 | UNDETERMINED | N/A | UNDETERMINED |
| 60.19.   SPIN WORD IN STYLIZED FORM - APPLICATION NUMBER UK0091831061 7 | UNDETERMINED | N/A | UNDETERMINED |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   SPINWEB | UNDETERMINED | N/A | UNDETERMINED |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1.   LICENSES & PERMITS (VARIOUS) | UNDETERMINED | N/A | UNDETERMINED |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65. GOODWILL** | | | |

| 66 | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | UNDETERMINED |
|---|---|---|

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☑ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

| **Part 11:** | **ALL OTHER ASSETS** |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                               Current value of debtor's interest

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| | | Current value of debtor's interest |
|---|---|---|

**71.  NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**NONE**

**72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | | |
|---|---|---|---|---|
| 72.1. | NOL FOR ALABAMA | Tax year | 2018 | $69,830.00 |
| 72.2. | NOL FOR ALABAMA | Tax year | 2019 | $208,093.00 |
| 72.3. | NOL FOR ALABAMA | Tax year | 2020 | $16,117.00 |
| 72.4. | NOL FOR ALABAMA | Tax year | 2022 | $129,039.00 |
| 72.5. | NOL FOR ALABAMA | Tax year | 2023 | UNDETERMINED |
| 72.6. | NOL FOR ARIZONA | Tax year | 2022 | $736,994.00 |
| 72.7. | NOL FOR ARIZONA | Tax year | 2023 | UNDETERMINED |
| 72.8. | NOL FOR ARKANSAS | Tax year | 2022 | $535,555.00 |
| 72.9. | NOL FOR ARKANSAS | Tax year | 2023 | UNDETERMINED |
| 72.10. | NOL FOR CALIFORNIA | Tax year | 2016 | $14,084.00 |
| 72.11. | NOL FOR CALIFORNIA | Tax year | 2017 | $466,184.00 |
| 72.12. | NOL FOR CALIFORNIA | Tax year | 2018 | $2,063,393.00 |
| 72.13. | NOL FOR CALIFORNIA | Tax year | 2019 | $5,264,544.00 |
| 72.14. | NOL FOR CALIFORNIA | Tax year | 2020 | $15,065,795.00 |
| 72.15. | NOL FOR CALIFORNIA | Tax year | 2021 | $23,919,293.00 |
| 72.16. | NOL FOR CALIFORNIA | Tax year | 2022 | $10,730,221.00 |
| 72.17. | NOL FOR CALIFORNIA | Tax year | 2023 | UNDETERMINED |
| 72.18. | NOL FOR COLORADO | Tax year | 2017 | $30,556.00 |
| 72.19. | NOL FOR COLORADO | Tax year | 2018 | $537,245.00 |
| 72.20. | NOL FOR COLORADO | Tax year | 2019 | $3,553,316.00 |
| 72.21. | NOL FOR COLORADO | Tax year | 2020 | $2,753,228.00 |
| 72.22. | NOL FOR COLORADO | Tax year | 2021 | $1,479,735.00 |
| 72.23. | NOL FOR COLORADO | Tax year | 2022 | $1,234,627.00 |
| 72.24. | NOL FOR COLORADO | Tax year | 2023 | UNDETERMINED |
| 72.25. | NOL FOR DC | Tax year | 2017 | $457,884.00 |
| 72.26. | NOL FOR DC | Tax year | 2018 | $1,240,618.00 |
| 72.27. | NOL FOR DC | Tax year | 2019 | $10,181,104.00 |
| 72.28. | NOL FOR DC | Tax year | 2020 | $8,667,008.00 |
| 72.29. | NOL FOR DC | Tax year | 2021 | $20,176,251.00 |
| 72.30. | NOL FOR DC | Tax year | 2022 | $9,266,129.00 |
| 72.31. | NOL FOR DC | Tax year | 2023 | UNDETERMINED |
| 72.32. | NOL FOR FLORIDA | Tax year | 2017 | $248,309.00 |
| 72.33. | NOL FOR FLORIDA | Tax year | 2018 | $1,224,676.00 |
| 72.34. | NOL FOR FLORIDA | Tax year | 2019 | $7,186,367.00 |
| 72.35. | NOL FOR FLORIDA | Tax year | 2020 | $7,946,298.00 |
| 72.36. | NOL FOR FLORIDA | Tax year | 2021 | $11,758,720.00 |
| 72.37. | NOL FOR FLORIDA | Tax year | 2022 | $5,780,117.00 |
| 72.38. | NOL FOR FLORIDA | Tax year | 2023 | UNDETERMINED |
| 72.39. | NOL FOR GEORGIA | Tax year | 2022 | $857,394.00 |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**72.    TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | | |
|---|---|---|---|---|
| 72.40. | NOL FOR GEORGIA | Tax year | 2023 | UNDETERMINED |
| 72.41. | NOL FOR IDAHO | Tax year | 2019 | $664,415.00 |
| 72.42. | NOL FOR IDAHO | Tax year | 2020 | $957,534.00 |
| 72.43. | NOL FOR IDAHO | Tax year | 2021 | $1,335,761.00 |
| 72.44. | NOL FOR IDAHO | Tax year | 2022 | $402,445.00 |
| 72.45. | NOL FOR IDAHO | Tax year | 2023 | UNDETERMINED |
| 72.46. | NOL FOR ILLINOIS | Tax year | 2019 | $900,575.00 |
| 72.47. | NOL FOR ILLINOIS | Tax year | 2020 | $3,761,428.00 |
| 72.48. | NOL FOR ILLINOIS | Tax year | 2021 | $291.00 |
| 72.49. | NOL FOR ILLINOIS | Tax year | 2022 | $393,106.00 |
| 72.50. | NOL FOR ILLINOIS | Tax year | 2023 | UNDETERMINED |
| 72.51. | NOL FOR INDIANA | Tax year | 2022 | $636,073.00 |
| 72.52. | NOL FOR INDIANA | Tax year | 2023 | UNDETERMINED |
| 72.53. | NOL FOR KANSAS | Tax year | 2019 | $889,670.00 |
| 72.54. | NOL FOR KANSAS | Tax year | 2020 | $623,440.00 |
| 72.55. | NOL FOR KANSAS | Tax year | 2021 | $475,374.00 |
| 72.56. | NOL FOR KANSAS | Tax year | 2022 | $194,132.00 |
| 72.57. | NOL FOR KANSAS | Tax year | 2023 | UNDETERMINED |
| 72.58. | NOL FOR KENTUCKY | Tax year | 2018 | $851,367.00 |
| 72.59. | NOL FOR KENTUCKY | Tax year | 2019 | $558,670.00 |
| 72.60. | NOL FOR KENTUCKY | Tax year | 2020 | $582,579.00 |
| 72.61. | NOL FOR KENTUCKY | Tax year | 2021 | $772,210.00 |
| 72.62. | NOL FOR KENTUCKY | Tax year | 2022 | $220,177.00 |
| 72.63. | NOL FOR KENTUCKY | Tax year | 2023 | UNDETERMINED |
| 72.64. | NOL FOR MARYLAND | Tax year | 2018 | $16,812.00 |
| 72.65. | NOL FOR MARYLAND | Tax year | 2019 | $4,463.00 |
| 72.66. | NOL FOR MARYLAND | Tax year | 2020 | $14,890.00 |
| 72.67. | NOL FOR MARYLAND | Tax year | 2021 | $6,544.00 |
| 72.68. | NOL FOR MARYLAND | Tax year | 2022 | $41,262.00 |
| 72.69. | NOL FOR MARYLAND | Tax year | 2023 | UNDETERMINED |
| 72.70. | NOL FOR MASSACHUSETTS | Tax year | 2019 | $1,106,523.00 |
| 72.71. | NOL FOR MASSACHUSETTS | Tax year | 2020 | $262,516.00 |
| 72.72. | NOL FOR MASSACHUSETTS | Tax year | 2021 | $525,137.00 |
| 72.73. | NOL FOR MASSACHUSETTS | Tax year | 2022 | $257,357.00 |
| 72.74. | NOL FOR MASSACHUSETTS | Tax year | 2023 | UNDETERMINED |
| 72.75. | NOL FOR MICHIGAN | Tax year | 2018 | $622,528.00 |
| 72.76. | NOL FOR MICHIGAN | Tax year | 2019 | $5,500,616.00 |
| 72.77. | NOL FOR MICHIGAN | Tax year | 2020 | $9,116,101.00 |
| 72.78. | NOL FOR MICHIGAN | Tax year | 2021 | $10,712,718.00 |
| 72.79. | NOL FOR MICHIGAN | Tax year | 2022 | $2,494,888.00 |
| 72.80. | NOL FOR MICHIGAN | Tax year | 2023 | UNDETERMINED |
| 72.81. | NOL FOR MINNESOTA | Tax year | 2019 | $5,500,616.00 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | | |
|---|---|---|---|---|
| 72.82. | NOL FOR MINNESOTA | Tax year | 2022 | $417,430.00 |
| 72.83. | NOL FOR MINNESOTA | Tax year | 2023 | UNDETERMINED |
| 72.84. | NOL FOR MISSOURI | Tax year | 2018 | $11,240,602.00 |
| 72.85. | NOL FOR MISSOURI | Tax year | 2019 | $83,391,589.00 |
| 72.86. | NOL FOR MISSOURI | Tax year | 2020 | $94,807,691.00 |
| 72.87. | NOL FOR MISSOURI | Tax year | 2021 | $145,507,757.00 |
| 72.88. | NOL FOR MISSOURI | Tax year | 2022 | $64,560,727.00 |
| 72.89. | NOL FOR MISSOURI | Tax year | 2023 | UNDETERMINED |
| 72.90. | NOL FOR NEBRASKA | Tax year | 2019 | $1,269,539.00 |
| 72.91. | NOL FOR NEBRASKA | Tax year | 2020 | $750,579.00 |
| 72.92. | NOL FOR NEBRASKA | Tax year | 2021 | $696,722.00 |
| 72.93. | NOL FOR NEBRASKA | Tax year | 2022 | $165,649.00 |
| 72.94. | NOL FOR NEBRASKA | Tax year | 2023 | UNDETERMINED |
| 72.95. | NOL FOR NEW MEXICO | Tax year | 2019 | $1,161,644.00 |
| 72.96. | NOL FOR NEW MEXICO | Tax year | 2020 | $220,926.00 |
| 72.97. | NOL FOR NEW MEXICO | Tax year | 2021 | $54,131.00 |
| 72.98. | NOL FOR NEW MEXICO | Tax year | 2022 | $24,533.00 |
| 72.99. | NOL FOR NEW MEXICO | Tax year | 2023 | UNDETERMINED |
| 72.100. | NOL FOR NORTH CAROLINA | Tax year | 2017 | $181,966.00 |
| 72.101. | NOL FOR NORTH CAROLINA | Tax year | 2018 | $958,414.00 |
| 72.102. | NOL FOR NORTH CAROLINA | Tax year | 2019 | $4,546,296.00 |
| 72.103. | NOL FOR NORTH CAROLINA | Tax year | 2020 | $3,310,697.00 |
| 72.104. | NOL FOR NORTH CAROLINA | Tax year | 2021 | $4,901,574.00 |
| 72.105. | NOL FOR NORTH CAROLINA | Tax year | 2022 | $1,693,720.00 |
| 72.106. | NOL FOR NORTH CAROLINA | Tax year | 2023 | UNDETERMINED |
| 72.107. | NOL FOR OKLAHOMA | Tax year | 2021 | $695,818.00 |
| 72.108. | NOL FOR OKLAHOMA | Tax year | 2022 | $299,992.00 |
| 72.109. | NOL FOR OKLAHOMA | Tax year | 2023 | UNDETERMINED |
| 72.110. | NOL FOR OREGON | Tax year | 2019 | $4,475,792.00 |
| 72.111. | NOL FOR OREGON | Tax year | 2020 | $3,877,106.00 |
| 72.112. | NOL FOR OREGON | Tax year | 2021 | $3,717,454.00 |
| 72.113. | NOL FOR OREGON | Tax year | 2022 | $1,419,295.00 |
| 72.114. | NOL FOR OREGON | Tax year | 2023 | UNDETERMINED |
| 72.115. | NOL FOR PENNSYLVANIA | Tax year | 2018 | $128,245.00 |
| 72.116. | NOL FOR PENNSYLVANIA | Tax year | 2021 | $6,757,975.00 |
| 72.117. | NOL FOR PENNSYLVANIA | Tax year | 2022 | $4,443,287.00 |
| 72.118. | NOL FOR PENNSYLVANIA | Tax year | 2023 | UNDETERMINED |
| 72.119. | NOL FOR RHODE ISLAND | Tax year | 2019 | $89,391,589.00 |
| 72.120. | NOL FOR RHODE ISLAND | Tax year | 2019 | $3,482,247.00 |
| 72.121. | NOL FOR RHODE ISLAND | Tax year | 2020 | $94,820,305.00 |
| 72.122. | NOL FOR RHODE ISLAND | Tax year | 2021 | $145,514,301.00 |
| 72.123. | NOL FOR RHODE ISLAND | Tax year | 2022 | $75,556,724.00 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| **72.** | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| 72.124. | NOL FOR RHODE ISLAND          Tax year  2023 | UNDETERMINED |
| 72.125. | NOL FOR TENNESSEE             Tax year  2020 | $3,295,358.00 |
| 72.126. | NOL FOR TENNESSEE             Tax year  2021 | $5,847,962.00 |
| 72.127. | NOL FOR TENNESSEE             Tax year  2022 | $4,765,619.00 |
| 72.128. | NOL FOR TENNESSEE             Tax year  2023 | UNDETERMINED |
| 72.129. | NOL FOR UTAH                  Tax year  2019 | $4,431,099.00 |
| 72.130. | NOL FOR UTAH                  Tax year  2020 | $2,653,969.00 |
| 72.131. | NOL FOR UTAH                  Tax year  2021 | $7,224,169.00 |
| 72.132. | NOL FOR UTAH                  Tax year  2022 | $4,835,472.00 |
| 72.133. | NOL FOR UTAH                  Tax year  2023 | UNDETERMINED |
| 72.134. | NOL FOR VIRGINIA              Tax year  2022 | $175,867.00 |
| 72.135. | NOL FOR VIRGINIA              Tax year  2023 | UNDETERMINED |
| 72.136. | NOL FOR WISCONSIN             Tax year  2018 | $39,583.00 |
| 72.137. | NOL FOR WISCONSIN             Tax year  2019 | $1,247,219.00 |
| 72.138. | NOL FOR WISCONSIN             Tax year  2021 | $901,275.00 |
| 72.139. | NOL FOR WISCONSIN             Tax year  2022 | $48,562.00 |
| 72.140. | NOL FOR WISCONSIN             Tax year  2023 | UNDETERMINED |

| | |
|---|---|
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** |
| | **NONE** |
| **74.** | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** |
| | **NONE** |
| **75.** | **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** |
| | **NONE** |
| **76.** | **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** |
| | **NONE** |

| | | |
|---|---|---|
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| | 77.1.    INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES, INC. | $3,980,000.00 |

| | | |
|---|---|---|
| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $1,098,089,412.00 |

| | |
|---|---|
| **79.** | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |
| | ☒ No |
| | ☐ Yes |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known) 23-20518

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,021,332.45 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,288,949.84 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $662,278.79 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $10,654,538.18 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $90,035.83 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,875,880.88 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | UNDETERMINED |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+** $1,098,089,412.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $1,140,682,427.97 | **+** 91b. UNDETERMINED |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $1,140,682,427.97 |

---

Official Form 206A/B                Schedule A/B: Assets - Real and Personal Property                Page 16 of 16

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Skinny Labs, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-20518 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1.    **1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.

     ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | **Creditor's name**<br>MIDCAP FINANCIAL TRUST, AS COLLATERAL AGENT<br><br>**Creditor's mailing address**<br>7255 WOODMONT AVENUE, SUITE 300<br>BETHESDA, MD  20814<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/4/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS OF THE DEBTOR<br><br>**Describe the lien**<br>UCC LIEN - FILE NUMBER 20236764368<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.2**

**Creditor's name**
TIER MOBILITY SE

**Creditor's mailing address**
C/O WHITE & CASE LLP
ATTN: MATTHEW C. BROWN; NICOLAS ABBATTISTA
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

**Creditor's email address**

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   1. MIDCAPFINANCIAL TRUST
   2. U.S. BANK TRUST COMPANY, N.A.
   3. TIER MOBILITY SE

**Describe debtor's property that is subject to a lien**
CERTAIN ASSETS OF SPIN, CERTAIN EXISTING AND NEW LICENSES AND PERMITS, AND
ALL AMOUNTS RECEIVED, OR RECEIVABLE, UNDER ANY, OR ALL OF, THE FOREGOING LICENSES AND PERMITS, AND ALL RENTS, PROFITS, AND PRODUCTS OFTHE FOREGOING

**Describe the lien**
VTB NOTE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN          UNKNOWN

**2.3**

**Creditor's name**
TIER MOBILITY SE

**Creditor's mailing address**
EICHHORNSTRASSE 3
BERLIN  10785
GERMANY

**Creditor's email address**

**Date or dates debt was incurred**
10/31/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
THE LICENSES AND PERMITS SET OUT IN SCHEDULE A TO THE UCC; ALL PROCEEDS AND PRODUCTS OF, AND ALL AMOUNTS RECEIVED UNDER ANY OR ALL OF THE FOREGOING LICENSES AND PERMITS

**Describe the lien**
UCC LIEN - FILE NUMBER 20237398877

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN          UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* | |

| 2.4 | **Creditor's name**<br>U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS OF THE DEBTOR | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
|  | **Creditor's mailing address**<br>EP-MN-WS3C<br>WEST SIDE FLATS<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN  55107 | **Describe the lien**<br>UCC LIEN - FILE NUMBER 20237086365 | | |
|  | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
|  | **Date or dates debt was incurred**<br>10/17/2023 | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
|  | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
|  | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** |
|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Skinny Labs, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-20518 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ADA COUNTY<br>200 W FRONT STREET<br>BOISE, ID 83702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>ADAIR COUNTY<br>106 W WASHINGTON<br>KIRCKSVILLE, MO 63501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>ALACHUA COUNTY<br>5830 NW 34TH BLVD.<br>GAINESVILLE, FL 32653<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.4 | **Priority creditor's name and mailing address** <br> ALAMEDA COUNTY <br> 1221 OAK STREET, ROOM 131 <br> OAKLAND, CA 94612 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| 2.5 | **Priority creditor's name and mailing address** <br> ALBANY COUNTY <br> 525 GRAND AVE. <br> LARAMIE, WY 82070 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.6 | **Priority creditor's name and mailing address** <br> ANDERSON COUNTY <br> 401 E RIVER STREET <br> ANDERSON, SC 29624 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.7 | **Priority creditor's name and mailing address** <br> ANN ARBOR TERRITORY <br> 100 N. FIFTH AVE. <br> ANN ARBOR, MI 48104 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.8 | **Priority creditor's name and mailing address** <br> ARAPAHOE COUNTY <br> 5334 S. PRINCE ST <br> LITTLETON, CO 80120 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|--------|-------------------|--|------------------------|----------|
| | (Name) | | | |

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.9**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
|---|---|---|---|

ARIZONA STATE UNIVERSITY
1151 S FOREST AVE
TEMPE, AZ 85287

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.10**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
|---|---|---|---|

ARLINGTON COUNTY
2100 CLARENDON BLVD STE 611
ARLINGTON, VA 22201

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.11**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,538.75 | $15,150.00 |
|---|---|---|---|

AU-YEUNG, FRANCIS
ADDRESS ON FILE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/1/2023

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.12**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,923.25 | $6,923.25 |
|---|---|---|---|

BASSOLE, MAHAMED ALI
ADDRESS ON FILE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/1/2023

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.13**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
|---|---|---|---|

BERKELEY COUNTY
400 WEST STEPHEN STREET, SUITE 209
MARTINSBURG, WV 25401

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |

(Name)

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.14** Priority creditor's name and mailing address

BEXAR COUNTY
PO BOX 839950
SAN ANTONIO, TX 78283

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.15** Priority creditor's name and mailing address

BOHME, ISMAEL
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $14,008.50    Priority amount: $14,008.50

---

**2.16** Priority creditor's name and mailing address

BONNEVILLE COUNTY
605 N CAPITAL AVE.
IDAHO FALLS, ID 83402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.17** Priority creditor's name and mailing address

BOONE COUNTY
801 E WALNUT ST 118
COLUMBIA, MO 65201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.18** Priority creditor's name and mailing address

BROWN COUNTY
201 LOCUST LANE 1ST FLOOR
NASHVILLE, IN 47448

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.19** | **Priority creditor's name and mailing address**
BUCHANAN COUNTY
411 JULES STREET  122
ST. JOSEPH, MO  64501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.20** | **Priority creditor's name and mailing address**
BUTLER COUNTY
100 N MAIN ST.
POPLAR BLUFF, MO  63901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.21** | **Priority creditor's name and mailing address**
CARBONELL, KRIZIA
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $5,971.50  Priority amount: $5,971.50

---

**2.22** | **Priority creditor's name and mailing address**
CARTER COUNTY
105 MAIN ST.
VAN BUREN, MO  63965

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.23** | **Priority creditor's name and mailing address**
CASCADE COUNTY
121 4TH STREET N.
GREAT FALLS, MT  59401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|--------|-------------------|--|------------------------|----------|
| | (Name) | | | |

| **Part 1:** | **Additional Page** | | |
|-------------|---------------------|--|--|

| | | Total claim | Priority amount |
|--|--|-------------|-----------------|
| **2.24** | **Priority creditor's name and mailing address**<br>CHAVES COUNTY<br>1 ST. MARYS PLACE,  130<br>ROSWELL, NM  88203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.25** | **Priority creditor's name and mailing address**<br>CHRISTIAN COUNTY<br>101 W CHURCH STREET, ROOM 301<br>OZARK, MO  65721-6901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.26** | **Priority creditor's name and mailing address**<br>CITY AND COUNTY OF DENVER<br>BUSINESS PERSONAL PROPERTY<br>201 W. COLFAX AVE. DEPT. 406<br>DENVER, CO  80202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.27** | **Priority creditor's name and mailing address**<br>CITY OF ABERDEEN<br>200 E MARKET.<br>ABERDEEN, WA  98520<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.28** | **Priority creditor's name and mailing address**<br>CITY OF ABILENE<br>555 WALNUT ST<br>ABILENE, TX  79601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.29 | **Priority creditor's name and mailing address**<br><br>CITY OF ALEXANDRIA<br>301 KING STREET<br>CITY HALL, ROOM 2600<br>ALEXANDRIA, VA  22314<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.30 | **Priority creditor's name and mailing address**<br><br>CITY OF ANDERSON<br>120 E. EIGHTH ST.<br>ANDERSON, IN  46016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.31 | **Priority creditor's name and mailing address**<br><br>CITY OF ANN ARBOUR<br>301 EAST HURON<br>PO BOX 8647<br>ANN ARBOR, MI  48107-8647<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.32 | **Priority creditor's name and mailing address**<br><br>CITY OF ANNAPOLIS<br>160 DUKE OF GLOUCESTER ST.<br>ANNAPOLIS, MD  21401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.33 | **Priority creditor's name and mailing address**<br><br>CITY OF ANSONIA<br>PO BOX 253<br>ANSONIA, CT  06401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.34** 

**Priority creditor's name and mailing address**

CITY OF APPLETON
100 N APPLETON ST
APPLETON, WI 54911

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.35**

**Priority creditor's name and mailing address**

CITY OF ARLINGTON
P.O. BOX 90231
ARLINGTON, TX 76004-3231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.36**

**Priority creditor's name and mailing address**

CITY OF ARVADA
8101 RALSTON ROAD
ARVADA, CO 80002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.37**

**Priority creditor's name and mailing address**

CITY OF ATHENS
8 EAST WASHINGTON STREET
ATHENS, OH 45701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.38**

**Priority creditor's name and mailing address**

CITY OF ATLANTA
REVENUE COLLECTIONS ADMINISTRATOR
55 TRINITY AVENUE, SW
ATLANTA, GA 30303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.39**

**Priority creditor's name and mailing address**

CITY OF AURORA
15151 E ALAMEDA PARKWAY
AURORA, CO  80012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.40**

**Priority creditor's name and mailing address**

CITY OF AUSTIN
ATTN: AUSTIN TRANSPORTATION DIVISION
901 S MOPAC EXPW
BARTON OAKS PLAZA 5 STE 300
AUSTIN, TX  78746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.41**

**Priority creditor's name and mailing address**

CITY OF BAKERSFIELD
PUBLIC WORKS SUBDIVISION
1600 TRUXTUN AVE
BAKERSFIELD, CA  93301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.42**

**Priority creditor's name and mailing address**

CITY OF BALTIMORE
200 HOLLIDAY STREET
BALITMORE, MD  21202-3618

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.43**

**Priority creditor's name and mailing address**

CITY OF BARKSDALE
P.O. BOX 70
BENTON, LA  71006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.44** | **Priority creditor's name and mailing address**

CITY OF BATTLE CREEK
10 DIVISION ST N
BATTLE CREEK, MI  49014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.45** | **Priority creditor's name and mailing address**

CITY OF BAY CITY
1901 FIFTH STREET
BAY CITY, TX  77414

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.46** | **Priority creditor's name and mailing address**

CITY OF BAY CITY
301 WASHINGTON AVE.
BAY CITY, MI  48708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.47** | **Priority creditor's name and mailing address**

CITY OF BELLEVUE
450 110TH AVENUE NE
BELLEVUE, WA  98004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.48** | **Priority creditor's name and mailing address**

CITY OF BELLINGHAM
210 LOTTIE STREET
BELLINGHAM, WA  98225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.49 | **Priority creditor's name and mailing address**<br><br>CITY OF BELOIT<br>100 STATE ST<br>BELOIT, WI 53511<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
|---|---|---|---|

| 2.50 | **Priority creditor's name and mailing address**<br><br>CITY OF BENTON HARBOR<br>200 E WALL STREET<br>BENTON HARBOR, MI 49022<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.51 | **Priority creditor's name and mailing address**<br><br>CITY OF BIG RAPIDS<br>226 N MICHIGAN AVE<br>BIG RAPIDS, MI 49307<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.52 | **Priority creditor's name and mailing address**<br><br>CITY OF BISMARCK<br>221 N 5TH ST<br>PO BOX 5503<br>BISMARCK, ND 58506-5503<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.53 | **Priority creditor's name and mailing address**<br><br>CITY OF BLOOMINGTON<br>C/O CONTROLLER<br>401 N MORTON ST, STE 240<br>BLOOMINGTON, IN 47404<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.54 | **Priority creditor's name and mailing address**<br><br>CITY OF BOISE<br>P.O. BOX 500<br>BOISE, ID  83701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.55 | **Priority creditor's name and mailing address**<br><br>CITY OF BRECKSVILLE<br>10107 BRECKSVILLE ROAD<br>BRECKSVILLE, OH  44141<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.56 | **Priority creditor's name and mailing address**<br><br>CITY OF BRENTWOOD<br>150 CITY PARK WAY<br>BRENTWOOD, CA  94513<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.57 | **Priority creditor's name and mailing address**<br><br>CITY OF BRIDGEWATER<br>66 CENTRAL SQUARE<br>BRIDGEWATER, MA  02324<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.58 | **Priority creditor's name and mailing address**<br><br>CITY OF BRIGHTON<br>500 S 4TH AVENUE<br>BRIGHTON, CO  80601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.59 | **Priority creditor's name and mailing address**<br>CITY OF BROOKHAVEN<br>4362 PEACHTREE ROAD<br>BROOKHAVEN, GA 30319<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.60 | **Priority creditor's name and mailing address**<br>CITY OF BURLINGTON<br>149 CHURCH STREET, ROOM 34<br>BURLINGTON, VT 05401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.61 | **Priority creditor's name and mailing address**<br>CITY OF CALDWELL<br>411 BLAINE ST, P.O. BOX 1179<br>CALDWELL, ID 83605<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.62 | **Priority creditor's name and mailing address**<br>CITY OF CAMBRIDGE<br>795 MASSACHUSETTS AVENUE<br>CAMBRIDGE, MA 02139<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.63 | **Priority creditor's name and mailing address**<br>CITY OF CANTON<br>218 CLEVELAND AVE SW<br>CANTON, OH 44702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.64 | **Priority creditor's name and mailing address**<br><br>CITY OF CHAMPAIGN<br>102 N NEIL ST<br>CHAMPAIGN, IL 61820<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.65 | **Priority creditor's name and mailing address**<br><br>CITY OF CHANDLER<br>P.O. BOX 4008.<br>CHANDLER, AZ 85244-4008<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.66 | **Priority creditor's name and mailing address**<br><br>CITY OF CHARLESTON<br>915 QUARRIER ST.<br>CHARLESTON, WV 25301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.67 | **Priority creditor's name and mailing address**<br><br>CITY OF CHARLOTTE<br>600 EAST 4TH STREET<br>CHARLOTTE, NC 28202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.68 | **Priority creditor's name and mailing address**<br><br>CITY OF CHEYENNE<br>2101 ONEIL AVE.<br>CHEYENNE, WY 82001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|--------|-------------------|---|----------------------|----------|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.69** | **Priority creditor's name and mailing address**
CITY OF CHICAGO
333 S. STATE STREET, SUITE 300
CHICAGO, IL  60604-3977

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.70** | **Priority creditor's name and mailing address**
CITY OF CHRISTIANBURG
755 ROANOKE STREET, SUITE 1B
CHRISTIANBURG, VA  24073-3169

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.71** | **Priority creditor's name and mailing address**
CITY OF CHULA VISTA
276 4TH AVE
CHULA VISTA, CA  91910

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.72** | **Priority creditor's name and mailing address**
CITY OF CINCINNATI
P.O. BOX 637876
CINCINNATI, OH  45263-7876

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.73** | **Priority creditor's name and mailing address**
CITY OF CLAYTON
PUBLIC WORKS
10 N BEMISTON AVE
CLAYTON, MO  63105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.74** | **Priority creditor's name and mailing address**

CITY OF CLEVELAND
P.O. BOX 94520
CLEVELAND, OH  44101-4520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.75** | **Priority creditor's name and mailing address**

CITY OF CLEVELAND HEIGHTS
40 SEVERANCE CIRCLE
CLEVELAND HEIGHTS, OH  44118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.76** | **Priority creditor's name and mailing address**

CITY OF COACHELLA
53990 ENTERPRISE WAY
COACHELLA, CA  92236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.77** | **Priority creditor's name and mailing address**

CITY OF COLUMBUS
P.O. BOX 183190
COLUMBUS, OH  43218-3190

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.78** | **Priority creditor's name and mailing address**

CITY OF CORAL GABLES
405 BILTMORE WAY.
CORAL GABLES, FL  33134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.79 | **Priority creditor's name and mailing address**<br><br>CITY OF CULVER CITY<br>CULVER CITY TRANSPORTATION<br>4343 DUQUESNE AVENUE<br>CULVER CITY, CA  90232<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.80 | **Priority creditor's name and mailing address**<br><br>CITY OF DALLAS<br>ATTN: HEATHER MURPHY<br>DEPARTMENT OF TRANSPORTATION, L1BS<br>1500 MARILLA STREET<br>DALLAS, TX  75201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.81 | **Priority creditor's name and mailing address**<br><br>CITY OF DECATUR<br>P.O. BOX 220<br>DECATUR, GA  30030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.82 | **Priority creditor's name and mailing address**<br><br>CITY OF DES MOINES<br>400 ROBERT D RAY DRIVE<br>DES MOINES, IA  50309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.83 | **Priority creditor's name and mailing address**<br><br>CITY OF DETROIT-PROPERTY TAX<br>PO BOX 33193<br>PO BOX 33193<br>DETROIT, MI  48232-3193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

**2.84** Priority creditor's name and mailing address

CITY OF DUBLIN
5555 PERIMETER DR.
DUBLIN, OH  43017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN        UNKNOWN

---

**2.85** Priority creditor's name and mailing address

CITY OF DULUTH
411 WEST FIRST STREET, STE. 120
DULUTH, MN  55802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN        UNKNOWN

---

**2.86** Priority creditor's name and mailing address

CITY OF DURHAM
ATTN: EVAN TENENBAUM
101 CITY HALL PLAZA, 4TH FLOOR
TRANSPORTATION DEPARTMENT
DURHAM, NC  27701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN        UNKNOWN

---

**2.87** Priority creditor's name and mailing address

CITY OF EAGLE MOUNTAIN
1650 STAGECOACH RUN
EAGLE MOUNTAIN, UT  84005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN        UNKNOWN

---

**2.88** Priority creditor's name and mailing address

CITY OF EAST CLEVELAND
14340 EUCLID AVE
CLEVELAND, OH  44112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN        UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.89** Priority creditor's name and mailing address

CITY OF EAST LANSING
ATTN: BUSINESS LICENSING
410 ABBOT ROAD
EAST LANSING, MI  48823

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.90** Priority creditor's name and mailing address

CITY OF EAST PROVIDENCE
145 TAUNTON AVE., E
P.O. BOX 9715
PROVIDENCE, RI  02914

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.91** Priority creditor's name and mailing address

CITY OF EASTPOINT
23200 GRATIOT AVE
EASTPOINTE, MI  48021

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.92** Priority creditor's name and mailing address

CITY OF EL PASO
PO BOX 2992
EL PASO, TX  79999-2992

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.93** Priority creditor's name and mailing address

CITY OF EMPORIA
522 MECHANIC ST
EMPORIA, KS  66801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.94 | **Priority creditor's name and mailing address**<br><br>CITY OF EVANSVILLE<br>1 NW MARTIN LUTHER KING BLVD.<br>EVANSVILLE, IN  47708<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.95 | **Priority creditor's name and mailing address**<br><br>CITY OF EVERETT<br>PO BOX 94430<br>SEATTLE, WA  98124-6730<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.96 | **Priority creditor's name and mailing address**<br><br>CITY OF FAIRFAX<br>TREASURERS OFFICE<br>10455 ARMSTRONG ST. SUITE 200<br>FAIRFAX, VA  22030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.97 | **Priority creditor's name and mailing address**<br><br>CITY OF FARIBAULT<br>208 1ST AVE NW<br>FARIBAULT, MN  55021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.98 | **Priority creditor's name and mailing address**<br><br>CITY OF FOND DE LAC CITY<br>160 S MACY ST<br>FOND DU LAC, WI  54935<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.99**

**Priority creditor's name and mailing address**

CITY OF FRANKENMUTH
240 W GENESEE ST.
FRANKENMUTH, MI  48734

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.100**

**Priority creditor's name and mailing address**

CITY OF FULTON
141 SOUTH FIRST STREET
FULTON, NY  13069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.101**

**Priority creditor's name and mailing address**

CITY OF GAINESVILLE
PO BOX 490
STATION 47
GAINESVILLE, FL  32627-0490

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.102**

**Priority creditor's name and mailing address**

CITY OF GARDNER
95 PLEASANT STREET
GARDNER, MA  01440

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.103**

**Priority creditor's name and mailing address**

CITY OF GOLDEN
911 10TH STREET
GOLDEN, CO  80401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.104** | **Priority creditor's name and mailing address**
CITY OF GOODYEAR
P.O. BOX 5100
GOODYEAR, AZ  85338

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.105** | **Priority creditor's name and mailing address**
CITY OF GRAND FORKS
1015 N 43RD ST
GRAND FORKS, ND  58203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.106** | **Priority creditor's name and mailing address**
CITY OF GRAND JUNCTION
PO BOX 2088
GRAND JUNCTION, CO  81502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.107** | **Priority creditor's name and mailing address**
CITY OF GRAND RAPIDS
CITY TREASURERS OFFICE, ROOM
220 CITY HALL, 300 MONROE AVE NW
GRAND RAPIDS, MI  49503-2296

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.108** | **Priority creditor's name and mailing address**
CITY OF GREEN BAY
100 N JEFFERSON ST STE 102
GREEN BAY, WI  54301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Skinny Labs, Inc.                                    Case number (if known)    23-20518

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.109**

**Priority creditor's name and mailing address**

CITY OF GUYMON
424 N MAIN ST
GUYMON, OK  73942

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.110**

**Priority creditor's name and mailing address**

CITY OF HARRISONBURG
409 S MAIN ST
HARRISONBURG, VA  22801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.111**

**Priority creditor's name and mailing address**

CITY OF HEALDSBURG
401 GROVE ST
HEALDSBURG, CA  95448

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.112**

**Priority creditor's name and mailing address**

CITY OF IDAHO FALLS
680 PARK AVENUE
IDAHO FALLS, ID  83402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.113**

**Priority creditor's name and mailing address**

CITY OF INDIANAPOLIS
200 E. WASHINGTON ST. SUITE 2501
INDIANAPOLIS, IN  46204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

Debtor    Skinny Labs, Inc.
          (Name)

Case number (if known)    23-20518

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.114**

**Priority creditor's name and mailing address**

CITY OF INDIO
83-101 AVENUE 45.
INDIO, CA  92201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.115**

**Priority creditor's name and mailing address**

CITY OF JACKSONVILLE
1096 NORTH MCDUFF AVE.
JACKSONVILLE, FL  32205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.116**

**Priority creditor's name and mailing address**

CITY OF JANESVILLE
18 N JACKSON ST.
JANESVILLE, WI  53548

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.117**

**Priority creditor's name and mailing address**

CITY OF JEFFERSON
320 E. MCCARTY STREET
JEFFERSON CITY, MO  65101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.118**

**Priority creditor's name and mailing address**

CITY OF JEFFERSONVILLE
500 QUARTERMASTER COURT, SUITE 300
JEFFERSONVILLE, IN  47130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | | Case number (if known) | 23-20518 |
|---|---|---|---|---|---|
| | (Name) | | | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.119 | **Priority creditor's name and mailing address**<br><br>CITY OF JENKS<br>211 N ELM ST<br>JENKS, OK  74037<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.120 | **Priority creditor's name and mailing address**<br><br>CITY OF KANSAS CITY<br>P.O. BOX 843322<br>KANSAS CITY, MO  64184-3322<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.121 | **Priority creditor's name and mailing address**<br><br>CITY OF KEARNEY<br>18 EAST 22ND STREET<br>KEARNEY, NE  68848-1180<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.122 | **Priority creditor's name and mailing address**<br><br>CITY OF KINGMAN<br>310 N. 4TH STREET<br>KINGMAN, AZ  86401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.123 | **Priority creditor's name and mailing address**<br><br>CITY OF KNOXVILLE<br>400 W MAIN STREET, SUITE 667<br>KNOXVILLE, TN  37902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.124** **Priority creditor's name and mailing address**

CITY OF LA QUINTA
78-495 CALLE TAMPICO
LA QUINTA, CA 92253

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.125** **Priority creditor's name and mailing address**

CITY OF LAFAYETTE
20 NORTH 6TH STREET
LAFAYETTE, IN 47901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.126** **Priority creditor's name and mailing address**

CITY OF LAKEWOOD
480 S. ALLISON PARKWAY
LAKEWOOD, CO 80226

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.127** **Priority creditor's name and mailing address**

CITY OF LANSING
LANSING CITY CLERK
124 W. MICHIGAN AVENUE
LANSING, MI 48909-8016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.128** **Priority creditor's name and mailing address**

CITY OF LAS VEGAS
1700 N. GRAND AVE.
LAS VEGAS, NM 87701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.129**   **Priority creditor's name and mailing address**

CITY OF LEXINGTON
LEXINGTON-FAYETTE URBAN CTY
GOVERNMENT
P.O. BOX 14058
LEXINGTON, KY 40512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.130**   **Priority creditor's name and mailing address**

CITY OF LINCOLN
555 SOUTH 10TH STREET
LINCOLN, NE 68508

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.131**   **Priority creditor's name and mailing address**

CITY OF LITTLE ROCK
TREASURY MANAGEMENT DIVISION
500 W MARKHAM STREET SUITE 100 1497
LITTLE ROCK, AR 72201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.132**   **Priority creditor's name and mailing address**

CITY OF LOGAN
290 N 100 W
LOGAN, UT 84321

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.133**   **Priority creditor's name and mailing address**

CITY OF LONG BEACH
411 W. OCEAN BOULEVARD, 4TH FLOOR
LONG BEACH, CA 90802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.134** | **Priority creditor's name and mailing address**

CITY OF LONGMONT
350 KIMBARK STREET
LONGMONT, CO 80501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.135** | **Priority creditor's name and mailing address**

CITY OF LOS ANGELES
DEPT OF TREASURER AND TAX COLLECTOR
225 NORTH HILL ST. RM 122
PO BOX 514818
LOS ANGELES, CA 90051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.136** | **Priority creditor's name and mailing address**

CITY OF LOUISVILLE
JEFFERSON COUNTY DEPARTMENT OF PUBLIC
WORKS AND ASSETS
444 SOUTH 5TH STREET SUITE 400
LOUISVILLE, KY 40202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.137** | **Priority creditor's name and mailing address**

CITY OF LYNCHBURG
900 CHURCH ST STE 100
LYNCHBURG, VA 24504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.138** | **Priority creditor's name and mailing address**

CITY OF MANASSAS
9025 CENTER STREET
MANASSAS, VA 20110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 | |
|---|---|---|---|---|---|
| | (Name) | | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.139 | **Priority creditor's name and mailing address**<br><br>CITY OF MANKATO<br>10 CIVIC CENTER PLAZA<br>MANKATO, MN 56001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.140 | **Priority creditor's name and mailing address**<br><br>CITY OF MAPLEWOOD<br>7601 MANCHESTER RD.<br>MAPLEWOOD, MO 63143<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.141 | **Priority creditor's name and mailing address**<br><br>CITY OF MEMPHIS<br>ATTN: DIVISION OF ENGINEERING<br>125 NORTH MAIN STREET, ROOM 601<br>MEMPHIS, TN 38103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.142 | **Priority creditor's name and mailing address**<br><br>CITY OF MENASHA<br>100 MAIN ST 200<br>MENASHA, WI 54952<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.143 | **Priority creditor's name and mailing address**<br><br>CITY OF MESA<br>20 E MAIN ST.<br>MESA, AZ 85201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.144** **Priority creditor's name and mailing address**

CITY OF MIAMI-FINANCE DEPARTMENT
PO BOX 71234
CHARLOTTE, NC  28272-1234

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.145** **Priority creditor's name and mailing address**

CITY OF MIDDLETOWN
245 DEKOVEN DRIVE
MIDDLETOWN, CT  06457

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.146** **Priority creditor's name and mailing address**

CITY OF MIDLAND
333 W ELLSWORTH ST.
MIDLAND, MI  48640

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.147** **Priority creditor's name and mailing address**

CITY OF MILWAUKEE
ATTN: QIANA SWAN
DPW-ADMINISTRATION DIVISION
200 E WELLS ST STE 507
MILWAUKEE, WI  53202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.148** **Priority creditor's name and mailing address**

CITY OF MISSOURI
1522 TEXAS PKWY
MISSOURI CITY, TX  77489

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.149 | **Priority creditor's name and mailing address**<br>CITY OF MONTGOMERY<br>PO BOX 327001<br>MONTGOMERY, AL  36132<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.150 | **Priority creditor's name and mailing address**<br>CITY OF MOREHEAD<br>314 BRIDGE STREET<br>MOREHEAD, KY  40351<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.151 | **Priority creditor's name and mailing address**<br>CITY OF MOUNT PLEASANT<br>320 W BROADWAY ST<br>MT PLEASANT, MI  48858<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.152 | **Priority creditor's name and mailing address**<br>CITY OF MOUNT VERNON<br>3 N. GAY STREET, SUITE A<br>MOUNT VERNON, OH  43050<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.153 | **Priority creditor's name and mailing address**<br>CITY OF NASHVILLE<br>750 SOUTH 5TH STREET<br>NASHVILLE, TN  37206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

**2.154**

**Priority creditor's name and mailing address**

CITY OF NAUGATUCK
229 CHURCH STREET, 3
NAUGATUCK, CT 06770

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.155**

**Priority creditor's name and mailing address**

CITY OF NEENAH
211 WALNUT ST.
NEENAH, WI 54956

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.156**

**Priority creditor's name and mailing address**

CITY OF NEW YORK
ONE CENTRE STREET, 22ND FLOOR
NEW YORK, NY 10007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.157**

**Priority creditor's name and mailing address**

CITY OF NEWARK
920 BROAD ST
NEWARK, NJ 07102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.158**

**Priority creditor's name and mailing address**

CITY OF NEWPORT NEWS
700 TOWN CENTER DR STE 220
NEWPORT NEWS, VA 23606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.159 | **Priority creditor's name and mailing address**<br>CITY OF NORFOLK - VIRGINIA BEACH<br>810 UNION ST<br>NORFOLK, VA  23510<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.160 | **Priority creditor's name and mailing address**<br>CITY OF NORTH KANSAS CITY<br>2010 HOWELL ST.<br>NORTH KANSAS CITY, MO  64116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.161 | **Priority creditor's name and mailing address**<br>CITY OF OAK PARK, TREASURER<br>14000 OAK PARK BLVD.<br>OAK PARK, MI  48237<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.162 | **Priority creditor's name and mailing address**<br>CITY OF OGDEN<br>2549 WASHINGTON BLVD. STE 521<br>OGDEN, UT  84401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.163 | **Priority creditor's name and mailing address**<br>CITY OF OKLAHOMA CITY<br>200 N WALKER AVE., 2ND FLOOR<br>OKLAHOMA CITY, OK  73102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.164 | **Priority creditor's name and mailing address**<br>CITY OF OLD TOWN<br>265 MAIN STREET<br>OLD TOWN, ME  04468<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.165 | **Priority creditor's name and mailing address**<br>CITY OF OREM<br>56 N. STATE STREET<br>OREM, UT  84057<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.166 | **Priority creditor's name and mailing address**<br>CITY OF ORLANDO<br>REVENUE COLLECTION<br>P.O. BOX 743808<br>ATLANTA, GA  30374-3808<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.167 | **Priority creditor's name and mailing address**<br>CITY OF OSWEGO<br>13 WEST ONEIDA STREET<br>OSWEGO, NY  13126<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.168 | **Priority creditor's name and mailing address**<br>CITY OF OTTUMWA<br>105 E. THIRD ST.<br>OTTUMWA, IA  52501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

---

**2.169** | **Priority creditor's name and mailing address**

CITY OF OVERLAND PARK
8500 SANTA FE DRIVE
OVERLAND PARK, KS  66212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.170** | **Priority creditor's name and mailing address**

CITY OF OWATONNA
C/O JEANETTE CLAWSON
540 WEST HILLS CIRCLE
OWATONNA, MN  55060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.171** | **Priority creditor's name and mailing address**

CITY OF OXFORD
15 S. COLLEGE AVENUE
OXFORD, OH  45056

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.172** | **Priority creditor's name and mailing address**

CITY OF PHOENIX
STREET TRANSPORTATION DEPARTMENT
P.O. BOX 29115
PHOENIX, AZ  85038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.173** | **Priority creditor's name and mailing address**

CITY OF PITTSFIELD
70 ALLEN STREET
PITTSFIELD, MA  01201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.174**    **Priority creditor's name and mailing address**

CITY OF PLANO
1520 K AVENUE
PLANO, TX 75074

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.175**    **Priority creditor's name and mailing address**

CITY OF POCATELLO
911 N 7TH AVE
POCATELLO, ID 83201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.176**    **Priority creditor's name and mailing address**

CITY OF PONTIAC
250 ELIZABETH LAKE RD, 1000
PONTIAC, MI 48341

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.177**    **Priority creditor's name and mailing address**

CITY OF POPLAR BLUFF
501 VINE ST
POPLAR BLUFF, MO 63901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.178**    **Priority creditor's name and mailing address**

CITY OF PORTLAND
PO BOX 5066
PORTLAND, OR 97208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Case 23-20518-CLC    Doc 16    Filed 01/19/24    Page 69 of 281

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.179 | **Priority creditor's name and mailing address**<br><br>CITY OF PRAIRIE VILLAGE<br>7700 MISSION ROAD<br>PRAIRIE VILLAGE, KS  66208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.180 | **Priority creditor's name and mailing address**<br><br>CITY OF PROVIDENCE- CITY COLLECTOR<br>700 ALLENS AVENUE<br>PROVIDENCE, RI  02905<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.181 | **Priority creditor's name and mailing address**<br><br>CITY OF PROVO<br>PROVO CITY CORP<br>445 W CENTER ST<br>PROVO, UT  84601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.182 | **Priority creditor's name and mailing address**<br><br>CITY OF PUEBLO<br>1 CITY HALL PLACE<br>PUEBLO, CO  81003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.183 | **Priority creditor's name and mailing address**<br><br>CITY OF RACINE<br>730 WASHINGTON AVE<br>RACINE, WI  53403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.184 | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |

**2.184**

**Priority creditor's name and mailing address**
CITY OF REDDING
777 CYPRESS AVENUE
REDDING, CA 96001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.185**

**Priority creditor's name and mailing address**
CITY OF REDWOOD CITY
1017 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.186**

**Priority creditor's name and mailing address**
CITY OF RENO
1 EAST 1ST STREET
PO BOX 1900
RENO, NV 89505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.187**

**Priority creditor's name and mailing address**
CITY OF REXBURG
35 N 1ST E
REXBURG, ID 83440

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.188**

**Priority creditor's name and mailing address**
CITY OF RICHMOND
PO BOX 2369
RICHMOND, VA 23218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.189** | **Priority creditor's name and mailing address**

CITY OF RICHMOND HEIGHTS
1500 EAST FRANKLIN STREET
RICHMOND, VA  23219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.190** | **Priority creditor's name and mailing address**

CITY OF RIVERSIDE
3900 MAIN ST
RIVERSIDE, CA  92501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.191** | **Priority creditor's name and mailing address**

CITY OF ROANOKE
215 CHURCH AVE SW STE 250
ROANOKE, VA  24011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.192** | **Priority creditor's name and mailing address**

CITY OF ROCKFORD
425 E STATE ST
ROCKFORD, IL  61104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.193** | **Priority creditor's name and mailing address**

CITY OF ROSWELL
38 HILL ST
ROSWELL, GA  30075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

Debtor    Skinny Labs, Inc.
(Name)

Case number (if known) 23-20518

| Part 1: | Additional Page |
| | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.194**

Priority creditor's name and mailing address

CITY OF SACRAMENTO
REVENUE DIVISION
915 I STREET, ROOM 1214
SACRAMENTO, CA  95814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.195**

Priority creditor's name and mailing address

CITY OF SAGINAW
1315 S WASHINGTON AVE
SAGINAW, MI  48601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.196**

Priority creditor's name and mailing address

CITY OF SAINT CLAIR SHORES
200 GROUND RIVER, SUITE 101
PORT HURON, MI  48060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.197**

Priority creditor's name and mailing address

CITY OF SAINT LOUIS
1200 MARKET STREET, UNIT 120
ST. LOUIS, MO  63103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.198**

Priority creditor's name and mailing address

CITY OF SALISBURY
132 NORTH MAIN STREET
SALISBURY, NC  28144

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)    23-20518

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.199** | **Priority creditor's name and mailing address**
CITY OF SAN ANTONIO
CITY TOWER
100 W. HOUSTON ST.
SAN ANTONIO, TX  78205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.200** | **Priority creditor's name and mailing address**
CITY OF SAN DIEGO
ATTN: DEVELOPMENT SERVICES DEPT
1222 1ST AVE, MS 401
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.201** | **Priority creditor's name and mailing address**
CITY OF SAN FRANCISCO
SAN FRANCISCO CITY OPTION
PO BOX 194367
SAN FRANCISCO, CA  94119-4367

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.202** | **Priority creditor's name and mailing address**
CITY OF SAN JOSE
200 EAST SANTA CLARA ST., 13TH FLOOR
SAN JOSE, CA  95113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.203** | **Priority creditor's name and mailing address**
CITY OF SANDY
39250 PIONEER BLVD.
SANDY, OR  97055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN    UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
| | (Name) | | |

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.204 | **Priority creditor's name and mailing address**<br>CITY OF SANTA CLARA<br>1500 WARBURTON AVENUE<br>SANTA CLARA, CA  95050<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.205 | **Priority creditor's name and mailing address**<br>CITY OF SCOTTSDALE<br>3939 N. DRINKWATER BLVD.<br>SCOTTSDALE, AZ  85251<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.206 | **Priority creditor's name and mailing address**<br>CITY OF SEATTLE<br>PO BOX 34214<br>SEATTLE, WA  98124-4214<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.207 | **Priority creditor's name and mailing address**<br>CITY OF SEBRING<br>368 S COMMERCE AVE<br>SEBRING, FL  33870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.208 | **Priority creditor's name and mailing address**<br>CITY OF SHAWANO<br>127 S SAWYER ST<br>SHAWANO, WI  54166<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.209** | **Priority creditor's name and mailing address**<br>CITY OF SHEBOYGAN<br>828 CENTER AVE STE 302<br>SHEBOYGAN, WI  53081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.210** | **Priority creditor's name and mailing address**<br>CITY OF SOUTH BEND<br>227 W. JEFFERSON BLVD.<br>1316 COUNTY BUILDING<br>SOUTH BEND, IN  46601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.211** | **Priority creditor's name and mailing address**<br>CITY OF SOUTH EUCLID<br>1349 SOUTH GREEN ROAD<br>SOUTH EUCLID, OH  44121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.212** | **Priority creditor's name and mailing address**<br>CITY OF SOUTH JORDAN<br>1600 W TOWNE CENTER DRIVE SOUTH<br>JORDAN, UT  84095<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.213** | **Priority creditor's name and mailing address**<br>CITY OF SOUTH LAKE TAHOE<br>ATTN: PAULA FLEMING<br>CITY OF SOUTH LAKE TAHOE, POLICE DEPT<br>1352 JOHNSON BOULEVARD<br>SOUTH LAKE TAHOE, CA  96150<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | | Case number (if known) | 23-20518 |
|--------|-------------------|---|---|-----|-----|
| | (Name) | | | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.214 | **Priority creditor's name and mailing address**<br>CITY OF SOUTH MIAMI<br>6130 SUNSET DRIVE; SOUTH<br>MIAMI, FL 33143<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.215 | **Priority creditor's name and mailing address**<br>CITY OF SOUTH OGDEN<br>3950 ADAMS AVENUE<br>SOUTH OGDEN, UT 84403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.216 | **Priority creditor's name and mailing address**<br>CITY OF SPRINGFIELD<br>76 E HIGH ST<br>SPRINGFIELD, OH 45502<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.217 | **Priority creditor's name and mailing address**<br>CITY OF ST. ALBANS<br>P.O. BOX 1488<br>ST. ALBANS, WV 25177<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.218 | **Priority creditor's name and mailing address**<br>CITY OF ST. CLAIR SHORES<br>27600 JEFFERSON AVE.<br>ST. CLAIR SHORES, MI 48081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.219 | **Priority creditor's name and mailing address**<br>CITY OF ST. JOSEPH<br>700 BROAD STREET<br>ST. JOSEPH, MI  49085<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.220 | **Priority creditor's name and mailing address**<br>CITY OF ST. LOUIS<br>1200 MARKET STREET, ROOM 410<br>ST. LOUIS, MO  63103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.221 | **Priority creditor's name and mailing address**<br>CITY OF STARKVILLE<br>110 WEST MAIN STREET<br>STARKVILLE, MS  39759<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.222 | **Priority creditor's name and mailing address**<br>CITY OF STERLING<br>P.O. BOX 4000<br>STERLING, CO  80751-0400<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.223 | **Priority creditor's name and mailing address**<br>CITY OF SUNNYVALE<br>456 W OLIVE AVE<br>SUNNYVALE, CA  94086<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.224**

**Priority creditor's name and mailing address**

CITY OF TACOMA
747 MARKET STREET, ROOM 212
TACOMA, WA  98402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.225**

**Priority creditor's name and mailing address**

CITY OF TALLAHASSEE
C/O BOX A-4, CITY HALL, 300 S. ADAMS ST.
TALLAHASSEE, FL  32301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.226**

**Priority creditor's name and mailing address**

CITY OF TAMPA
PO BOX 23328
TAMPA, FL  33623-3328

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.227**

**Priority creditor's name and mailing address**

CITY OF TEMPE
ENGINEERING DEPT, TRACY T. GUMERINGER
31 E. FIFTH STREET
PO BOX 5002
TEMPE, AZ  85281

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.228**

**Priority creditor's name and mailing address**

CITY OF TEXARKANA
220 TEXAS BLVD
TEXARKANA, TX  75501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.229** | **Priority creditor's name and mailing address**
CITY OF THORNTON
9500 CIVIC CENTER DR, SUITE 2050
THORNTON, CO 80229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.230** | **Priority creditor's name and mailing address**
CITY OF TOPEKA
215 SE 7TH ST
TOPEKA, KS 66603

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.231** | **Priority creditor's name and mailing address**
CITY OF TRACY
333 CIVIC CENTER PLAZA
TRACY, CA 95376

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.232** | **Priority creditor's name and mailing address**
CITY OF TRENTON
2800 3RD ST
TRENTON, MI 48183

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.233** | **Priority creditor's name and mailing address**
CITY OF TUCSON
TRANSPORTATION BUSINESS SERVICES DEPT
ATTN PAM DRAKE
201 N. STONE AVE, 6TH FL
TUSCON, AZ 85701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)    23-20518

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.234**

**Priority creditor's name and mailing address**

CITY OF TULSA
DONNA GEMMILL
175 EAST 2ND STREET, SUITE 255
TULSA, OK 74103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.235**

**Priority creditor's name and mailing address**

CITY OF VIENNA
127 CENTER ST S
VIENNA, VA 22180

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.236**

**Priority creditor's name and mailing address**

CITY OF VIRGINIA BEACH
1830 KEMPSVILLE RD., 107
VIRGINIA BEACH, VA 23464

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.237**

**Priority creditor's name and mailing address**

CITY OF VIRIGINA BEACH
4001 VIRGINIA BEACH BLVD., SUITE 112.
VIRGINIA BEACH, VA 23452

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.238**

**Priority creditor's name and mailing address**

CITY OF WATERLOO
715 MULBERRY STREET
WATERLOO, IA 50703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.239 | **Priority creditor's name and mailing address**<br>CITY OF WAUWATOSA<br>7725 W. NORTH AVENUE<br>MILWAUKEE, WI  53213<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.240 | **Priority creditor's name and mailing address**<br>CITY OF WEATHERFORD<br>522 W. RAINEY AVE<br>WEATHERFORD, OK  73096<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.241 | **Priority creditor's name and mailing address**<br>CITY OF WEST ALLIS<br>7525 W. GREENFIELD AVE.<br>WEST ALLIS, WI  53214<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.242 | **Priority creditor's name and mailing address**<br>CITY OF WEST BEND<br>1115 S MAIN ST<br>WEST BEND, WI  53095<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.243 | **Priority creditor's name and mailing address**<br>CITY OF WEST HOLLYWOOD<br>PUBLIC WORKS DEPARTMENT<br>PARKING DIVISION WEST<br>8300 CA-2<br>WEST HOLLYWOOD, CA  90069<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.244**

**Priority creditor's name and mailing address**

CITY OF WEST SACRAMENTO
1110 W CAPITOL AVE.
WEST SACRAMENTO, CA 95691

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.245**

**Priority creditor's name and mailing address**

CITY OF WEST SPRINGFIELD
26 CENTER STREET
WEST SPRINGIELD, MA 01089

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.246**

**Priority creditor's name and mailing address**

CITY OF WHEELING
1500 CHAPLINE ST 303
WHEELING, WV 26003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.247**

**Priority creditor's name and mailing address**

CITY OF WHITEWATER
312 W WHITEWATER ST.
WHITEWATER, WI 53190

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.248**

**Priority creditor's name and mailing address**

CITY OF WILMINGTON
102 N 3RD ST
WILMINGTON, NC 28401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |

(Name)

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.249** | **Priority creditor's name and mailing address**
CITY OF WYOMING
1155 28TH ST SW
WYOMING, MI 49509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.250** | **Priority creditor's name and mailing address**
CITY OF YONKERS
ONE LARKIN CENTER THIRD FLOOR
YONKERS, NY 10701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.251** | **Priority creditor's name and mailing address**
CITY OF YPSILANTI
1 SOUTH HURON STREET, 4TH FLOOR
YPSILANTI, MI 48197

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.252** | **Priority creditor's name and mailing address**
CITY OF YUMA
270 W. 13TH STREET
YUMA, AZ 85364

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.253** | **Priority creditor's name and mailing address**
CLAPP, RYAN
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $6,346.50 | Priority amount: $6,346.50

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.254 | **Priority creditor's name and mailing address**<br>COLE COUNTY<br>210 ADAMS ST  1<br>JEFFERSON CITY, MO  65101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.255 | **Priority creditor's name and mailing address**<br>COLLIN COUNTY<br>2300 BLOOMDALE RD.<br>MCKINNEY, TX  75071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.256 | **Priority creditor's name and mailing address**<br>COMMONWEALTH OF KENTUCKY<br>501 HIGH STREET<br>FRANKFORT, KY  40601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.257 | **Priority creditor's name and mailing address**<br>COMMONWEALTH OF MASSACHUSETTS<br>PO BOX 7000<br>BOSTON, MA  02204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.258 | **Priority creditor's name and mailing address**<br>COMMONWEALTH OF PENNSYLVANIA<br>PO BOX 280427<br>HARRISBURG, PA  17128-0427<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    Skinny Labs, Inc.
          (Name)

Case number (if known)    23-20518

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.259** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

DALLAS COUNTY
PO BOX 139066
DALLAS, TX 75313-9066

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.260** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

DANVILLE CITY
427 PATTON STREET
DANVILLE, VA 24543-3308

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.261** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

DARLINGTON COUNTY
ONE PUBLIC SQUARE 207
DARLINGTON, SC 29532

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.262** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

DAVIDSON COUNTY METROPOLITAN TRUSTEE
P.O. BOX 305012
NASHVILLE, TN 37230-5012

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.263** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

DAVIS COUNTY
PO BOX 618
FARMINGTON, UT 84025

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   Skinny Labs, Inc.

(Name)

Case number (if known)   23-20518

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.264** | **Priority creditor's name and mailing address**
DEL NORTE COUNTY
981 H STREET, SUITE 150
CRESCENT CITY, CA  95531

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.265** | **Priority creditor's name and mailing address**
DENTON COUNTY
1505 E MCKINNEY STREET
DENTON, TX  76209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.266** | **Priority creditor's name and mailing address**
DESCHUTES COUNTY
1300 NW WALL STREET
BEND, OR  97701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.267** | **Priority creditor's name and mailing address**
DISTRICT OF COLUMBIA
941 N CAPITOL ST NE, 8TH FLOOR
WASHINGTON, DC  20002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.268** | **Priority creditor's name and mailing address**
DOUGLAS COUNTY
1819 FARNAM ST., 4TH FLOOR
CIVIC CENTER
OMAHA, NE  68183

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.269 | **Priority creditor's name and mailing address** DREW COUNTY 210 S. MAIN STREET MONTICELLOE, AR 71655 **Date or dates debt was incurred** **Last 4 digits of account number:** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** POTENTIAL TAX LIABILITY **Is the claim subject to offset?** ☑ No ☐ Yes | UNKNOWN | UNKNOWN |
| 2.270 | **Priority creditor's name and mailing address** DURHAM COUNTY PO BOX 3397 DURHAM, NC 27702 **Date or dates debt was incurred** **Last 4 digits of account number:** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** POTENTIAL TAX LIABILITY **Is the claim subject to offset?** ☑ No ☐ Yes | UNKNOWN | UNKNOWN |
| 2.271 | **Priority creditor's name and mailing address** DUVAL COUNTY 231 E FORSYTH STREET JACKSONVILLE, FL 32202 **Date or dates debt was incurred** **Last 4 digits of account number:** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** POTENTIAL TAX LIABILITY **Is the claim subject to offset?** ☑ No ☐ Yes | UNKNOWN | UNKNOWN |
| 2.272 | **Priority creditor's name and mailing address** EAST BATON ROUGE PARISH PO BOX 1471 BATON ROUGE, LA 70821 **Date or dates debt was incurred** **Last 4 digits of account number:** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** POTENTIAL TAX LIABILITY **Is the claim subject to offset?** ☑ No ☐ Yes | UNKNOWN | UNKNOWN |
| 2.273 | **Priority creditor's name and mailing address** EL DORADO COUNTY 360 FAIR LANE PLACERVILLE, CA 95667-4197 **Date or dates debt was incurred** **Last 4 digits of account number:** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** POTENTIAL TAX LIABILITY **Is the claim subject to offset?** ☑ No ☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.274 | **Priority creditor's name and mailing address**<br><br>ELKHART COUNTY<br>117 N SECOND ST.<br>GOSHEN, IN  46526<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.275 | **Priority creditor's name and mailing address**<br><br>ESCAMBIA COUNTY<br>PO BOX 1312<br>PENSACOLA, FL  32591<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.276 | **Priority creditor's name and mailing address**<br><br>FAIRFAX COUNTY<br>12000 GOVERNMENT CENTER PKWY, SUITE 223<br>FAIRFAX, VA  22035<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.277 | **Priority creditor's name and mailing address**<br><br>FAIRFIELD TOWN<br>611 OLD POST ROAD<br>FAIRFIELD, CT  06824<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.278 | **Priority creditor's name and mailing address**<br><br>FAYETTE COUNTY<br>101 E VINE ST.<br>LEXINGTON, KY  40507<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.279 | **Priority creditor's name and mailing address**<br><br>FORSYTH COUNTY<br>PO BOX 82<br>WINSTON SALEM, NC  27102-0082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.280 | **Priority creditor's name and mailing address**<br><br>FULTON COUNTY<br>141 PRYOR STREET, SW<br>ATLANTA, GA  30303<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.281 | **Priority creditor's name and mailing address**<br><br>GALLATIN COUNTY<br>311 WEST MAIN STREET<br>BOZEMAN, MT  59715<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.282 | **Priority creditor's name and mailing address**<br><br>GARFIELD COUNTY<br>114 W BROADWAY AVE., ROOM 106<br>ENID, OK  73701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.283 | **Priority creditor's name and mailing address**<br><br>GASTON COUNTY<br>128W MAIN AVE.<br>GASTONIA, NC  28052<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)  23-20518

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.284**

**Priority creditor's name and mailing address**

GIBSON COUNTY
101 NORTH MAIN STREET
PRINCETON, IN  47670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.285**

**Priority creditor's name and mailing address**

GREENE COUNTY
940 N. BOONEVILLE AVE., ROOM 37
SPRINGFIELD, MO  65802-3802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.286**

**Priority creditor's name and mailing address**

HANOVER COUNTY
7515 LIBRARY DRIVE
HANOVER, VA  23069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.287**

**Priority creditor's name and mailing address**

HARRISONBURG CITY
345 S MAIN ST
HARRISONBURG, VA  22801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.288**

**Priority creditor's name and mailing address**

HAYS COUNTY
712 S. STAGECOACH TRAIL, SUITE 1120
SAN MARCOS, TX  78666

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.289**

**Priority creditor's name and mailing address**
HENRICO COUNTY
4301 EAST PARHAM ROAD
HENRICO, VA 23228

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.290**

**Priority creditor's name and mailing address**
HERRING, ANDRE
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $12,503.25     Priority amount: $12,503.25

---

**2.291**

**Priority creditor's name and mailing address**
HIGHLANDS COUNTY
540 S. COMMERCE AVE
SEBRING, FL 33870

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.292**

**Priority creditor's name and mailing address**
HILLSBOROUGH COUNTY
601 E. KENNEDY BLVD
TAMPA, FL 33602-4932

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.293**

**Priority creditor's name and mailing address**
HOFFELT, MICHAEL
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $19,384.50     Priority amount: $15,150.00

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.294**

**Priority creditor's name and mailing address**

HUMBOLDT COUNTY
825 5TH ST., ROOM 125
EUREKA, CA 95501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.295**

**Priority creditor's name and mailing address**

ISLA VISTA
970 EMBARCADERO DEL MAR SUITE 101
ISLA VISTA, CA 93117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.296**

**Priority creditor's name and mailing address**

JACKSON COUNTY
1300 WASHINGTON ST.
KANSAS CITY, MO 64106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.297**

**Priority creditor's name and mailing address**

JEFFERSON COUNTY
815 W MARKET ST., SUITE 400
LOUISVILLE, KY 40202-2654

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.298**

**Priority creditor's name and mailing address**

JENKINS, ROJERICK
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $8,076.75    Priority amount: $8,076.75

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.299** **Priority creditor's name and mailing address**

JOHNSON COUNTY
PO BOX 794
CLARKSVILLE, AR  72830

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.300** **Priority creditor's name and mailing address**

KANAWHA COUNTY
409 VIRGINIA ST. E
CHARLESTON, WV  25301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.301** **Priority creditor's name and mailing address**

KAY COUNTY
201 S MAIN STREET, SUITE A
NEWKIRK, OK  74647

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.302** **Priority creditor's name and mailing address**

KEARNEY COUNTY
PO BOX 207
MINDEN, NE  68959

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.303** **Priority creditor's name and mailing address**

KERN COUNTY
1115 TRUXTON AVE.
BAKERSFIELD, CA  93302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.304** | **Priority creditor's name and mailing address**

KING COUNTY
KING STREET CENTER
201 SOUTH JACKSON STREET  710
SEATTLE, WA  98104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.305** | **Priority creditor's name and mailing address**

KLAMATH COUNTY
305 MAIN STREET,  119
KLAMATH FALLS, OR  97601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.306** | **Priority creditor's name and mailing address**

KNOX COUNTY
400 MAIN STREET
KNOXVILLE, TN  37901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.307** | **Priority creditor's name and mailing address**

LAFAYETTE PARISH
PO BOX 92590
LAFAYETTE, LA  70509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.308** | **Priority creditor's name and mailing address**

LAKE COUNTY
2293 N MAIN STREET
CROWN POIN, IN  46307

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | | | |
|---|---|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.309 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

LAKE FOREST PARK
17425 BALLINGER WAY NE
LAKE FOREST PARK, WA 98155

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

2.310 **Priority creditor's name and mailing address**

LANCASTER COUNTY
555 S 10TH STREET
LINCOLN, NE 68508

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

2.311 **Priority creditor's name and mailing address**

LARAMIE COUNTY
309 WEST 20TH STREET, 1300
CHEYENNE, WY 82001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

2.312 **Priority creditor's name and mailing address**

LARIMER COUNTY
200 W. OAK STREET, SUITE 2100
FORT COLLINS, CO 80521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

2.313 **Priority creditor's name and mailing address**

LEE, HARRISON
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $10,488.75  Priority amount: $10,488.75

(Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.314 | **Priority creditor's name and mailing address**<br><br>LENOIR COUNTY<br>101 NORTH QUEEN STREET<br>KINSTON, NC  28501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.315 | **Priority creditor's name and mailing address**<br><br>LEON COUNTY<br>P.O. BOX 1835<br>TALLAHASSEE, FL  32302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.316 | **Priority creditor's name and mailing address**<br><br>LINCOLN COUNTY<br>300 S DREW ST  106<br>STAR CITY, AR  71667<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.317 | **Priority creditor's name and mailing address**<br><br>LOS ANGELES COUNTY<br>PO BOX 54027<br>LOS ANGELES, CA  90054-0027<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.318 | **Priority creditor's name and mailing address**<br><br>LOUISVILLE-JEFFERSON COUNTY<br>P.O. BOX 35410<br>LOUISVILLE, KY  40232-5410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---------|-----------------|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.319** | **Priority creditor's name and mailing address**

LOUSIANA STATE UNIVERSITY
3357 HIGHLAND ROAD
BATON ROUGE, LA  70802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.320** | **Priority creditor's name and mailing address**

MANATEE COUNTY
915 4TH AVE W
BRADENTON, FL  34205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.321** | **Priority creditor's name and mailing address**

MANISTEE CITY
70 MAPLE STREET
MANISTEE, MI  49660

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.322** | **Priority creditor's name and mailing address**

MARICOPA COUNTY
PO BOX 52133
PHONIX, AZ  85072-2133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.323** | **Priority creditor's name and mailing address**

MARION COUNTY
P.O. BOX 6145
INDIANAPOLIS, IN  46206-6145

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.324**

**Priority creditor's name and mailing address**

MATAGORDA COUNTY
1801 7TH STREET
BAY CITY, TX  77414

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.325**

**Priority creditor's name and mailing address**

MCLENNAN COUNTY
PO BOX 406
WACO, TX  76703-0406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.326**

**Priority creditor's name and mailing address**

MECKLENBURG COUNTY
3205 FREEDOM DRIVE, NO 3000
CHARLOTTE, NC  28202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.327**

**Priority creditor's name and mailing address**

MIAMI-DADE COUNTY
200 NW 2ND AVE.
MIAMI, FL  33128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.328**

**Priority creditor's name and mailing address**

MICHIGAN STATE UNIVERSITY
426 AUDITORIUM ROAD
EAST LANSING, MI  48824

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.329** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

MILWAUKEE AREA
DONNELL RUSHING, CITY OF MILWAUKEE
ATTN:  DPW ADMIN. DIVISION
841 NORTH BROADWAY, ROOM 501
MILWAUKEE, WI  53202

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.330** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

MINNEAPOLIS TERRITORY
CITY OF MINNEAPOLIS
PO BOX 77038
MINNEAPOLIS, MN  55480

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.331** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

MISSOURI STATE UNIVERSITY
901 S NATIONAL AVE
SPRINGFIELD, MO  65897

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.332** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

MONROE COUNTY
100 W KIRKWOOD AVE
BLOOMINGTON, IN  47404

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.333** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

MONTEREY COUNTY
PO BOX 891
SALINA, CA  93902-0891

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   Skinny Labs, Inc.                                                    Case number (if known)   23-20518
         (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.334** | **Priority creditor's name and mailing address**
MONTGOMERY COUNTY
101 MONROE STREET, 2ND FLOOR
ROCKVILLE, MD 20850

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.335** | **Priority creditor's name and mailing address**
MONTGOMERY COUNTY
400 N SAN JACINTO ST.
CONROE, TX 77301-2823

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.336** | **Priority creditor's name and mailing address**
MULTONOMAH COUNTY
P.O. BOX 2716
PORTLAND, OR 97208-2716

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.337** | **Priority creditor's name and mailing address**
MUSKOGEE COUNTY
400 W BROADWAY ST.
MUSKOGEE, OK 77401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.338** | **Priority creditor's name and mailing address**
NATRONA COUNTY
200 N CENTER ST., 130
CASPER, WY 82601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | | Case number (if known) | 23-20518 |
|--------|-------------------|---|---|---|---|
| | (Name) | | | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.339** | **Priority creditor's name and mailing address**

NEW HANOVER COUNTY
PO BOX 18000
WILMINGTON, NC  28406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.340** | **Priority creditor's name and mailing address**

NEW ORLEANS PARISH
1300 PERDIDO STREET, RM 1W15
NEW ORLEANS, LA  70112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.341** | **Priority creditor's name and mailing address**

NOBLE COUNTY
300 COURTHOUSE DR.
PERRY, OK  73077

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.342** | **Priority creditor's name and mailing address**

NUECES COUNTY
PO BOX 2810
CORPUS CHRISTI, TX  78403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.343** | **Priority creditor's name and mailing address**

OHIO STATE UNIVERSITY
281 W LANE AVE
COLUMBUS, OH  43210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.344 | **Priority creditor's name and mailing address**<br><br>OKALOOSA COUNTY<br>302 S WILSON STREET<br>CRESTVIEW, FL  32536<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.345 | **Priority creditor's name and mailing address**<br><br>OKLAHOMA COUNTY<br>320 ROBERT S KERR AVE,  315<br>OKLAHOMA CITY, OK  73102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.346 | **Priority creditor's name and mailing address**<br><br>OKTIBBEHA COUNTY<br>101 E MAIN ST,  103<br>STARKVILLE, MS  39759<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.347 | **Priority creditor's name and mailing address**<br><br>ORANGE COUNTY TAX COLLECTOR<br>P.O. BOX 545100<br>ORLANDO, FL  32854-5100<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.348 | **Priority creditor's name and mailing address**<br><br>OSAGE COUNTY<br>600 GRANDVIEW, RM 101<br>PAWHUSK, OK  74056<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.349 | **Priority creditor's name and mailing address**<br><br>OTOE COUNTY<br>1021 CENTRAL AVE  105<br>NEBRASKA CITY, NE  68410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.350 | **Priority creditor's name and mailing address**<br><br>OUACHITA PARISH<br>PO BOX 1127<br>MONROE, LA  71210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.351 | **Priority creditor's name and mailing address**<br><br>PIMA COUNTY<br>PIMA COUNTY TREASURERS OFFICE<br>PO BOX 29011<br>PHOENIX, AZ  85038-9011<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.352 | **Priority creditor's name and mailing address**<br><br>PITTSFIELD<br>115 E CARL ALBERT OKWY  2<br>MCALESTER, OK  74501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.353 | **Priority creditor's name and mailing address**<br><br>PLATTE COUNTY<br>2610 14TH STREET<br>COLUMBUS, NE  68601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.354**

**Priority creditor's name and mailing address**

POLK COUNTY
850 MAIN STREET
DALLAS, OR  97338

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.355**

**Priority creditor's name and mailing address**

POPE COUNTY
100 WEST MAIN STREET
RUSSELLVILLE, AR  72801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.356**

**Priority creditor's name and mailing address**

PORTER COUNTY
155 INDIANA AVE
VALPARAISO, IN  46383

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.357**

**Priority creditor's name and mailing address**

PUEBLO COUNTY
215 10TH STREET  241
PUEBLO, CO  81003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.358**

**Priority creditor's name and mailing address**

PULASKI COUNTY
201 SOUTH BROADWAY, SUITE 150
LITTLE ROCK, AR  72201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

Debtor    Skinny Labs, Inc.                                    Case number (if known)    23-20518

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.359** Priority creditor's name and mailing address

RAMOS, STEPHEN (YAEL)
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $8,712.00    Priority amount: $8,712.00

---

**2.360** Priority creditor's name and mailing address

RAMOS, YVAN
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,714.25    Priority amount: $5,714.25

---

**2.361** Priority creditor's name and mailing address

RANDALL COUNTY
P.O. BOX 997
CANYON, TX  79015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.362** Priority creditor's name and mailing address

RIVERSIDE COUNTY
2724 GATEWAY DR.
RIVERSIDE, CA  92507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.363** Priority creditor's name and mailing address

ROANOKE COUNTY
5204 BERNARD DR. STE 200D
ROANOKE, VA  24018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 | |
|---|---|---|---|---|---|
| | (Name) | | | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.364** | **Priority creditor's name and mailing address**

ROGERS COUNTY
200 S LYNN RIGGS BLVD
CLAREMORE, OK 74017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.365** | **Priority creditor's name and mailing address**

ROWAN COUNTY
600 WEST MAIN STREET SUITE 118
MOREHEAD, KY 40351

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.366** | **Priority creditor's name and mailing address**

SACRAMENTO COUNTY TAX COLLECTOR
P.O. BOX 508
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.367** | **Priority creditor's name and mailing address**

SAINT JOSEPH COUNTY
PO BOX 4758
SOUTH BEND, IN 46634

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.368** | **Priority creditor's name and mailing address**

SAINT LUCIE COUNTY
PO BOX 308
FORT PIERCE, FL 34954-0308

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Skinny Labs, Inc.
(Name)

Case number (if known)    23-20518

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.369**

Priority creditor's name and mailing address
SALAS, ASA
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,539.25 — $12,539.25

---

**2.370**

Priority creditor's name and mailing address
SALT LAKE COUNTY
PERSONAL PROPERTY DIVISION
2001 SOUTH STATE STREET  N2-600
P.O. BOX 147421
SALT LAKE CITY, UT  84114-7421

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☐ No
☐ Yes

UNKNOWN — UNKNOWN

---

**2.371**

Priority creditor's name and mailing address
SAN DIEGO COUNTY
5530 OVERLAND AVE
FOURTH FLOOR
SAN DIEGO, CA  92123

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☐ No
☐ Yes

UNKNOWN — UNKNOWN

---

**2.372**

Priority creditor's name and mailing address
SAN FRANCISCO COUNTY
UNSECURED PROPERTY TAX
PO BOX 7427
SAN FRANCISCO, CA  94120-7427

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN — UNKNOWN

---

**2.373**

Priority creditor's name and mailing address
SAN JOAQUIN COUNTY
44 NORTH SAN JOAQUIN STREET, SUITE 200
STOCKTON, CA  95202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN — UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.374** | **Priority creditor's name and mailing address**<br>SAN MARCOS TERRITORY<br>UTILITY CUSTOMER SERVICE DIVISION<br>CITY OF SAN MARCOS-UTILITY<br>636 E. HOPKINS ST<br>SAN MARCOS, TX 78666-6331<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN

**2.375** | **Priority creditor's name and mailing address**<br>SAN MATEO COUNTY<br>555 COUNTY CENTER, 1ST FLOOR<br>REDWOOD CITY, CA 94063<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN

**2.376** | **Priority creditor's name and mailing address**<br>SAN MIGUEL COUNTY<br>500 W NATIONAL AVE. SUITE 111<br>LAS VEGAS, NV 87701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN

**2.377** | **Priority creditor's name and mailing address**<br>SANTA BARBARA COUNTY<br>PO BOX 579<br>SANTA BARBARA, CA 93102-0579<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN

**2.378** | **Priority creditor's name and mailing address**<br>SANTA CLARA COUNTY<br>110 WEST TASMAN DR.<br>SANTA CLARA, CA 95134-1700<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.379 | **Priority creditor's name and mailing address**<br>SCIO TOWNSHIP<br>827 N ZEEB ROAD<br>ANN ARBOR, MI 48103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.380 | **Priority creditor's name and mailing address**<br>SHAFFNER, JASON<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,040.00 | $14,040.00 |
| 2.381 | **Priority creditor's name and mailing address**<br>SHASTA COUNTY<br>PO BOX 991830<br>REDDING, CA 96099-1830<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.382 | **Priority creditor's name and mailing address**<br>SHELBY COUNTY<br>1075 MULLINS STATION RD.<br>MEMPHIS, TN 38134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.383 | **Priority creditor's name and mailing address**<br>SIKKEMA, DREW<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,407.75 | $7,407.75 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.384**   **Priority creditor's name and mailing address**

SONOMA COUNTY
586 FISCAL DRIVE, 100F
SANTA ROSA, CA 95403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.385**   **Priority creditor's name and mailing address**

SOUTH CAROLINA
300A OUTLET POINTE BLVD.
PO BOX 125
COLUMBIA, SC 29214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.386**   **Priority creditor's name and mailing address**

SPOKANE COUNTY
1116 W BROADWAY AVE
SPOKANE, WA 99260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.387**   **Priority creditor's name and mailing address**

STATE OF ALABAMA
50 NORTH RIPLEY STREET
MONTGOMERY, AL 36130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.388**   **Priority creditor's name and mailing address**

STATE OF ARKANSAS
PO BOX 1272
LITTLE ROCK, AR 72203-1272

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.389**

Priority creditor's name and mailing address

STATE OF CALIFORNIA
450 N STREET
PO BOX 942879
SACRAMENTO, CA 94279

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.390**

Priority creditor's name and mailing address

STATE OF COLORADO
1375 SHERMAN STREET
DENVER, CO 80261

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.391**

Priority creditor's name and mailing address

STATE OF CONNECTICUT
25 SIGNOURNEY ST.
HARTFORD, CT 06106-5032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.392**

Priority creditor's name and mailing address

STATE OF DELAWARE
PO BOX 8710
WILMINGTON, DE 198899-8710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.393**

Priority creditor's name and mailing address

STATE OF FLORIDA
5050 W TENNESSEE STREET
TALLAHASSEE, FL 32399-0112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.394 | **Priority creditor's name and mailing address**<br><br>STATE OF GEORGIA<br>PO BOX 740397<br>ATLANTA, GA 30374-0397<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.395 | **Priority creditor's name and mailing address**<br><br>STATE OF HAWAII<br>830 PUNCHBOWL STREET<br>HONOLULU, HI 96813-5094<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.396 | **Priority creditor's name and mailing address**<br><br>STATE OF IDAHO<br>PO BOX 36<br>800 PARK BLVD., PLAZA 4<br>BOISE, ID 83722-0410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.397 | **Priority creditor's name and mailing address**<br><br>STATE OF ILLINOIS<br>101 WEST JEFFERSON STREET<br>SPRINGFIELD, IL 62702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.398 | **Priority creditor's name and mailing address**<br><br>STATE OF INDIANA<br>PO BOX 7231<br>INDIANAPOLIS, IN 46207-7231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.399** | **Priority creditor's name and mailing address**<br><br>STATE OF IOWA<br>PO BOX 9187<br>DES MOINES, IA 50306-9187<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.400** | **Priority creditor's name and mailing address**<br><br>STATE OF KANASA<br>DOCKING STATE OFFICE BUILDING, ROOM 150<br>915 SW HARRISON ST<br>TOPEKA, KS 66612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.401** | **Priority creditor's name and mailing address**<br><br>STATE OF LOUISIANA<br>PO BOX 201<br>BATON ROUGE, LA 70802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.402** | **Priority creditor's name and mailing address**<br><br>STATE OF MAINE<br>PO BOX 1065<br>AUGUSTA, ME 04332-1605<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.403** | **Priority creditor's name and mailing address**<br><br>STATE OF MARYLAND<br>110 CARROLL STREET<br>ANNAPOLIS, MD 21411-0001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.404 | **Priority creditor's name and mailing address**<br><br>STATE OF MICHIGAN<br>MICHIGAN DEPARTMENT OF THE TREASURY<br>430 W ALLEGAN ST<br>LANSING, MI  48922<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.405 | **Priority creditor's name and mailing address**<br><br>STATE OF MINNESOTA<br>600 N. ROBERT STREET<br>ST. PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.406 | **Priority creditor's name and mailing address**<br><br>STATE OF MISSISSIPPI<br>P.O. BOX 23191<br>JACKSON, MS  39225-3191<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.407 | **Priority creditor's name and mailing address**<br><br>STATE OF MISSOURI<br>301 WEST HIGH STREET<br>JEFFERSON CITY, MO  65101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.408 | **Priority creditor's name and mailing address**<br><br>STATE OF MONTANA<br>PO BOX 5835<br>HELENA, MT  59604-5835<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor    Skinny Labs, Inc.                                    Case number (if known)    23-20518

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.409**

**Priority creditor's name and mailing address**

STATE OF NEBRASKA
PO BOX 94818
LINCOLN, NE  68509-4818

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.410**

**Priority creditor's name and mailing address**

STATE OF NEVADA
1550 COLLEGE PKWY., SUITE 115
CARSON CITY, NV  89706

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.411**

**Priority creditor's name and mailing address**

STATE OF NEW HAMPSHIRE
109 PLEASANT STREET
CONCORD, NH  03301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.412**

**Priority creditor's name and mailing address**

STATE OF NEW JERSEY
PO BOX 281
TRENTON, NJ  08646

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.413**

**Priority creditor's name and mailing address**

STATE OF NEW YORK
90 COHOES AVE
GREEN ISLAND, NY  12183

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.414**

**Priority creditor's name and mailing address**

STATE OF NORTH CAROLINA
PO BOX 25000
RALEIGH, NC 27640-0640

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.415**

**Priority creditor's name and mailing address**

STATE OF NORTH DAKOTA
600 E. BOULEVARD AVE.
BISMARCK, ND 58505-0599

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.416**

**Priority creditor's name and mailing address**

STATE OF OHIO
PO BOX 182131
COLUMBUS, OH 43218-2131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.417**

**Priority creditor's name and mailing address**

STATE OF OKLAHOMA
2501 NORTH LINCOLN BLVD.
OKLAHOMA CITY, OK 73194

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.418**

**Priority creditor's name and mailing address**

STATE OF OREGON
955 CENTER ST NE
SALEM, OR 97301-2555

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.419 | **Priority creditor's name and mailing address**<br><br>STATE OF RHODE ISLAND<br>1 CAPITAL HILL<br>PROVIDENCE, RI  02908<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.420 | **Priority creditor's name and mailing address**<br><br>STATE OF SOUTH CAROLINA<br>CORPORATE TAX<br>PO BOX 125<br>COLUMBIA, SC  29214-0400<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.421 | **Priority creditor's name and mailing address**<br><br>STATE OF TENNESSEE<br>ANDREW JACKSON BUILDING<br>500 DEADERICK STREET<br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.422 | **Priority creditor's name and mailing address**<br><br>STATE OF TEXAS<br>PO BOX 13528<br>CAPITOL STATION<br>AUSTIN, TX  78711-3528<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.423 | **Priority creditor's name and mailing address**<br><br>STATE OF UTAH<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT  84134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor   Skinny Labs, Inc.                                 Case number (if known)    23-20518

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.424** | **Priority creditor's name and mailing address**
STATE OF VERMONT
1116 W. BROADWAY AVE.
SPOKANE, WA  99260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.425** | **Priority creditor's name and mailing address**
STATE OF WEST VIRGINIA
1206 QUARRIER ST.
CHARLESTON, WV  25301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.426** | **Priority creditor's name and mailing address**
STATE OF WISCONSIN
PO BOX 8920
MADISON, WI  53708-8920

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.427** | **Priority creditor's name and mailing address**
STATE OF WYOMING
122 W 25TH STREET
HERSCHLER BLDG, 2ND FL WEST
CHEYENNE, WY  82002-0110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.428** | **Priority creditor's name and mailing address**
SWEETWATER COUNTY
80 W. FLAMING GORGE WAY STE 122
GREEN RIVER, WY  82935

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.429 | **Priority creditor's name and mailing address**<br><br>TAYLOR COUNTY<br>PO BOX 3762<br>ABILENE, TX  79604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.430 | **Priority creditor's name and mailing address**<br><br>TEXAS COUNTY<br>COURTHOUSE ANNEX<br>319 N MAIN ST.,  102<br>GUYMON, OK  73942<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.431 | **Priority creditor's name and mailing address**<br><br>TIPPECANOE COUNTY<br>203 N 3RD STREET 2ND FLOOR<br>LAFAYETTE, IN  47901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.432 | **Priority creditor's name and mailing address**<br><br>TOOELE COUNTY<br>47 S MAIN ST M 221<br>TOOELE, UT  84074<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.433 | **Priority creditor's name and mailing address**<br><br>TOWN OF GILBERT<br>4760 S. GREENFIELD ROAD<br>GILBERT, AZ  85234<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.434** **Priority creditor's name and mailing address**
TOWN OF GRAND CHUTE
1900 W GRAND CHUTE BLVD
GRAND CHUTE, WI  54913

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.435** **Priority creditor's name and mailing address**
TOWN OF ORONO
59 MAIN STREET
ORONO, ME  04473

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.436** **Priority creditor's name and mailing address**
TRAVIS COUNTY
PO BOX 1748
AUSTIN, TX  78767

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.437** **Priority creditor's name and mailing address**
TULSA COUNTY
218 WEST 6TH STREET
TULSA, OK  74119-1004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.438** **Priority creditor's name and mailing address**
UC-SAN DIEGO
SAN DIEGO CITY TREASURER
CODE ENFORCEMENT DIVISION
1200 THIRD AVESUITE 100
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)    23-20518

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.439 | **Priority creditor's name and mailing address** <br> UINTA COUNTY <br> 225 9TH ST. <br> EVANSTON, WY 82930 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.440 | **Priority creditor's name and mailing address** <br> UINTAH COUNTY <br> 152 E 100 N <br> VERNAL, UT 84078 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.441 | **Priority creditor's name and mailing address** <br> UMATILLA COUNTY <br> 216 SE 4TH STREET <br> PENDLETON, OR 97801 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.442 | **Priority creditor's name and mailing address** <br> UNITED STATES OF AMERICA <br> INTERNAL REVENUE SERVICE CENTER <br> OGDEN, UT 84201-0012 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.443 | **Priority creditor's name and mailing address** <br> UNIVERSITY OF CENTRAL FLORIDA <br> 4000 CENTRAL FLORIDA BLVD. <br> ORLANDO, FL 32816 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> POTENTIAL TAX LIABILITY <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.444 | **Priority creditor's name and mailing address**<br><br>UNIVERSITY OF KENTUCKY/JMI<br>410 ADMINISTRATION DR<br>LEXINGTON, KY 40506-0032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.445 | **Priority creditor's name and mailing address**<br><br>UNIVERSITY OF MICHIGAN<br>SSC ACCOUNTS RECEIVABLE<br>1000 VICTORS WAY SUITE 1A<br>ANN ARBOR, MI 48108-2744<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.446 | **Priority creditor's name and mailing address**<br><br>UNIVERSITY OF MINNESOTA<br>231 PILLSBURY DR. S.E..<br>MINNEAPOLIS, MN 55455-0213<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.447 | **Priority creditor's name and mailing address**<br><br>UNIVERSITY OF MISSOURI<br>105 JESSE HALL<br>COLUMBIA, MO 65211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.448 | **Priority creditor's name and mailing address**<br><br>UTAH COUNTY<br>100 E CENTER STREET, SUITE 1200<br>PROVO, UT 84606<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.449** | **Priority creditor's name and mailing address**
VANDERBURGH COUNTY
PO BOX 77
EVANSVILLE, IN 47701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.450** | **Priority creditor's name and mailing address**
VECHERSKY, PAVEL
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $14,423.25 | Priority amount: $14,423.25

---

**2.451** | **Priority creditor's name and mailing address**
WAKE COUNTY
PO BOX 580084
CHARLOTTE, NC 28258-0084

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.452** | **Priority creditor's name and mailing address**
WALLA WALLA COUNTY
315 W MAIN ST
WALLA WALLA, WA 99362

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

---

**2.453** | **Priority creditor's name and mailing address**
WASHINGTON COUNTY
280 N. COLLEGE AVE., SUITE 202
FAYETTEVILLE, AR 72701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN | Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.454 | **Priority creditor's name and mailing address**<br>WASHINGTON DC<br>441 4TH STREET, NW<br>WASHINGTON, DC 20001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.455 | **Priority creditor's name and mailing address**<br>WASHITA COUNTY<br>111 E MAIN STREET, 10<br>NEW CORDELL, OK 73632<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.456 | **Priority creditor's name and mailing address**<br>WASHOE COUNTY<br>1001 E 9TH ST.<br>RENO, NV 89512<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.457 | **Priority creditor's name and mailing address**<br>WEBER COUNTY<br>2380 WASHINGTON BLVD.<br>OGDEN, UT 84401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.458 | **Priority creditor's name and mailing address**<br>WEST TEXAS A&M<br>2501 4TH AVE<br>CANYON, TX 79016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.459**

**Priority creditor's name and mailing address**
WILCOX, TIMOTHY
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,846.50    Priority amount: $13,846.50

---

**2.460**

**Priority creditor's name and mailing address**
WOODS COUNTY
407 GOVERNMENT ST.
ALVA, OK 73717

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.461**

**Priority creditor's name and mailing address**
YANG, HUA
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $19,266.00    Priority amount: $15,150.00

---

**2.462**

**Priority creditor's name and mailing address**
YOLO COUNTY
625 COURT STREET
WOODLAND, CA 95695

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.463**

**Priority creditor's name and mailing address**
YUMA COUNTY
2550 S 4TH AVE
YUMA, AZ 85364

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,200.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address** (3.1)
1506-18 SPRINGFIELD LLC
3030 KETTERING BOULEVARD
UNIT C
MORAINE, OH  45439

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | | $26,000.00 |
|---|---|---|---|

2020 FAIRVIEW AVENUE, LLC
5324 WAPAKONETA ROAD
BETHESDA, MD  20816

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | | $9,516.02 |
|---|---|---|---|

413 N LARCH, LLC
330 MARSHALL STREET, SUITE 100
LANSING, MI  48912

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | | $8,524.42 |
|---|---|---|---|

435 WEST AVE ASSOCIATES, LLC
1080 MAIN STREET
PAWTUCKET, RI  02860

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | | $6,720.00 |
|---|---|---|---|

630-640 EUBANKS COURT LLC
PO BOX 7365
SAN FRANCISCO, CA  94120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

---

**3.6** | **Nonpriority creditor's name and mailing address**

7840 MAIN LLC
14818 WACONIA STREET NE
HAM LAKE, MN  55304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,146.05

---

**3.7** | **Nonpriority creditor's name and mailing address**

A-1 SELF STORAGE MORENA BOULEVARD
4680 ALVARADO CANYON ROAD
SAN DIEGO, CA  92120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$589.00

---

**3.8** | **Nonpriority creditor's name and mailing address**

ADA STREET FACTORY, LLC
2249 N SHEFFIELD AVENUE
CHICAGO, IL  60614-3621

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,565.74

---

**3.9** | **Nonpriority creditor's name and mailing address**

ADMOBILIZE LLC
881 NE 72ND TER
MIAMI, FL  33138

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.10** | **Nonpriority creditor's name and mailing address**

ADP INC
PO BOX 31001-1874
PASADENA, CA  91110-1874

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,127.05

---

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.11** | **Nonpriority creditor's name and mailing address**

AGENCIA TRIBUTARIA MADRID
CALLE SACRAMENTO
3 - PLANTA BAJA
MADRID  28005
SPAIN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$405.95

---

**3.12** | **Nonpriority creditor's name and mailing address**

AHMAD AL-SHAMSSIE
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,385.00

---

**3.13** | **Nonpriority creditor's name and mailing address**

AJOR PROPERTY GROUP LLC
1661 20TH STREET, # 4
OAKLAND, CA  94607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,886.97

---

**3.14** | **Nonpriority creditor's name and mailing address**

AL 14 LLC
910 DAVID ST
OPELIKA, AL  36801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$950.00

---

**3.15** | **Nonpriority creditor's name and mailing address**

ALLIANT INSURANCES SERVICES
701 B STREET
6TH FLOOR
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$139,742.39

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.16 | **Nonpriority creditor's name and mailing address**<br><br>AMAZON CAPITAL SERVICES, INC.<br>PO BOX 81207<br>SEATTLE, WA 98108<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $961.65 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br><br>AMAZON WEB SERVICES, INC.<br>PO BOX 84023<br>SEATTLE, WA 98124-8423<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $598,030.08 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br><br>AMPLE STORAGE EAST CLUB<br>2240 DOMINION STREET<br>DURHAM, NC 27704<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,376.16 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>AMPLITUDE INC.<br>631 HOWARD ST.<br>SUITE 500<br>SAN FRANCISCO, CA 94105<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,000.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>APPLE INC.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,389.38 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.21** **Nonpriority creditor's name and mailing address**

APPSFLYER INC
100 1ST STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,415.00

---

**3.22** **Nonpriority creditor's name and mailing address**

APS
P.O. BOX 37812
BOONE, IA 50037-0812

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,819.60

---

**3.23** **Nonpriority creditor's name and mailing address**

ARDEM INCORPORATED
124 HILLSBOROUGH ROAD
HILLSBOROUGH, NJ 08844

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

---

**3.24** **Nonpriority creditor's name and mailing address**

AT&T
PO BOX 6463
CAROL STREAM, IL 60197-5014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,307.34

---

**3.25** **Nonpriority creditor's name and mailing address**

AUSTIN GLOBAL HOLDINGS LLC
633 NW 13 TH STREET
GAINESVILLE, FL 32601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,667.22

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,002.75 |
| | AUXADI CONTABLES & CONSULTORES S.A. | Check all that apply. | |
| | C/ NANCLARES DE OCA 1B | ☐ Contingent | |
| | MADRID  28022 | ☐ Unliquidated | |
| | SPAIN | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | AZADIM, DANIEL | Check all that apply. | |
| | ADDRESS ON FILE | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | 10/9/2023 | **Basis for the claim:** | |
| | | WORKERS' COMPENSATION | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | BAZIN, LUXEMBEAU | Check all that apply. | |
| | ADDRESS ON FILE | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | 4/20/2023 | **Basis for the claim:** | |
| | | WORKERS' COMPENSATION | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75,680.07 |
| | BDO | Check all that apply. | |
| | PO BOX 642743 | ☐ Contingent | |
| | PITTSBURGH, PA  15264-2743 | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,459.00 |
| | BDO AG WIRTSCHAFTSPRÜFUNGSGESELLSCHAFT | Check all that apply. | |
| | FERDINANDSTRASSE 59 | ☐ Contingent | |
| | HAMBURG  20095 | ☐ Unliquidated | |
| | GERMANY | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|--------|-------------------|--|------------------------|----------|
| | (Name) | | | |

Case 23-20518-CLC    Doc 16    Filed 01/19/24    Page 132 of 281

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|-----------------|

**3.31**

**Nonpriority creditor's name and mailing address**

BERBIX INC.
2338 MARKET STREET
SAN FRANCISCO, CA 94114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,299.12

---

**3.32**

**Nonpriority creditor's name and mailing address**

BEY-SMITH, DAVID M
ADDRESS ON FILE

**Date or dates debt was incurred**

5/5/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.33**

**Nonpriority creditor's name and mailing address**

BIKEHUB
1522 PARK STREET
ALAMEDA, CA 94501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,775.00

---

**3.34**

**Nonpriority creditor's name and mailing address**

BLAINE MCDANIELS DBA BLIZZ LLC
1945 WEST CHOCTAW DRIVE
LONDON, OH 43140

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$815.00

---

**3.35**

**Nonpriority creditor's name and mailing address**

BLUE SYSTEMS USA, INC.
4136 DEL REY AVENUE
OFFICE 617
MARINA DEL REY, CA 90292

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

| Part 2: | Additional Page |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>BLUECREW, INC.<br>P.O. BOX 743554<br>LOS ANGELES, CA  90074-3554<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,043.56 |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>BLUESKY SOLUTIONS LLC<br>2201 SOUTH WILMINGTON ST., STE #100<br>RALEIGH, NC  27603<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,690.00 |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>BOV-RAC UTAH LLC<br>1330 W SUNSET BLVD. SUITE G<br>ST GEORGE, UT  84770<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $195.00 |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>BOXELDAR SANITATION DISTRICT<br>3201 E, MULBERRY,UNIT Q<br>PO BOX 1518<br>FORT COLLINS, CO  80522<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>BRADSHER, CLARENCE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>3/8/2023<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>BRAZE INC.<br>330 WEST 34TH STREET, 18TH FLOOR<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80,045.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>BUDGET RENT A CAR SYSTEM, INC<br>DBA BUDGET TRUCK RENTAL, LLC<br>16449 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $335,089.79 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>BUDGET TRUCK RENTAL<br>PO BOX 932906<br>CLEVELAND, OH  44193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69,626.41 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>BUY SUPPLY CORP<br>2902 WEST 37TH STREET<br>BROOKLYN, NY  11224<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,839.36 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>BUY TO BYE LLC<br>1846 E INNOVATION PARK DR<br>STE 100<br>ORO VALLEY, AZ  85755<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,624.50 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.46** | **Nonpriority creditor's name and mailing address**

CAM BECHER, LLC
155 N. 120TH STREET
WAUWATOSA, WI  53226

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,813.34

---

**3.47** | **Nonpriority creditor's name and mailing address**

CB&B REALTY LTD.
1910 B, CENTERPOINT ROAD
SAN MARCOS, TX  78666

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,468.80

---

**3.48** | **Nonpriority creditor's name and mailing address**

CDW DIRECT LLC
PO BOX 75723
CHICAGO, IL  60675

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,912.96

---

**3.49** | **Nonpriority creditor's name and mailing address**

CEDARWOOD COMMERCIAL PROPERTIES, LP
CEDARWOOD COMMERCIAL PROPERTIES LP
AMERISERV FINANCIAL BANK
JOHNSTOWN, PA  15907

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,705.00

---

**3.50** | **Nonpriority creditor's name and mailing address**

CENTERLINE DRIVERS, LLC.
1015 A STREET
TACOMA, WA  98402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,341.25

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.51**

**Nonpriority creditor's name and mailing address**

CERVANTES, LILIANA
ADDRESS ON FILE

**Date or dates debt was incurred**

5/31/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.52**

**Nonpriority creditor's name and mailing address**

CERVANTES, LILIANA
ADDRESS ON FILE

**Date or dates debt was incurred**

1/25/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.53**

**Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS HOLDINGS, LLC
P.O. BOX 6030
CAROL STREAM, IL  60197-6030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$341.84

---

**3.54**

**Nonpriority creditor's name and mailing address**

CHECKR INC.
1 MONTGOMERY STREET
SUITE 2400
SAN FRANCISCO, CA  94104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,569.55

---

**3.55**

**Nonpriority creditor's name and mailing address**

CHERTIK
C/O LAW OFFICES OF LEE W. DAVIS
ATTN LEE W. DAVIS
5239 BUTLER STREET, STE 201
PITTSBURGH, PA  15201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.56** **Nonpriority creditor's name and mailing address**

CHEYENNE INVESTMENTS, LLC
PO BOX 1926
ROGERS, AR 72757

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,166.66

---

**3.57** **Nonpriority creditor's name and mailing address**

CHRISTOPHER CRANDALL CLARK
C/O FRONTIER LAW CENTER
ATTN JOSEPH A GROSS
23901 CALABASAS RD, 1084
CALABASAS, CA 91302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.58** **Nonpriority creditor's name and mailing address**

CITY AND COUNTY OF SAN FRANCISCO
SAN FRANCISCO TAX COLLECTOR
SAN FRANCISCO, CA 94120-7427

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,987.58

---

**3.59** **Nonpriority creditor's name and mailing address**

CITY OF ANN ARBOR
P.O. BOX 77000
ANN ARBOR, MI 48277-0621

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,666.66

---

**3.60** **Nonpriority creditor's name and mailing address**

CITY OF DAYTON
PO BOX 632094
CINICINNATI, OH 45263

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,079.82

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.61**   **Nonpriority creditor's name and mailing address**

CITY OF EDMONTON
PO BOX 2600
EDMONTON, AB  T5J 5A1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$251.07

---

**3.62**   **Nonpriority creditor's name and mailing address**

CITY OF FAYETTEVILLE
113 W MOUNTAIN STREET
FAYETTEVILLE, AR  72701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,823.34

---

**3.63**   **Nonpriority creditor's name and mailing address**

CITY OF MINNEAPOLIS
PO BOX 77038
MINNEAPOLIS, MN  55480

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,343.75

---

**3.64**   **Nonpriority creditor's name and mailing address**

CITY OF MINNEAPOLIS (PARKS & RECREATION)
2117 WEST RIVER ROAD NORTH
MINNEAPOLIS, MN  55411

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$400.01

---

**3.65**   **Nonpriority creditor's name and mailing address**

CITY OF RALEIGH
POST OFFICE BOX 590
RALEIGH, NC  27602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,900.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.66 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SAN MARCOS<br>630 EAST HOPKINS STREET<br>SAN MARCOS, TX  78666<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,896.00 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SANTA MONICA<br>1685 MAIN ST<br>SANTA MONICA, CA  90401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,115.50 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF SANTA MONICA<br>P.O. BOX 7125<br>ARTESIA, CA  90702-7125<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,379.48 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF ST. GEORGE<br>P.O. BOX 1750<br>ST. GEORGE, UT  84771-1750<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $348.06 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br><br>CITY OF ST. PAUL<br>15 W KELLOGG BLVD SUITE 700<br>SAINT PAUL, MN  55102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $451.18 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
| --- | --- | --- |

| 3.71 | **Nonpriority creditor's name and mailing address**<br><br>COLON, JULIO<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>7/11/2023<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.72 | **Nonpriority creditor's name and mailing address**<br><br>COLUMBIA GAS OF PENNSYLVANIA<br>P.O. BOX 70285<br>PHILADELPHIA, PA  19176-0285<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73.06 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br><br>COMCAST BUSINESS<br>PO BOX 70219<br>PHILADELPHIA, PA  19176-0219<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $181.14 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br><br>CORNER SHOP, LLC<br>4164 EAST SAINT JOSEPH WAY<br>PHOENIX, AZ  85018<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,051.74 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br><br>COSTA VERDE INVESTMENTS, LLC<br>2440 S. 34TH PLACE<br>TUCSON, AZ  85713<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,505.40 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,374.08 |
|---|---|---|---|

COUNTY OF ALAMEDA - TAX COLLECTOR
1221 OAK STREET. ROOM 131
OAKLAND, CA 94612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,740.00 |
|---|---|---|---|

COZEN O'CONNOR
1650 MARKET STREET
SUITE 2800
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00 |
|---|---|---|---|

CTM MEDIA GROUP, INC
11 LARGO DRIVE SOUTH
STAMFORD, CT 06907

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,947.00 |
|---|---|---|---|

DATADOG, INC
620 8TH AVE, 45TH FLOOR
NEW YORK, NY 10011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

DAVID CAMACHO
C/O WORK JUSTICE PC
ATTN BRENT P MARLIS
3600 WILSHIRE BLVD, STE 1815
LOS ANGELES, CA 90010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

**3.81**
**Nonpriority creditor's name and mailing address**

DEDMON, TIFFANY
ADDRESS ON FILE

**Date or dates debt was incurred**

5/11/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.82**
**Nonpriority creditor's name and mailing address**

DEEL INC.
650 2ND STREET
SAN FRANCISCO, CA 94107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$172,323.79

---

**3.83**
**Nonpriority creditor's name and mailing address**

DELAWARE CORP & TAX WE
PO BOX 2044
WILMINGTON, DE 19899

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.84**
**Nonpriority creditor's name and mailing address**

DGA SERVICES INC.
DBA JIT TRANSPORTATION
1075 MONTAGUE EXPRESSWAY
MILPITAS, CA 95035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$429,032.90

---

**3.85**
**Nonpriority creditor's name and mailing address**

DIRECTOR OF FINANCE- BALTIMORE CITY
200 HOLLIDAY ST. ROOM 3
WOLMAN MUNICIPAL BLDG
BALTIMORE, MD 21202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$91,452.84

---

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.86**

**Nonpriority creditor's name and mailing address**

DODSON BROS. EXTERMINATING CO
DBA DODSON PEST CONTROL
3712 CAMPBELL AVENUE
LYNCHBURG, VA  24501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.38

---

**3.87**

**Nonpriority creditor's name and mailing address**

DOMINION ENERGY
PO BOX 27031
RICHMOND, VA  23261-7031

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$403.23

---

**3.88**

**Nonpriority creditor's name and mailing address**

DOMINION ENERGY OHIO
PO BOX 26785
RICHMOND, VA  23261-6785

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$195.26

---

**3.89**

**Nonpriority creditor's name and mailing address**

DROVER, INC.
623 CURLEY BEAR ROAD
BIG SKY, MT  59716

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$404,000.00

---

**3.90**

**Nonpriority creditor's name and mailing address**

ECH IMMIGRATION LLC
2840 WEST BAY DR.
BOX 132
LARGO, FL  33770

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$365.00

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.91**

**Nonpriority creditor's name and mailing address**

ECHO GLOBAL LOGISTICS INC.
22168 NETWORK PLACE
CHICAGO, IL  60673-1221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$114,395.00

---

**3.92**

**Nonpriority creditor's name and mailing address**

ECKELKAMP, YURI
ADDRESS ON FILE

**Date or dates debt was incurred**

7/14/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.93**

**Nonpriority creditor's name and mailing address**

EDUCATION INTELLIGENCE INC.
4117 HILLSBORO PIKE BLDG: 103-167
NASHVILLE, TN  37215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**3.94**

**Nonpriority creditor's name and mailing address**

ELLIOTT, HERMAN
ADDRESS ON FILE

**Date or dates debt was incurred**

4/20/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.95**

**Nonpriority creditor's name and mailing address**

EMBURSE INC.
PO BOX 780965
PHILADELPHIA, PA  19178-0965

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,200.00

---

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.96 | **Nonpriority creditor's name and mailing address**<br><br>EMKAY, INC.<br>P.O BOX 779028<br>CHICAGO, IL 60677<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $559,637.29 |
| 3.97 | **Nonpriority creditor's name and mailing address**<br><br>ERNST & YOUNG LLP<br>200 PLAZA DRIVE<br>SECAUCUS, NJ 07094<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50,000.00 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br><br>EVGO OPCP, LLC<br>DBA EVGO SERVICE, LLC<br>11390 W. OLYMPIC BLVD, SUITE 250<br>LOS ANGELES, CA 90064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,851.40 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br><br>EVISORT INC.<br>177 BOVET ROAD<br>SAN MATEO, CA 94402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,213.50 |
| 3.100 | **Nonpriority creditor's name and mailing address**<br><br>EXPEDITORS INTERNATIONAL (GMBH)<br>OBERSCHLESIENSTRASSE 10<br>KREFELD, DE 47807<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,889.73 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address**<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.<br>849 THOMAS DRIVE<br>BENSENVILLE, IL  60106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,876.00 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br><br>FEDEX<br>P.O. BOX 7221<br>PASADENA, CA  91109<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,923.88 |
| 3.103 | **Nonpriority creditor's name and mailing address**<br><br>FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC.<br>245 SUMMER ST.<br>BOSTON, MA  02205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $524.90 |
| 3.104 | **Nonpriority creditor's name and mailing address**<br><br>FIVE9 INC.<br>4000 EXECUTIVE PARKWAY<br>SAN RAMON, CA  94583<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,075.26 |
| 3.105 | **Nonpriority creditor's name and mailing address**<br><br>FIVETRAN INC<br>405 14TH STREET<br>SUITE 1100<br>OAKLAND, CA  94612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,972.33 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

FLEISCHER, ROBERT
C/O DOWNTOWN L.A. LAW GROUP
ATTN PETER N. HAKIM
601 N. VERMONT AVE.
LOS ANGELES, CA  90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.107** **Nonpriority creditor's name and mailing address**

FLT EQUITY
DBA RTA WILLOW TRACE II, LLC
2082 MICHELSON DRIVE, SUITE 400
IRVINE, CA  92612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,193.48

---

**3.108** **Nonpriority creditor's name and mailing address**

FLUID MARKET, INC.
DBA FLUID TRUCK
400 W 48TH AVE, UNIT #300
DENVER, CO  80216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $30,714.29

---

**3.109** **Nonpriority creditor's name and mailing address**

FORMAGRID, INC DBA AIRTABLE
799 MARKET STREET
FLOOR 8
SAN FRANCISCO, CA  94103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $35,280.00

---

**3.110** **Nonpriority creditor's name and mailing address**

FREIGHTPOP INC.
1 RANCHO CIRCLE
LAKE FOREST, CA  92630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,596.00

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,606.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FULCRUM PARTNERS, LLC
1524 TRADESCANT CT.
RALEIGH, NC  27613

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,606.50

---

3.112  **Nonpriority creditor's name and mailing address**

FULTON COUNTY TAX COMMISSIONER
P.O. BOX 105052
ATLANTA, GA  30348-5052

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,873.05

---

3.113  **Nonpriority creditor's name and mailing address**

GAINESVILLE REGIONAL UTILLIIES
P.O. BOX 147051
GAINESVILLE, FL  32614-7051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,179.06

---

3.114  **Nonpriority creditor's name and mailing address**

GASP, INC.
1123 HIGH VISTA DRIVE
MILLS RIVER, NC  28759

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,734.36

---

3.115  **Nonpriority creditor's name and mailing address**

GEAROID P O'MEACHAIR
DBA GPM ELECTRIC LLC
752 CAYUGA AVENUE
SAN FRANCISCO, CA  94112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,880.00

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.116** **Nonpriority creditor's name and mailing address**

GILLOGLEY, JOHN
ADDRESS ON FILE

**Date or dates debt was incurred**

11/3/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.117** **Nonpriority creditor's name and mailing address**

GLOBAL EQUIPMENT COMPANY INC.
DBA GLOBAL INDUSTRIAL
29833 NETWORK PLACE
CHICAGO, IL 60673-1298

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,047.10

---

**3.118** **Nonpriority creditor's name and mailing address**

GOOGLE LLC
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,144.66

---

**3.119** **Nonpriority creditor's name and mailing address**

GOVERNMENT NAVIGATION GROUP
213 W. INSTITUTE PLACE
CHICAGO, IL 60610

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**3.120** **Nonpriority creditor's name and mailing address**

GRANTMAN PROPERTIES, LLC
530 GRANT ST.
AKRON, OH 44311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,997.13

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | **Amount of claim** |
|---|---|---|

**3.121** | **Nonpriority creditor's name and mailing address**
HAMELIN, MICHAEL
ADDRESS ON FILE

**Date or dates debt was incurred**

7/2/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.122** | **Nonpriority creditor's name and mailing address**
HARRIS, CALVIN
ADDRESS ON FILE

**Date or dates debt was incurred**

7/21/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.123** | **Nonpriority creditor's name and mailing address**
HARRISPARK PROPERTIES, INC.
608 GASTON ST
SUITE 200
RALEIGH, NC  27603

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,668.00

---

**3.124** | **Nonpriority creditor's name and mailing address**
HAZAN, BARAK
C/O AIGEN LAW FIRM
ATTN SCOTT M. AIGEN
1 SE 3RD AVE STE 3020
MIAMI, FL  33131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.125** | **Nonpriority creditor's name and mailing address**
HICKLIN, ANDRE
ADDRESS ON FILE

**Date or dates debt was incurred**

8/2/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
3.126
HICKLIN, ANDRE
ADDRESS ON FILE

**Date or dates debt was incurred**

11/27/2023

**Last 4 of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**
3.127
HOLOGRAM
1 NORTH LASALLE STREET
CHICAGO, IL 60602

**Date or dates debt was incurred**

**Last 4 of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,380.04

---

**Nonpriority creditor's name and mailing address**
3.128
HOME DEPOT U.S.A., INC.
DBA THE HOME DEPOT PRO
PO BOX 742440
LOS ANGELES, CA 90074-2440

**Date or dates debt was incurred**

**Last 4 of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,213.67

---

**Nonpriority creditor's name and mailing address**
3.129
HOOKER, KEVIN
ADDRESS ON FILE

**Date or dates debt was incurred**

5/21/2023

**Last 4 of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**
3.130
HUNTSINGER, ARIEL L
ADDRESS ON FILE

**Date or dates debt was incurred**

7/27/2023

**Last 4 of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

Case 23-20518-CLC    Doc 16    Filed 01/19/24    Page 152 of 281

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

### 3.131

**Nonpriority creditor's name and mailing address**

IDAHO POWER
PO BOX 5381
CAROL STREAM, IL  60197-5381

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$218.92

---

### 3.132

**Nonpriority creditor's name and mailing address**

IHK INDUSTRIE UND HANDELSKAMMER KOLN
MULHEIM AN DER RUHR
ESSEN
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$494.10

---

### 3.133

**Nonpriority creditor's name and mailing address**

INDEED INC.
177 BROAD ST
STAMFORD, CT  06901-5003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,124.91

---

### 3.134

**Nonpriority creditor's name and mailing address**

INNOVATEPGH PARTNERSHIP
DBA AVENU, MOVEPGH
218 OAKLAND AVENUE
PITTSBURGH, PA  15213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,171.02

---

### 3.135

**Nonpriority creditor's name and mailing address**

INTERNATIONAL FREIGHTBRIDGE GMBH
HOLZDAMM 28-32
HAMBURG  20099
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,595.76

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.136** | **Nonpriority creditor's name and mailing address**

J&P ATLANTA LLC
P. O BOX 690246
ORLANDO, FL  32869

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,189.27

---

**3.137** | **Nonpriority creditor's name and mailing address**

JESS, KAILEY
ADDRESS ON FILE

**Date or dates debt was incurred**

7/12/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.138** | **Nonpriority creditor's name and mailing address**

JOHNSON, ERIC
ADDRESS ON FILE

**Date or dates debt was incurred**

6/20/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.139** | **Nonpriority creditor's name and mailing address**

JOHNSON, EVERETT
ADDRESS ON FILE

**Date or dates debt was incurred**

6/4/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.140** | **Nonpriority creditor's name and mailing address**

KELLY, CHRISTIAN
C/O SCRANTON LAW FIRM
ATTN JAMIE RETMIER
2450 STANWELL DR
CONCORD, CA  94520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.141**   **Nonpriority creditor's name and mailing address**

LA BARRE MACHINE WORKS INC.
PO BOX 820148
PORTLAND, OR  97282-1148

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,161.72

---

**3.142**   **Nonpriority creditor's name and mailing address**

LA JOLLA BUSINESS CENTER
PO BOX 126308
SAN DIEGO, CA  92112-6308

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,000.00

---

**3.143**   **Nonpriority creditor's name and mailing address**

LANSING CITY TREASURER
PO BOX 30516
LANSING, MI  48909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,646.03

---

**3.144**   **Nonpriority creditor's name and mailing address**

LARKIN BENEFIT ADMINISTRATORS
D/B/A THE LARKIN COMPANY
1376 LEAD HILL BLVD STE 150
ROSEVILLE, CA  95661

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,810.00

---

**3.145**   **Nonpriority creditor's name and mailing address**

LAWRENCE E. SCHWARZ AND ANN L. SCHWARZ
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,698.94

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>LEGAL MANAGEMENT ADVISORY, S.L.<br>CALLE DEL MONTE ESQUINZA<br>MADRID  28010<br>SPAIN<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $406.54 |
|---|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address**<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br>100 LIBERTY WAY<br>ATTN PAYMENT PROCESSING BC<br>DOVER, NH  03820<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $423,468.32 |
| 3.148 | **Nonpriority creditor's name and mailing address**<br><br>LINKEDIN<br>62228 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,839.00 |
| 3.149 | **Nonpriority creditor's name and mailing address**<br><br>LITTLER MENDELSON, PC<br>PO BOX 207137<br>DALLAS, TX  75320-7137<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88,353.90 |
| 3.150 | **Nonpriority creditor's name and mailing address**<br><br>LIVINGSTON INTERNATIONAL, INC.<br>150 EAST PIERCE ROAD<br>SUITE 500<br>ITASCA, IL  60143<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,516.13 |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.151** | **Nonpriority creditor's name and mailing address**

LM HOLDINGS SLC, LLC
5846 SOUTH HOLLADAY BLVD
SALT LAKE CITY, UT  84121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,994.00

---

**3.152** | **Nonpriority creditor's name and mailing address**

LOUIS BETZ & ASSOCIATES INC.
13712 CHESTERSALL DRIVE
TAMPA, FL  33624

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,000.00

---

**3.153** | **Nonpriority creditor's name and mailing address**

LOUISIANA STATE UNIVERSITY
OFFICE OF ACCOUNTING SERVICES
THOMAS BOYD HALL, #204
BATON ROUGE, LA  70802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.50

---

**3.154** | **Nonpriority creditor's name and mailing address**

LUIS RAMIREZ
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.90

---

**3.155** | **Nonpriority creditor's name and mailing address**

MAPBOX, INC.
740 15TH STREET NW
5TH FLOOR
WASHINGTON, DC  20005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,812.00

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.156 | **Nonpriority creditor's name and mailing address**<br><br>MARSH USA, INC.<br>ONE EMBARCADERO CENTER<br>SUITE 1300<br>SAN FRANCISCO, CA  94111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $819,188.29 |

| 3.157 | **Nonpriority creditor's name and mailing address**<br><br>METRO DEVELOPMENT, LLC.<br>3242 ESTHER PLACE<br>BALTIMORE, MD  21224<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,812.66 |

| 3.158 | **Nonpriority creditor's name and mailing address**<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE<br>AND DAVIDSON COUNTY<br>720 SOUTH 5TH STREET<br>NASHVILLE, TN  37206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,225.75 |

| 3.159 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL DIXON DBA WIXON MILL LLC<br>4821 WOODLAWN DRIVE<br>HYATTSVILLE, MD  20784<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,277.50 |

| 3.160 | **Nonpriority creditor's name and mailing address**<br><br>MICROSOFT<br>PO BOX 842103<br>DALLAS, TX  75284-2103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,155.49 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.161 | **Nonpriority creditor's name and mailing address**<br><br>MILLER, CHARLEY<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>1/9/2023<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>MINAMI TAMAKI LLP<br>101 MONTGOMERY ST. SUITE 825<br>SAN FRANCISCO, CA  94104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $11,150.00 |
| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>MITCHELL, MATTHEW<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>11/8/2023<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>MOBILE MINI, INC.<br>PO BOX 650882<br>DALLAS, TX  75265-0882<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,056.39 |
| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>MONKEYBRAINS ISP<br>286 12TH STREET<br>SAN FRANCISCO, CA  94103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $525.00 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.166 | **Nonpriority creditor's name and mailing address**<br><br>MONTGOMERY COUNTY TREASURER<br>755 ROANOKE STREET. SUITE 1B<br>CHRISTIANSBURG, VA 24073-3169<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,927.02 |

| 3.167 | **Nonpriority creditor's name and mailing address**<br><br>MORAIS, JANE<br>C/O RAPPOPORT, DEGIOVANNI & CASLOWITZ<br>ATTN STEPHEN M. RAPPOPORT<br>989 WATERMAN AVENUE<br>EAST PROVIDENCE, RI 02914<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.168 | **Nonpriority creditor's name and mailing address**<br><br>MR. CABINET MANUFACTURING INC.<br>P.O. BOX 773<br>ASOTIN, WA 99402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300.00 |

| 3.169 | **Nonpriority creditor's name and mailing address**<br><br>MSDSONLINE INC DBA VELOCITYEHS<br>27185 NETWORK PLACE<br>CHICAGO, IL 60673<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,721.36 |

| 3.170 | **Nonpriority creditor's name and mailing address**<br><br>MTG DISPOSAL LLC<br>A WASTE CONNECTIONS COMPANY<br>19 INDUSTRIAL WAY<br>SEEKONK, MA 02771-2011<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $211.22 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | **Amount of claim** |
|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address**<br><br>MULHOLLAND, MICHAEL<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>1/21/2023<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
|---|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address**<br><br>MUNRO, TOM<br>C/O LEEDER LAW<br>ATTN THOMAS H. LEEDER<br>8551 WEST SUNRISE BLVD., STE. 202<br>PLANTATION, FL  33322<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.173 | **Nonpriority creditor's name and mailing address**<br><br>NAVIA BENEFIT SOLUTIONS<br>600 NACHES AVENUE SW<br>RENTON, WA  98057<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,036.05 |
| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>901 EAST BYRD STREET SUITE 1650<br>RICHMOND, VA  23219<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $110,883.79 |
| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>NELSON NYGAARD<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $150.00 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.176** | **Nonpriority creditor's name and mailing address**
NIELSEN MERKSAMER PARRINELLO GROSS & LEONI, LLP
1415 L STREET, SUITE 1200
SACRAMENTO, CA  95814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,553.28

---

**3.177** | **Nonpriority creditor's name and mailing address**
NITTANY VIEW PARTNERSHIP
P.O. BOX 1186
STATE COLLEGE, PA  16804

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,400.00

---

**3.178** | **Nonpriority creditor's name and mailing address**
NORTH AMERICAN BIKESHARE ASSOCIATION
11 MAIN ST SUITE 7 PMB 207
ME  04092-4737

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,500.00

---

**3.179** | **Nonpriority creditor's name and mailing address**
NORTH LAKES CENTER, LLC
PO BOX 1801
ROANOKE, VA  24008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,800.00

---

**3.180** | **Nonpriority creditor's name and mailing address**
OFFICE DEPOT
9501 AMBERGLEN BLVD
SUITE 200
AUSTIN, TX  78729

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,847.37

---

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.181 | **Nonpriority creditor's name and mailing address**<br><br>OKLAHOMA NATURAL GAS COMPANY<br>OKLAHOMA NATURAL GAS COMPANY<br>PO BOX 219296<br>KANSAS CITY MO, KS  64121-9296<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69.05 |
| 3.182 | **Nonpriority creditor's name and mailing address**<br><br>OKLAHOMA STATE UNIVERSITY<br>1006 W. HALL OF FAME<br>STILLWATER, OK  74078<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,955.58 |
| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>OPEN WORKS<br>2355 EAST CAMELBACK ROAD<br>SUITE 600<br>PHOENIX, AZ  85016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $798.00 |
| 3.184 | **Nonpriority creditor's name and mailing address**<br><br>ORACLE AMERICA, INC.<br>BANK OF AMERICA LOCKBOX SERVICES<br>15642 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $162,021.60 |
| 3.185 | **Nonpriority creditor's name and mailing address**<br><br>OWEN & ASSOCIATES<br>208 EVANS AVENUE<br>TORONTO, ON  M8Z IJ7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105.94 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.186** **Nonpriority creditor's name and mailing address**

PAGAN, SABDIEL
ADDRESS ON FILE

**Date or dates debt was incurred**

6/9/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.187** **Nonpriority creditor's name and mailing address**

PARADISE WATER COMPANY
PO BOX 3
BURLINGAME, CA  94011-0003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$163.09

---

**3.188** **Nonpriority creditor's name and mailing address**

PARRILLO, NICHOLAS
ADDRESS ON FILE

**Date or dates debt was incurred**

7/31/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.189** **Nonpriority creditor's name and mailing address**

PARTSCLOUD INC
2600 MASON ROAD
ELGIN, IL  60124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$133,928.55

---

**3.190** **Nonpriority creditor's name and mailing address**

PAUL MANZANO
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,216.00

**Part 2:** Additional Page

| | | Amount of claim |
|--|--|-----------------|

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,784.00

PAYNE COUNTY TREASURER
315 W. 6TH, SUITE 101
STILLWATER, OK 74074

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $61,596.90

PBOT - CITY OF PORTLAND
PO BOX 5066
ATTN. GENERAL AR
PORTLAND, OR 97208-5066

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114.44

PEGASUS TUCSON OWNER LLC
P.O. BOX 743231
LOS ANGELES, CA 90074-3231

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,059.90

PEPCO
PO BOX 13608
PHILADELPHIA, PA 19101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $299,374.64

PILOT CREATIVE LIMITED
ST. JOHN'S INNOVATION CENTRE
COWLEY ROAD
CAMBRIDGE CB4 0WS
UNITED KINGDOM

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,862.40 |
|---|---|---|---|

POPULUS TECHNOLOGIES, INC.
177 POST STREET, SUITE 200
SAN FRANCISCO, CA 94108

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,770.00 |
|---|---|---|---|

PORTLAND ANDERSON 213, LLC
PO BOX 70
SEASIDE, OR 97138

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $692.34 |
|---|---|---|---|

POUDRE VALLEY REA
PO BOX 698
FORT COLLINS, CO 80522

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,902.00 |
|---|---|---|---|

PSS PACIFIC BEACH, LLC
4667 ALBUQUERQUE STREET
SAN DIEGO, CA 92109

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

QUILES, JACOB
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

6/26/2022

**Basis for the claim:**
WORKERS' COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.201** | **Nonpriority creditor's name and mailing address**
RAMIRO ARANA CABRERA
DBA ARANAS CLEANINGS
901 SUNNYDALE AVE
SAN FRANCISCO, CA 94134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$420.00

---

**3.202** | **Nonpriority creditor's name and mailing address**
REAVES, DAVONTAE J
ADDRESS ON FILE

**Date or dates debt was incurred**
12/5/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.203** | **Nonpriority creditor's name and mailing address**
REGENTS OF THE UNIVERSITY OF MINNESOTA
PO BOX 1450
NW 5960
MINNEAPOLIS, MN 55485-5960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,585.00

---

**3.204** | **Nonpriority creditor's name and mailing address**
ROBINSON, DANA
ADDRESS ON FILE

**Date or dates debt was incurred**
6/28/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.205** | **Nonpriority creditor's name and mailing address**
ROOTLY INC.
1390 MARKET ST. #2126
SAN FRANCISCO, CA 94102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,200.00

---

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.206 | **Nonpriority creditor's name and mailing address**<br><br>RUBICON GLOBAL LLC<br>P.O. BOX 733963<br>DALLAS, TX  75373-3963<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $95.62 |

| 3.207 | **Nonpriority creditor's name and mailing address**<br><br>RUMPKE OF OHIO INC<br>PO BOX 538710<br>CINCINNATI, OH  45253-8710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70.16 |

| 3.208 | **Nonpriority creditor's name and mailing address**<br><br>RUTER UND PARTNER<br>PRIELMAYERSTRASSE 3<br>MUNCHEN<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,939.44 |

| 3.209 | **Nonpriority creditor's name and mailing address**<br><br>SADA SYSTEMS, INC.<br>5250 LANKERSHIM BLVD<br>SUITE #620<br>NORTH HOLLYWOOD, CA  91601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,150.99 |

| 3.210 | **Nonpriority creditor's name and mailing address**<br><br>SALT LAKE CITY CORPORATION<br>451 SOUTH STATE STREET, ROOM 225<br>PO BOX 145458<br>SALT LAKE CITY, UT  84114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,039.14 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.211** | **Nonpriority creditor's name and mailing address**

SAMSARA NETWORKS, INC.
1990 ALAMEDA STREET,
5TH FLOOR
SAN FRANCISCO, CA  94103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,573.91

---

**3.212** | **Nonpriority creditor's name and mailing address**

SAN FRANCISCO CITY OPTION
PO BOX 194367
SAN FRANCISCO, CA  94119-4367

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,330.97

---

**3.213** | **Nonpriority creditor's name and mailing address**

SAN FRANCISCO MARKET CORPORATION
JERROLD AVENUE
SUITE 212
SAN FRANCISCO, CA  94124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,313.84

---

**3.214** | **Nonpriority creditor's name and mailing address**

SAN FRANCISCO TAX COLLECTOR
P.O. BOX 7427
SAN FRANCISCO, CA  94120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,919.46

---

**3.215** | **Nonpriority creditor's name and mailing address**

SARAH LYNN KAYE
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,227.12

---

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SAWYER CLAYTON
C/O BARNES TRIAL GROUP
ATTN JOHN VINCENT TRUJILLO
505 S MAGNOLIA AVE.
TAMPA, FL  33606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

3.217 **Nonpriority creditor's name and mailing address**
SCIO COMMERCE CENTER LLC
117 N 1ST ST #80
ANN ARBOR, MI  48103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $9,004.08

---

3.218 **Nonpriority creditor's name and mailing address**
SCREENPRINT & DISPLAY LTD
SHIRES BRIDGE MILL, YORK ROAD
EASINGWOLD  YO61 3EQ
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,108.48

---

3.219 **Nonpriority creditor's name and mailing address**
SECURITAS TECHNOLOGY CORPORATION
8350 SUNLIGHT DRIVE
FISHERS, IN  46037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $9,937.25

---

3.220 **Nonpriority creditor's name and mailing address**
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
DBA SEDGWICK DELEGATED AUTHORITY
8125 SEDGWICK WAY
MEMPHIS, TN  38120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,000.00

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.221** | **Nonpriority creditor's name and mailing address**

SEGWAY-NINEBOT
UNIT 806 8/FM TOWER II
CHEUNG SHA WAN PLAZA
KOWLOON
HONG KONG
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$233,970.50

---

**3.222** | **Nonpriority creditor's name and mailing address**

SFMTA
POWERED SCOOTER SHARE PROGRAM
1 SOUTH VAN NESS AVENUE, 7TH FLOOR
SAN FRANCISCO, CA  94103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,725.00

---

**3.223** | **Nonpriority creditor's name and mailing address**

SID TOOL CO., INC.
DBA MSC INDUSTRIAL SUPPLY CO., INC.
525 HARBOUR PLACE DRIVE
DAVIDSON, NC  28036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,248.03

---

**3.224** | **Nonpriority creditor's name and mailing address**

SMITH, DEQUAN
ADDRESS ON FILE

**Date or dates debt was incurred**

9/18/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.225** | **Nonpriority creditor's name and mailing address**

SOFIA, LLC
3006 LINCOLN AVENUE
RICHMOND, VA  23222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,393.16

---

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.226 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHERN CALIFORNIA EDISON<br>P.O. BOX 300<br>ROSEMEAD, CA 91772-0002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,826.58 |
|---|---|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address**<br><br>SPARKLETTS<br>P.O. BOX 660579<br>DALLAS, TX 75266-0579<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16.49 |
| 3.228 | **Nonpriority creditor's name and mailing address**<br><br>SPARTAN RECOVERIES LLC<br>25 ORVILLE DRIVE<br>SUITE 101<br>BOHEMIA, NY 11716<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,898.25 |
| 3.229 | **Nonpriority creditor's name and mailing address**<br><br>SPELLER, JACOB<br>C/O LAW OFFICES OF LEE W. DAVIS<br>ATTN LEE W. DAVIS<br>5239 BUTLER STREET, STE 201<br>PITTSBURGH, PA 15201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.230 | **Nonpriority creditor's name and mailing address**<br><br>STADTWERKE HERNE AG<br>BERLINER PLATZ 9<br>HERNE<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,780.63 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.231 | **Nonpriority creditor's name and mailing address**<br><br>STAT EXPERTS, INC.<br>PO BOX 7780<br>WOODBRIDGE, VA  22195<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,644.42 |

| 3.232 | **Nonpriority creditor's name and mailing address**<br><br>STATE OF OHIO, CUYAHOGA COUNTY<br>CITY OF CLEVELAND<br>C/O WOLTERS KLUWER<br>4400 EASTON COMMONS WAY, SUITE 125<br>COLUMBUS, OH  43229<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.233 | **Nonpriority creditor's name and mailing address**<br><br>STEP4WARD GOLF PROPERTIES LLC<br>4801 CRESTVIEW AVE<br>STILLWATER, OK  74074<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,600.00 |

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>STONES RIVER GROUP LLC<br>511 UNION STREET<br>SUITE 1100<br>NASHVILLE, TN  37219<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,000.00 |

| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>SUNSET SCAVENGER<br>250 EXECUTIVE PARK BLVD, SUITE 2100<br>SAN FRANCISCO, CA  94134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,542.53 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $358.50

TDS
DEPT 0012
PALATINE, IL  60055-0012

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,370.84

TEXAS STATE UNIVERSITY
601 UNIVERSITY DRIVE
SAN MARCOS, TX  78666

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,250.00

THE CITY OF SAN DIEGO - CITY TREASURER
PO BOX 129039
SAN DIEGO, CA  92112

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,637.75

THE OHIO STATE UNIVERSITY
ACCOUNTS RECEIVABLE
PO BOX 182905
COLUMBUS, OH  43218-2905

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,682.27

THE UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES
PO BOX 662150
ORLANDO, FL  32816

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.241**

**Nonpriority creditor's name and mailing address**

THOMAS CONSTRUCTION SERVICES, LLC
1148 TABORLAKE DRIVE
LEXINGTON, KY  40502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$721.88

---

**3.242**

**Nonpriority creditor's name and mailing address**

THOMAS MORTON
C/O SCHUCK LAW LLC
ATTN LESLIE E BAZE
208 E 25TH ST
VANCOUVER, WA  98663

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.243**

**Nonpriority creditor's name and mailing address**

TOPBLOC LLC
600 WEST CHICAGO AVENUE
SUITE 275
CHICAGO, IL  60654

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,100.00

---

**3.244**

**Nonpriority creditor's name and mailing address**

TRANSIFEX
1050 CHESTNUT STREET SUITE 203
MENLO PARK, CA  94025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,530.00

---

**3.245**

**Nonpriority creditor's name and mailing address**

TRANSLOC, INC.
4505 EMPEROR BLVD.
SUITE 120
DURHAM, NC  27703-8457

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,225.00

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
| | (Name) | | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,948.41 |

TRAVIS D. STEPHENS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $613,272.80 |

TWILIO INC
375 BEALE STREET
SUITE 300
SAN FRANCISCO, CA  94105

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |

U.S. CBP
6650 TELECOM DR. SUITE 100
INDIANAPOLIS, IN  46278

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,099.46 |

ULINE SHIPPING SUPPLY
PO BOX 88741
ATTN.: ACCOUNTS RECEIVABLE
CHICAGO, IL  60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $92,562.90 |

UNIVERSITY OF UTAH
AUXILIARY BUSINESS DEVELOPMENT - U OF U
1945 DETROBRAIND ST
SALT LAKE CITY, UT  84113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.251** | **Nonpriority creditor's name and mailing address**

VALUELABS INC.
3235 SATELLITE BOULEVARD
BLDG.400, SUITE 300
DULUTH, GA 30096

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,888.00

---

**3.252** | **Nonpriority creditor's name and mailing address**

VANTATENHOVE, SCOTT
C/O HADFIELD STIENBEN & DOUTT, LLC
ATTN SARA K. STIEBEN
219 W MAGNOLIA STREET
FORT COLLINS, CO 80521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.253** | **Nonpriority creditor's name and mailing address**

VERIZON
P.O. BOX 15124
ALBANY, NY 12212-5124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$85.05

---

**3.254** | **Nonpriority creditor's name and mailing address**

VERIZON
PO BOX 660108
DALLAS, TX 75266-0108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$868.07

---

**3.255** | **Nonpriority creditor's name and mailing address**

VINING, JENNIFER
C/O LAW OFFICES OF LEE W. DAVIS
ATTN LEE W. DAVIS
5239 BUTLER STREET, STE 201
PITTSBURGH, PA 15201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.256** | **Nonpriority creditor's name and mailing address**

VISTAPRINT CORPORATE SOLUTIONS INC.
170 DATA DRIVE
WALTHAM, MA  02451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,410.98

---

**3.257** | **Nonpriority creditor's name and mailing address**

VORTEX INDUSTRIES, LLC
3440 FLAIR DRIVE
EL MONTE, CA  91731

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,752.97

---

**3.258** | **Nonpriority creditor's name and mailing address**

WATKINS COMPANY, LLC
DBA UNISHIPPERS
1251 ARMISTEAD RD, UNIT B
SAN FRANCISCO, CA  94129

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,312.17

---

**3.259** | **Nonpriority creditor's name and mailing address**

WEAREMAGMA GROUP, INC
10120 W FLAMINGO RD STE 4-1027
LAS VEGAS, NV  89147

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$156,264.52

---

**3.260** | **Nonpriority creditor's name and mailing address**

WEBHELP USA LLC
1111 BRICKELL AVENUE
MIAMI, FL  33131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$647,282.27

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.261**    **Nonpriority creditor's name and mailing address**

WEST PENN POWER
P.O. BOX 3687
AKRON, OH 44309-3687

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$496.12

---

**3.262**    **Nonpriority creditor's name and mailing address**

WEWORK - 2 EMBARCADERO CENTER TENANT LLC
575 LEXINGTON AVE
12TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,368.00

---

**3.263**    **Nonpriority creditor's name and mailing address**

WICKE
C/O ROCKY MCELHANEY LAW FIRM PC
ATTN ANDREA STILGENBAUER
475 SAUNDERSVILLE ROAD
HENDERSONVILLE, TN 37075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.264**    **Nonpriority creditor's name and mailing address**

WILLIS TOWERS WATSON
INSURANCE SERVICES WEST, INC.
PO BOX 101162
PASADENA, CA 91189

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,105,972.28

---

**3.265**    **Nonpriority creditor's name and mailing address**

WILVITTA PRINGLE
ATTN: ELIZABETH FLEITES
201 N. FRANKLIN ST. 7TH FLOOR
TAMPA, FL 33602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.266 | **Nonpriority creditor's name and mailing address**<br><br>WONOLO, INC.<br>P.O. BOX 736514<br>DALLAS, TX  75373-6514<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $117,618.67 |
| 3.267 | **Nonpriority creditor's name and mailing address**<br><br>WORK SAFE BC<br>PO BOX 9600 STN TERMINAL<br>VANCOUVER, BC  V6B 5J5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $11.07 |
| 3.268 | **Nonpriority creditor's name and mailing address**<br><br>WORKDAY INC<br>6110 STONERIDGE MALL ROAD<br>PLEASANTON, CA  94588<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $113,036.00 |
| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>WURSTA CORPORATION<br>2614 SOUTH 5TH STREET<br>ALLENTOWN, PA  18103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $233,457.59 |
| 3.270 | **Nonpriority creditor's name and mailing address**<br><br>XCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS, MN  55484-9477<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $163.49 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.271 | **Nonpriority creditor's name and mailing address**<br><br>YANCEY, CLAYTON<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>11/19/2023<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.272 | **Nonpriority creditor's name and mailing address**<br><br>ZARC RECYCLING, LLC<br>26 SOUTH LINDEN AVENUE<br>SOUTH SAN FRANCISCO, CA  94080<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $734.80 |
| 3.273 | **Nonpriority creditor's name and mailing address**<br><br>ZEDRA GLOBAL SERVICES (UK) LIMITED<br>NEW PENDEREL HOUSE, 4TH FLOOR<br>283 - 288 HIGH HOLBORN<br>LONDON  WC1V 7HP<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $33,646.20 |
| 3.274 | **Nonpriority creditor's name and mailing address**<br><br>ZEWDI HAILE DBA KAIZEN GREEN CLEANING LLC<br>403 CLAYTON LANE<br>ALEXANDRIA, VA  22304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,000.00 |
| 3.275 | **Nonpriority creditor's name and mailing address**<br><br>ZWILLGEN PLLC<br>1900 M STREET, N.W. SUITE 250<br>WASHINGTON, DC  20036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,982.50 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| **5a.** | Total claims from Part 1 | 5a. | $206,190.75 |
| **5b.** | Total claims from Part 2 | 5b. + | $10,739,741.05 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $10,945,931.80 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Skinny Labs, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-20518 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE OF REAL ESTATE DTD 7/29/2020 AND ALL RELATED AMENDMENTS | 1506-18 SPRINGFIELD LLC<br>3030 KETTERING BLVD.<br>SUITE C<br>DAYTON, OH  45439 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT OF LEASE DTD 1/29/2020 AND ALL RELATED AMENDMENTS | 2020 FAIRVIEW AVENUE, LLC<br>4725 WISCONSIN AVENUE  N.W.<br>SUITE 250<br>WASHINGTON, DC  20016 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT DTD 7/12/2021 AND ALL RELATED AMENDMENTS | 413 N LARCH, LLC<br>330 MARSHALL STREET<br>SUITE 100<br>LANSING, MI  48912 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 10/1/2019 AND ALL RELATED AMENDMENTS | 435 WEST AVE ASSOCIATES, LLC<br>1080 MAIN ST.<br>PAWTUCKET, RI  02860 |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE DTD 6/28/2023 | 630-640 EUBANKS COURT LLC<br>PO BOX 7365<br>SAN FRANCISCO, CA  94120 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL FACILITY LEASE AGREEMENT DTD 3/31/2022 | 7840 MAIN LLC<br>14818 WACONIA STREET NE<br>HAM LAKE, MN  55304 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/9/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ABARCA, JORDAN<br>ADDRESS ON FILE |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/19/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ACKERMAN, JUSTIN<br>ADDRESS ON FILE |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 4/22/2022 | ADA STREET FACTORY, LLC<br>2249 N SHEFFIELD AVE<br>CHICAGO, IL  60614 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STAN DARD I NDUSTRIAT/COMM ERCIAL MUTTI-TENANT TEASE DTD 6/23/2022 | AJOR PROPERTY GROUP LLC<br>115 THIRD ST. SUITE 230<br>OAKLAND, CA  94607 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 12/8/2022 AND ALL RELATED AMENDMENTS | AL 14 LLC<br>910 DAVID STREET<br>OPELIKA, AL  36801 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/13/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ALAPAI, HANALEI<br>ADDRESS ON FILE |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/16/2022 | ALICKAJ, FORTESA<br>ADDRESS ON FILE |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 1 FOR VENDOR FACILITIES SERVICES AGREEMENT DTD 5/25/2022 | AMERICAN UNIVERSITY<br>4400 MASSACHUSETTS AVE NW<br>WASHINGTON, DC  20016 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 11/13/2020 AND ALL RELATED AMENDMENTS | AMPLE STORAGE EAST CLUB<br>C/O LAMPE MANAGEMENT COMPANY<br>225 PEEDIN ROAD<br>SMITHFIELD, NC  27577 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE# INV46665 DTD 9/1/2023 | AMPLITUDE INC<br>201 3RD ST, STE 200<br>SAN FRANCISCO, CA  94103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #Q-43440 DTD 7/17/2023 | AMPLITUDE INC<br>ATTN SR COMMERCIAL COUNSEL<br>201 3RD ST, STE 200<br>SAN FRANCISCO, CA  94103 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 10/3/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ANDERSON, REMINGTON<br>ADDRESS ON FILE |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER SIGNING BONUS DTD 8/4/2021 | ANGEL, SAUL DEL<br>ADDRESS ON FILE |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT | ARLINGTON COUNTY, VA<br>P.O. BOX 90231<br>ARLINGTON, TX  76004-3231 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICRO-MOBILITY BUSINESS PERMIT AND APPLICATION FORM | ARLINGTON COUNTY, VA<br>P.O. BOX 90231<br>ARLINGTON, TX  76004-3231 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CORPORATE DIGITAL ADVANTAGE AGREEMENT DTD 1/17/2023 | AT&T MOBILITY NATIONAL ACCOUNTS LLC<br>7125 COLUMBIA GATEWAY DR STE 210<br>COLUMBIA, MD  21046 |

Debtor    Skinny Labs, Inc.                                                                Case number (if known) 23-20518

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROBILITY SHARE PROGRAM AGREEMENT | AUBURN UNIVERSITY<br>354 WAR EAGLE WAY<br>AUBURN, AL  36849 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL LEASE AGREEMENT DTD 7/15/2021 AND ALL RELATED AMENDMENTS | AUSTIN GLOBAL HOLDINGS LLC<br>633 NW 13TH STREET<br>GAINESVILLE, FL  32601 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT OFFER LETTER DTD 8/9/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | AUSTIN, STEPHEN A<br>ADDRESS ON FILE |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 12/14/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | AVILES, PERLA RUIZ<br>ADDRESS ON FILE |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRUCK RENTAL APPLICATION DTD 7/17/2020 | AVIS BUDGET GROUP<br>C/O BUDGET TRUCK RENTAL LLC<br>300 CENTRE POINT DR<br>VIRGINIA BEACH, VA  23462 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 10/19/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | AXCELL, WILL<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.                                                                Case number (if known)    23-20518

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 12/12/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | AYUBBI, MUHAMMAD<br>ADDRESS ON FILE |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/13/2022 | BAGLIONE, DOMINIC<br>ADDRESS ON FILE |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/16/2022 | BAGLIONE, DOMINIC<br>ADDRESS ON FILE |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT RENEWAL AGREEMENT | BALTIMORE CITY<br>DHIRENDRA SINHA<br>417 E. FAYETTE ST<br>ROOM 521<br>BALTIMORE, MD  21202 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT AGREEMENT | BALTIMORE DEPT OF TRANSPORTATION<br>417 E. FAYETTE STREET, 5TH FLOOR<br>BALTIMORE, MD  21202 |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/8/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BARKER, DELBEN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT LETTER DTD 5/25/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BARNA, ANTHONY<br>ADDRESS ON FILE |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED OFFER LETTER DTD 3/5/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BARRY, JOE<br>ADDRESS ON FILE |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 12/15/2018 | BARRY, JOE<br>ADDRESS ON FILE |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 6/21/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BECERRA-LARA, JESSE<br>ADDRESS ON FILE |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF SEASONAL EMPLOYMENT DTD 3/11/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BELL, JACOB<br>ADDRESS ON FILE |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 12/22/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BENNETT, ERICA GISELLE<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.                                                    Case number (if known)    23-20518

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND REVISED ORDER RE: MSA DTD 10/11/2019 | BERBIX INC<br>ATTN CO-FOUNDER<br>2338 MARKET ST<br>SAN FRANCISCO, CA  94114 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 11/9/2023 AND AMENDMENT DTD 12/19/2023 | BERGER SINGERMAN LLP<br>201 EAST LAS OLAS BOULEVARD SUITE 1500<br>FORT LAUDERDALE, FL  33301 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/6/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BICKNER, BRIAN<br>ADDRESS ON FILE |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/24/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BLACK, JAMAL<br>ADDRESS ON FILE |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATIONS PARTNER PILOT AGREEMENT DTD 9/12/2023 | BLIZZ LLC<br>ATTN OWNER<br>1945 W CHOCTAW DR<br>LONDON, OH  43140 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 6/24/2021 | BLUECREW INC<br>P.O. BOX 743554<br>LOS ANGELES, CA  90074-3554 |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)    23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/26/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BONADIE, DERRIES<br>ADDRESS ON FILE |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/13/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BONILLA, JORGE<br>ADDRESS ON FILE |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 9/24/2020 AND ALL RELATED AMENDMENTS | BONNIE BLUE PROPERTIES, LLC<br>2612 CENTENNIAL PLACE<br>TALLAHASSEE, FL  32308 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 9/8/2023 | BONVILLIAN, ROSS<br>ADDRESS ON FILE |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY SHARE PROGRAM AGREEMENT | BOROUGH OF STATE COLLEGE<br>ATTN THOMAS J FOUNTAINE II, BOROUGH MNGR<br>243 S ALLEN ST<br>STATE COLLEGE, PA  16801 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 10/1/2022 | BOV-RAC UTAH LLC<br>1330 W SUNSET BLVD. SUITE G<br>ST GEORGE, UT  84770 |

Debtor    Skinny Labs, Inc.                                                    Case number (if known)    23-20518

(Name)

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER OF SEASONAL EMPLOYMENT DTD 9/16/2022 | BRADSHER, CLARENCE ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM ID #OF-015372 DTD 8/25/2023 | BRAZE INC 330 W 34TH ST, 18TH FL NEW YORK, NY  10001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER OF EMPLOYMENT DTD 3/24/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BREEDEN, JAKE ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MICROMOBILITY SHARE PROGRAM AGREEMENT DTD 6/1/2022 | BROWN UNIVERSITY 69 BROWN STREET PROVIDENCE, RI  02912 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER OF SEASONAL EMPLOYMENT DTD 6/30/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BROWN, JAMAAL ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/10/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BROWN, JESSICA ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.59 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 5/5/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BROWN, NATHANIEL ADDRESS ON FILE |
| 2.60 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/31/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BROWN, TATUM ADDRESS ON FILE |
| 2.61 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | OFFER LETTER SEASONAL EMPLOYMENT DTD 8/22/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BROWN, TREVOR ADDRESS ON FILE |
| 2.62 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | OPERATIONS PARTNER PILOT AGREEMENT DTD 9/14/2023 | BUCKEYE MICRO-MOBILITY LLC ATTN OWNER 1306 NEIL AVE, APT A COLUMBUS, OH 43201-3151 |
| 2.63 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | PREFERRED SUPPLIER AGREEMENT 2021 | BUDGET RENT A CAR SYSTEM, INC DBA BUDGET TRUCK RENTAL, LLC (SPIN) 379 INTERPACE PARKWAY PARSIPPANY, NJ 07054 |
| 2.64 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 5/10/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BURFORD, PATRICK ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, TEAM MEMBER DTD 2/26/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BURLESS, KEVIN<br>ADDRESS ON FILE |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/16/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BUTLER, CODI<br>ADDRESS ON FILE |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATIONS PARTNER PILOT AGREEMENT DTD 8/21/2023 | BUY TO BYE LLC<br>ATTN OWNER<br>1025 W KEATING AVE<br>MESA, AZ 85210 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 5/18/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BYGRAVE, COLIN<br>ADDRESS ON FILE |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 4/5/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BYGRAVE, COLIN, JR<br>ADDRESS ON FILE |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 8/31/2022 | CAM BECHER, LLC<br>155 N. 120TH STREET<br>WAUWATOSA, WI 53226 |

Debtor    Skinny Labs, Inc.
          (Name)

Case number (if known)    23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 2/10/2023 | CARDWELL, SEAN<br>ADDRESS ON FILE |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 3/14/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CARMON, JAMES<br>ADDRESS ON FILE |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELECTRIC SCOOTER SHARE PROGRAM AGREEMENT | CARNEGIE MELLON UNIVERSITY<br>5000 FORBES AVE<br>PITTSBURGH, PA  15213 |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MICROMOBILITY PROGRAM AGREEMENT DTD 9/23/2022 | CAROLINA UNIVERSITY<br>420 S BROAD ST<br>WINSTON-SALEM, NC  27101 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 5/9/2022 | CARTER, CHRISTOPHER<br>ADDRESS ON FILE |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT DTD 7/16/2021 | CB&B REALTY LTD.<br>1910 B CENTERPOINT ROAD<br>SAN MARCOS, TX  78666 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE CONFIRMATION #NMML340 DTD 8/9/2023 | CDW LLC<br>200 N MILWAUKEE AVE<br>VERNON HILLS, IL  60061 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT DTD 9/23/2021 AND ALL RELATED AMENDMENTS | CEDARWOOD COMMERCIAL PROPERTIES, LP<br>ONE ATLANTIC AVENUE<br>PITTSBURGH, PA  15202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 6/27/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CENA-AGAMA, KEYVIN<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO SUPPLY TEMPORARY DRIVERS DTD 3/17/2023 | CENTERLINE DRIVERS LLC<br>ATTN VP OF SALES<br>1600 E 4TH ST, STE 340<br>SANTA ANA, CA  92701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING ADDENDUM DTD 3/17/2023 RE: AGREEMENT TO SUPPLY DMS EMPLOYEES DTD 3/17/2023 | CENTERLINE DRIVERS LLC<br>ATTN VP OF SALES<br>1600 E 4TH ST, STE 340<br>SANTA ANA, CA  92701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/20/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CERVANTES, LILIANA<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/8/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CERVANTES, TY<br>ADDRESS ON FILE |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #2 DTD 6/1/2023 RE: MSA DTD 5/18/2020 | CHECKR INC<br>1 MONTGOMERY ST, STE 2400<br>SAN FRANCISCO, CA  94104 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE DTD 10/23/2019 AND ALL RELATED AMENDMENTS | CHEYENNE INVESTMENTS, LLC<br>PO BOX 1926<br>ROGERS, AR  72757 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 6/19/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CHONG, REID<br>ADDRESS ON FILE |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LICENSE/SPECIAL SERVICES AGREEMENT DTD 7/1/2021 | CITY OF AKRON, OH<br>166 S HIGH ST<br>AKRON, OH  44308 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE/SPECIAL SVS AGREEMENT | CITY OF AKRON, OH<br>166 S HIGH ST<br>AKRON, OH  44308 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF PERMIT AWARD DTD 3/20/2023 | CITY OF ALEXANDRIA, VA<br>TRANSPORTATION & ENVIRONMENTAL SVCS DEPT<br>421 KING ST, #235<br>ALEXANDRIA, VA 22314 |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1 TO RIGHT-OF-WAY LICENSE AGREEMENT FOR DOCKLESS VEHICLE VENDOR | CITY OF ANN ARBOR, MI<br>301 E HURON ST<br>ANN ARBOR, MI 48107 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RIGHT-OF-WAY LICENSE AGREEMENT FOR DOCKLESS VEHICLE VENDOR | CITY OF ANN ARBOR, MI<br>ATTN ATLEEN KAUR, CITY ATTORNEY<br>301 E HURON ST<br>ANN ARBOR, MI 48107 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RIGHT-OF-WAY LICENSE AGREEMENT WITH SKINNY LABS INC (D/B/A SPIN FOR DOCKLESS VEHICLE VENDOR) DTD 7/1/2023 | CITY OF ANN ARBOR, MI<br>ATTN ATLEEN KAUR, CITY ATTORNEY<br>301 E HURON ST<br>ANN ARBOR, MI 48107 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RIGHT-OF-WAY LICENSE AGREEMENT FOR DOCKLESS VEHICLE VENDOR | CITY OF ANN ARBOR, MI<br>ATTN JOHN FOURNIER, DEPUTY CITY ADMIN<br>301 E HURON ST<br>ANN ARBOR, MI 48107 |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RIGHT-OF-WAY LICENSE AGREEMENT WITH SKINNY LABS INC (D/B/A SPIN FOR DOCKLESS VEHICLE VENDOR) DTD 7/1/2023 | CITY OF ANN ARBOR, MI<br>ATTN JOHN FOURNIER, DEPUTY CITY ADMIN<br>301 E HURON ST<br>ANN ARBOR, MI 48107 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT AWARD RENEWAL OPTION | CITY OF BALTIMORE, MD<br>C/O DEPT OF TRANSPORTATION<br>ATTN CORREN JOHNSON, DIRECTOR<br>417 E FAYETTE ST, 5TH FL<br>BALTIMORE, MD  21202 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMAIL RE E-BICYCLE VEHICLE APPROVAL-CORRECTION | CITY OF BALTIMORE, MD<br>C/O DEPT OF TRANSPORTATION<br>ATTN STEVE SHARKEY, DIRECTOR<br>417 E FAYETTE ST, 5TH FL<br>BALTIMORE, MD  21202 |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION CRITERIA FOR SEMPP | CITY OF BERKELEY, CA<br>PUBLIC WORKS TRANSPORTATION DIV<br>1947 CENTER ST, 4TH FL<br>BERKELEY, CA  94704 |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPROVAL FOR SHARED ELECTRIC MICROMOBILITY PROGRAM PERMIT | CITY OF BERKELEY, CA<br>PUBLIC WORKS TRANSPORTATION DIV<br>1947 CENTER ST, 4TH FL<br>BERKELEY, CA  94704 |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LTR RE NOTICE TO REMOVE 500 DEVICES | CITY OF BERKELEY, CA<br>PUBLIC WORKS TRANSPORTATION DIV<br>1947 CENTER ST, 4TH FL<br>BERKELEY, CA  94704 |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY DEVICES RIGHT OF WAY USE AGREEMENT DTD 1/9/2023 | CITY OF BOWLING GREEN, OH<br>INCOME TAX DIVISION<br>304 N CHURCH ST<br>BOWLING GREEN, OH  43402-2399 |

Debtor    Skinny Labs, Inc.    Case number (if known) 23-20518

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT TO PROVIDE SERVICES FOR MULTI-JURISDICTIONAL BIKE SHARING PROGRAM | CITY OF BURLINGAME, CA<br>ATTN SIGALLE MICHAEL, SUSTAINABILITY PROGRAM MGR<br>501 PRIMROSE RD<br>BURLINGAME, CA  94010 |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMAIL RE APPLICATION CONFIRMATION | CITY OF CHANDLER, AZ<br>C/O TRANSPORTATION POLICY DIVISION<br>PO BOX 4008, MS 412<br>CHANDLER, AZ  85244 |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT APPLICATION | CITY OF CHANDLER, AZ<br>PO BOX 4008, MS 412<br>CHANDLER, AZ  85244 |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDEMNIFICATION AND INSURANCE AGREEMENT | CITY OF CHEYENNE, WY<br>ATTN ATTORNEY'S OFFICE<br>2101 O'NEIL AVE, RM 308<br>CHEYENNE, WY  82001 |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDEMNIFICATION AND INSURANCE AGREEMENT | CITY OF CHEYENNE, WY<br>ATTN DIR OF COMPLIANCE<br>2101 O'NEIL AVE, RM 108<br>CHEYENNE, WY  82001 |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE/PERMIT DTD 6/23/2023 | CITY OF CHEYENNE, WY<br>OFFICE OF CITY CLERK<br>2101 O'NEIL AVE, RM 101<br>CHEYENNE, WY  82001 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOOTER SHARING BUSINESS RULES BOOKLET | CITY OF CHICAGO<br>333 S. STATE STREET, SUITE 300<br>CHICAGO, IL  60604-3977 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSTITUTE ORDINANCE | CITY OF CHICAGO<br>333 S. STATE STREET, SUITE 300<br>CHICAGO, IL  60604-3977 |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMAIL DTD 6/29/2023 RE COLUMBUS GOV PERMITS | CITY OF COLUMBUS, OH<br>111 N FRONT ST<br>COLUMBUS, OH  43215 |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 904 LEASE FOR SHARED MOBILITY DEVICES | CITY OF COLUMBUS, OH<br>C/O CHIEF REAL ESTATE ATTORNEY<br>ATTN DEPARTMENT OF LAW, REAL ESTATE DIV<br>77 N FRONT ST, 4TH FL<br>COLUMBUS, OH  43215 |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MOBILITY DEVICES RULES & REGULATIONS | CITY OF COLUMBUS, OH<br>DEPT OF PUBLIC SERVICE CITY<br>111 N FRONT ST<br>COLUMBUS, OH  43215 |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 904 LEASE FOR SHARED MOBILITY DEVICES | CITY OF COLUMBUS, OH<br>DIV OF INFRASTRUCTURE MGMNT<br>111 N FRONT ST, 5TH FL<br>COLUMBUS, OH  43215 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-PURCHASE AGREEMENT #A73662 | CITY OF DAVIS, CA<br>ATTN RYAN CHAPMAN<br>1717 FIFTH ST<br>DAVIS, CA 95616 |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR PROBATIONARY OPERATING PERMIT DTD 3/22/2023 | CITY OF DAYTON<br>PO BOX 632094<br>CINCINNATI, OH 45263-2094 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM 1 TO PERMIT 2019-003 | CITY OF DURHAM<br>ATTN: EVAN TENENBAUM<br>101 CITY HALL PLAZA, 4TH FLOOR<br>TRANSPORTATION DEPARTMENT<br>DURHAM, NC 27701 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDINANCE | CITY OF DURHAM<br>ATTN: EVAN TENENBAUM<br>101 CITY HALL PLAZA, 4TH FLOOR<br>TRANSPORTATION DEPARTMENT<br>DURHAM, NC 27701 |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED ACTIVE TRANSPORTATION PERMIT | CITY OF DURHAM<br>ATTN: EVAN TENENBAUM<br>101 CITY HALL PLAZA, 4TH FLOOR<br>TRANSPORTATION DEPARTMENT<br>DURHAM, NC 27701 |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE | CITY OF EAST LANSING<br>410 ABBOT RD RM 109<br>EAST LANSING, MI 48823 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDINANCE NO 1453 ADDING ARTICLE X | CITY OF EAST LANSING<br>410 ABBOT RD RM 109<br>EAST LANSING, MI 48823 |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICRO-MOBILITY OPERATIONS PERMIT | CITY OF FAYETTEVILLE, AR<br>113 W MOUNTAIN ST<br>FAYETTEVILLE, AR 72701 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 | CITY OF FORT COLLINS, CO<br>ATTN AMANDA MANSFIELD<br>PO BOX 580<br>FORT COLLINS, CO 80522 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #3 | CITY OF FORT COLLINS, CO<br>ATTN AMANDA MANSFIELD<br>PO BOX 580<br>FORT COLLINS, CO 80522 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | CITY OF FORT COLLINS, CO<br>ATTN AMANDA MANSFIELD<br>PO BOX 580<br>FORT COLLINS, CO 80522 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | CITY OF FORT COLLINS, CO<br>ATTN PURCHASING DEPT<br>PO BOX 580<br>FORT COLLINS, CO 80522 |

Debtor    Skinny Labs, Inc.
(Name)

Case number (if known)    23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY SERVICE PERMIT APPLICATION - GNVMICROMOBILITY@CITYOFGAINESVILLE.ORG/ (352)393-8412 | CITY OF GAINESVILLE<br>BOX 490 STATION 47<br>GAINESVILLE, FL  32627-0490 |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT DTD 4/18/2023 | CITY OF GOLDEN VALLEY, MN<br>ATTN MYLES CAMPBELL, PLANNING ASSISTANT<br>7800 GOLDEN VALLEY RD<br>GOLDEN VALLEY, MN  55427 |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY OPERATIONS LICENSE AGREEMENT | CITY OF HASTINGS, MN<br>101 E 4TH ST<br>HASTINGS, MN  55033 |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY SHARING SERVICES LICENSE AGREEMENT | CITY OF HOPKINS, MN<br>C/O HOPKINS CITY HALL<br>ATTN PEGGYSUE IMHY<br>1010 1ST ST S<br>HOPKINS, MN  55343 |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VFH ELECTRIC SCOOTER LICENSE | CITY OF LANSING, MI<br>ATTN CHRIS SWOPE, CITY CLERK<br>124 W MICHIGAN AVE, 9TH FL<br>LANSING, MI  48933 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCKLESS VEHICLE OPERATING AUTHORITY LICENSE | CITY OF LEXINGTON, KY<br>DEPT OF ENVIRONMENTAL QUALITY & PUBLIC WORKS<br>ATTN COMMISSIONER<br>200 E MAIN ST<br>LEXINGTON, KY  40507 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT TO PROVIDE SERVICES FOR MULTI-JURISDICTIONAL BIKE SHARING PROGRAM | CITY OF MILLBRAE, CA<br>C/O CITY OF BURLINGAME<br>ATTN SIGALLE MICHAEL, SUSTAINABILITY PROGRAM MGR<br>501 PRIMROSE RD<br>BURLINGAME, CA  94010 |
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DOCKLESS SCOOTER PILOT STUDY 2022-2023 DTD 3/1/2023 | CITY OF MILWAUKEE, WI<br>DPW INFRASTRUCTURE SERVICES DIVISION<br>ATTN MIKE AMSDEN<br>841 N BROADWAY, RM 501<br>MILWAUKEE, WI  53202 |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT FOR SHARED BIKE & SCOOTER PROGRAM DTD 3/21/2023 | CITY OF MINNEAPOLIS, MN<br>ATTN ALLAN KLUGMAN, DIR OF TRAFFIC & PARKING SERVICES<br>505 4TH AVE S, RM 410<br>MINNEAPOLIS, MN  55415 |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT FOR SHARED BIKE & SCOOTER PROGRAM DTD 3/21/2023 | CITY OF MINNEAPOLIS, MN<br>ATTN DILLON FRIED, INTERIM MOBILITY MANAGER<br>505 4TH AVE S, RM 410<br>MINNEAPOLIS, MN  55415 |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CITY LICENSE DTD 4/3/2023 | CITY OF MT PLEASANT<br>320 W BROADWAY ST<br>MT PLEASANT, MI  48858 |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CITY ORDINANCES ORDER NO 2019-60 | CITY OF ORLANDO, FL<br>400 S ORANGE AVE<br>ORLANDO, FL  32801 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOOTER SHARE PERMIT | CITY OF ORLANDO, FL<br>400 S ORANGE AVE<br>ORLANDO, FL  32801 |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT NO 157713-0 | CITY OF PHOENIX, AZ<br>ATTN ANTHONY RIOS-GURROLA<br>1034 E MADISON<br>PHOENIX, AZ  85034 |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | E-SCOOTER PERMIT OF OPERATION FOR SHARED MICROMOBILITY SYSTEMS DTD 7/9/2021 | CITY OF PITTSBURGH, PA<br>DEPT OF MOBILITY AND INFRASTRUCTURE<br>414 GRANT ST, ROOM 301<br>PITTSBURGH, PA  15219 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | POLICY FOR LOW SPEED ELECTRIC SCOOTER USE | CITY OF PITTSBURGH, PA<br>DEPT OF MOBILITY AND INFRASTRUCTURE<br>414 GRANT ST, ROOM 301<br>PITTSBURGH, PA  15219 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR PRIVATE FOR HIRE TRANSPORTATION/TOWING PERMIT APPLICATION DTD 9/8/2022 | CITY OF PORTLAND, OR<br>1120 SW 5TH AVE, STE 1331<br>PORTLAND, OR  97204 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT RENEWAL PROCESS LETTER DTD 5/8/2020 | CITY OF PORTLAND, OR<br>1120 SW 5TH AVE, STE 1331<br>PORTLAND, OR  97204 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: EXISTING PERMIT TIMELINE DTD 12/20/2022 | CITY OF PORTLAND, OR<br>1120 SW 5TH AVE, STE 1331<br>PORTLAND, OR  97204 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRN-15.01 NEW MOBILITY SHARED ELECTRIC SCOOTERS | CITY OF PORTLAND, OR<br>1120 SW 5TH AVE, STE 1331<br>PORTLAND, OR  97204 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT AGREEMENT | CITY OF PROVIDENCE, RI<br>ATTN ALEX ELLIS, PRINCIPLE PLANNER<br>444 WESTMINSTOR ST<br>PROVIDENCE, RI  02903 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT AGREEMENT DTD 7/7/2022 | CITY OF PROVIDENCE, RI<br>ATTN LIZA FARR, CURBSIDE ADMINISTRATOR<br>700 ALLENS AVE<br>PROVIDENCE, RI  02905 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGULATIONS GOVERNING PLACEMENT/OPERATION OF MICROMOBILITY DEVICES | CITY OF PROVIDENCE, RI<br>C/O DEPT OF PUBLIC WORKS<br>700 ALLENS AVE<br>PROVIDENCE, RI  02905 |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENCROACHMENT AGREEMENT | CITY OF RALEIGH, NC<br>ATTN TRANSPORTATION DIRECTOR<br>PO BOX 590<br>RALEIGH, NC  27602-0590 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.149 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE TO RENEW LICENSE AGREEMENT | CITY OF RALEIGH, NC<br>ATTN TRANSPORTATION DIRECTOR<br>PO BOX 590<br>RALEIGH, NC  27602-0590 |
| 2.150 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AN ORDINANCE NO 2023-029 DTD 1/9/2023 | CITY OF RICHMOND, VA<br>900 E BROAD ST, RM 103<br>RICHMOND, VA 23219 |
| 2.151 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCKLESS SCOOTER PERMIT NO 0001 | CITY OF RICHMOND, VA<br>900 E BROAD ST, RM 103<br>RICHMOND, VA 23219 |
| 2.152 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: SHARED MOBILITY DEVICES (ESCOOTERS) PROGRAM DTD 10/11/2022 | CITY OF RICHMOND, VA<br>C/O DEPT OF PUBLIC WORKS<br>900 E BROAD ST, RM 104<br>RICHMOND, VA 23219 |
| 2.153 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIVISION 4 - DOCKLESS MOBILITY OPERATIONS- ADDENDUM | CITY OF ROANOKE, VA<br>ATTN CHRIS CHITTUM, DIR PLANNING, BLDG<br>215 CHURCH AVE<br>ROANOKE, VA  24011 |
| 2.154 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCKLESS MOBILITY OPERATIONS HANDBOOK | CITY OF ROANOKE, VA<br>ATTN CHRIS CHITTUM, DIR PLANNING, BLDG<br>215 CHURCH AVE<br>ROANOKE, VA  24011 |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known) 23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMAIL REGARDING DOCKLESS MOBILITY HANDBOOK AND UNDERSTANDING | CITY OF ROANOKE, VA<br>ATTN CHRIS CHITTUM, DIR PLANNING, BLDG<br>215 CHURCH AVE<br>ROANOKE, VA  24011 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE # I-12393 | CITY OF ROANOKE, VA<br>C/O PLANNING BUILDING AND DEVELOPMENT<br>NOEL C TAYLOR MUNICIPAL BUILDING<br>215 CHURCH AVE SW, RM 170<br>ROANOKE, VA  24011 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE # I-12393 | CITY OF ROANOKE, VA<br>PO BOX 1451<br>ROANOKE, VA  24007-1451 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMAIL REGARDING SMD PROGRAM BRIEFING | CITY OF SAN DIEGO, CA<br>1200 3RD AVE, MS 51T<br>SAN DIEGO, CA  92101 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDINANCE NUMBER O-21467 FOR SMD DTD 6/27/2022 | CITY OF SAN DIEGO, CA<br>1200 3RD AVE, MS 51T<br>SAN DIEGO, CA  92101 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVISED NOTICE OF INTENT TO AWARD LETTER DTD 7/8/2022 | CITY OF SAN DIEGO, CA<br>1200 3RD AVE, STE 200<br>MS 56P<br>SAN DIEGO, CA  92101 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT RESULTING FROM REQUEST FOR PROPOSAL NUMBER 10089831-22-V, SARED MOBILITY DEVICES | CITY OF SAN DIEGO, CA<br>ATTN BENJAMIN VERDUGO, PROGRAM MGR<br>1200 3RD AVE, STE 924<br>SAN DIEGO, CA  92101 |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE DTD 1/31/2020 | CITY OF SAN DIEGO, CA<br>C/O DEVELOPMENT SVS DEPT<br>1222 1ST AVE<br>SAN DIEGO, CA  92101-4154 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELECTRIC SCOOTER SHARE PILOT PROGRAM AGREEMENT DTD 9/4/2020 | CITY OF SAN MARCOS, TX<br>630 E HOPKINS ST<br>SAN MARCOS, TX  78666 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL OF LICENSE AGREEMENT DTD 7/1/2023 | CITY OF SAN MARCOS, TX<br>630 E HOPKINS ST<br>SAN MARCOS, TX  78666 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MICROMOBILITY DEVICE LICENSE AGREEMENT | CITY OF SAN MARCOS, TX<br>630 E HOPKINS ST<br>SAN MARCOS, TX  78666 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE CERTIFICATE LICENSE NO 239105 | CITY OF SANTA MONICA, CA<br>C/O CITY OF SANTA MONICA, MOBILITY DIVISION<br>1685 MAIN ST, RM 115<br>SANTA MONICA, CA  90401 |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known) 23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE CERTIFICATE LICENSE NO 241525 | CITY OF SANTA MONICA, CA<br>C/O CITY OF SANTA MONICA, MOBILITY DIVISION<br>1685 MAIN ST, RM 115<br>SANTA MONICA, CA  90401 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEMNIFICATION AND INSURANCE AGREEMENT DTD 6/24 | CITY OF SANTA MONICA, CA<br>C/O CITY OF SANTA MONICA, MOBILITY DIVISION<br>1685 MAIN ST, RM 115<br>SANTA MONICA, CA  90401 |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND SHARED MOBILITY DEVICE PILOT PROGRAM ADMINISTRATIVE REGULATIONS DTD 4/8/2021 | CITY OF SANTA MONICA, CA<br>C/O CITY OF SANTA MONICA, MOBILITY DIVISION<br>1685 MAIN ST, RM 115<br>SANTA MONICA, CA  90401 |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADMINISTRATIVE DECISION DTD 5/10/2021 | CITY OF SANTA MONICA, CA<br>C/O MOBILITY DIVISION SAMODOT<br>1685 MAIN ST, MAIL STOP 38<br>SANTA MONICA, CA  90401 |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEMNIFICATION AND INSURANCE AGREEMENT DTD 6/24 | CITY OF SANTA MONICA, CA<br>C/O SANTA MONICA CITY ATTORNEYS OFFICE<br>ATTN LANE DILG, CITY ATTORNEY<br>1685 MAIN ST, 3RD FL<br>SANTA MONICA, CA  90401 |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND SHARED MOBILITY DEVICE PILOT PROGRAM ADMINISTRATIVE REGULATIONS DTD 4/8/2021 | CITY OF SANTA MONICA, CA<br>C/O SANTA MONICA CITY ATTORNEYS OFFICE<br>ATTN LANE DILG, CITY ATTORNEY<br>1685 MAIN ST, 3RD FL<br>SANTA MONICA, CA  90401 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDINANCE NO 4372 | CITY OF SCOTTSDALE<br>3939 N. DRINKWATER BLVD.<br>SCOTTSDALE, AZ  85251 |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE | CITY OF SHEBOYGAN<br>828 CENTER AVE<br>SHEBOYGAN, WI  53081 |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COOPERATIVE AGREEMENT | CITY OF ST GEORGE, UT<br>175 E 200 N<br>ST GEORGE, UT  84770 |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR MOBILITY SHARING OPERATIONS DTD 5/1/2023 | CITY OF ST LOUIS PARK, MN<br>ATTN DEB HEISER, ENGINEERING DIRECTOR<br>5005 MINNETONKA BLVD<br>ST LOUIS PARK, MN  55416 |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR MOBILITY SHARING OPERATIONS DTD 5/1/2023 | CITY OF ST LOUIS PARK, MN<br>ATTN PHILLIP ELKIN, ENGINEERING SERVICES MGR<br>5005 MINNETONKA BLVD<br>ST LOUIS PARK, MN  55416 |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DTD 3/20/2023 | CITY OF ST PAUL, MN<br>ATTN DAVID PETERSON<br>800 CITY HALL<br>15 W KELLOGG BLVD<br>SAINT PAUL, MN  55102 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDINANCE NO 3428 AMENDING TITLE 37 | CITY OF STILLWATER<br>OFFICE OF THE CITY MANAGER<br>723 S LEWIS ST<br>PO BOX 1449<br>STILLWATER, OK  74076-1449 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RELEASE & WAIVER OF LIABILITY, ASSUMPTION OF RISK AND IDEMNIFICATION AGREEMENT DTD 8/19/2020 | CITY OF STILLWATER<br>OFFICE OF THE CITY MANAGER<br>723 S LEWIS ST<br>PO BOX 1449<br>STILLWATER, OK  74076-1449 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED ACTIVE TRANSPORTATION PERMIT APPLICATION | CITY OF STILLWATER<br>OFFICE OF THE CITY MANAGER<br>723 S LEWIS ST<br>PO BOX 1449<br>STILLWATER, OK  74076-1449 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MICRO-MOBILITY DEVICE OP AGR & PERMIT | CITY OF TALLAHASSEE, FL<br>ATTN JULIE CHRISTESON, PLANNING DEPT<br>435 N MACOMB ST<br>TALLAHASSEE, FL  32301 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT ONE TO PERMIT AGREEMENT | CITY OF TALLAHASSEE, FL<br>ATTN KRISTEN COONS MCRAE<br>300 S ADAMS ST<br>TALLAHASSEE, FL  32301 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FINAL AUDIT REPORT | CITY OF TALLAHASSEE, FL<br>ATTN KRISTEN COONS MCRAE<br>300 S ADAMS ST<br>TALLAHASSEE, FL  32301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MICRO-MOBILITY DEVICE OP AGR & PERMIT | CITY OF TALLAHASSEE, FL<br>ATTN KRISTEN COONS MCRAE<br>300 S ADAMS ST<br>TALLAHASSEE, FL  32301 |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT AND PERMIT | CITY OF TALLAHASSEE, FL<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN KRISTEN COONS MCRAE<br>300 S ADAMS ST<br>TALLAHASSEE, FL  32301 |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT AND PERMIT | CITY OF TALLAHASSEE, FL<br>C/O PLANNING DEPT<br>ATTN JULIE CHRISTESEN<br>435 N MACOMB ST<br>TALLAHASSEE, FL  32301 |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FICTICIOUS NAME RENEWAL DTD 10/25/2023 | CITY OF TAMPA , FL<br>ATTN DIRECTOR OF MOBILITY<br>306 E JACKSON ST, 6TH N<br>TAMPA, FL  33602 |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT FOR THE CITY OF TAMPA SHARED MOBILITY PROGRAM | CITY OF TAMPA , FL<br>ATTN DIRECTOR OF MOBILITY<br>306 E JACKSON ST, 6TH N<br>TAMPA, FL  33602 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT FOR THE CITY OF TAMPA SHARED MOBILITY PROGRAM | CITY OF TAMPA , FL<br>C/O CITY OF TAMPA ATTORNEY, OLD CITY HALL<br>315 E KENNEDY BLVD<br>TAMPA, FL  33602 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHARED MICROMOBILITY PROGRAM RFP #41123030 DTD 6/29/2023 | CITY OF TAMPA , FL<br>C/O PURCHASING DEPT<br>ATTN GREGORY K SPEARMAN, CPPO, DIRECTOR<br>306 E JACKSON ST, 2E<br>TAMPA, FL  33602 |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REGULAR FINAL AGENDA DTD 7/13/2023 | CITY OF TAMPA , FL<br>TAMPA CITY COUNCIL CHAMBERS, CITY HALL<br>315 E KENNEDY BLVD, 3RD FL<br>TAMPA, FL  33602 |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RIGHT OF WAY USE LICENSE APPLICATION DTD 10/15/2020 | CITY OF TEMPE, AZ<br>ENGINEERING DIVISION<br>31 E 5TH ST<br>TEMPE, AZ  85281 |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHARED ACTIVE TRANSPORTATION VECHICLE RIGHT OF WAY USE LICENSE | CITY OF TEMPE, AZ<br>ENGINEERING DIVISION<br>31 E 5TH ST<br>TEMPE, AZ  85281 |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2021 CITY OF TUSCON SHARED MOBILITY PROGRAM PERMIT REQUIERMENTS | CITY OF TUSCON, AZ<br>C/O DEPT OF TRANSPORTATION PERMIT CENTER<br>201 N STONE AVE, 4TH FL<br>TUSCON, AZ  85701 |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RIGHT OF WAY PERMIT ACTIVITY NO T21RW03610 | CITY OF TUSCON, AZ<br>C/O DEPT OF TRANSPORTATION PERMIT CENTER<br>201 N STONE AVE, 4TH FL<br>TUSCON, AZ  85701 |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE TAX CERTIFICATE | CITY OF VACAVILLE<br>650 MERCHANT ST<br>VACAVILLE, CA 95688 |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY PERMIT CERTIFICATE DTD 10/14/2021 | CITY OF WINSTON-SALEM, NC<br>101 N MAIN ST<br>WINSTON-SALEM, NC 27101 |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY PERMIT RELEASE AND INDEMNIFICATION AGREEMENT DTD 10/9/2020 | CITY OF WINSTON-SALEM, NC<br>101 N MAIN ST<br>WINSTON-SALEM, NC 27101 |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGARDS TO VERIFICATION OF EMPLOYMENT/SENIOR DIRECTOR | CITY OF WINSTON-SALEM, NC<br>101 N MAIN ST<br>WINSTON-SALEM, NC 27101 |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRANCHISE PERMIT AGREEMENT | CITY OF YPSILANTI, MI<br>1 S HURON ST<br>YPSILANTI, MI 48197 |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 8/9/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CLAY, PATRICK<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)  23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/5/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CLINTON, CHRISTIAN<br>ADDRESS ON FILE |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 8/5/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | COLE, JAMES<br>ADDRESS ON FILE |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/12/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | COLON, JULIO<br>ADDRESS ON FILE |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT SERVICES CONTRACT | COLORADO STATE UNIVERSITY BOARD OF GOVERNERS<br>ATTN ALTERNATIVE TRANSPORTATION MNGR<br>6012 CAMPUS DELIVERY<br>FORT COLLINS, CO  80523-6012 |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT AMENDMENT #3 | COLORADO STATE UNIVERSITY BOARD OF GOVERNERS<br>ATTN OFFICE OF THE GENERAL COUNSEL/CONTRACTING SVS<br>6010 CAMPUS DELIVERY<br>FORT COLLINS, CO  80523-6010 |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT SERVICES CONTRACT | COLORADO STATE UNIVERSITY BOARD OF GOVERNERS<br>ATTN OFFICE OF THE GENERAL COUNSEL/CONTRACTING SVS<br>6010 CAMPUS DELIVERY<br>FORT COLLINS, CO  80523-6010 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 8/17/2021 AND ALL RELATED AMENDMENTS | CORNER SHOP, LLC<br>4164 EAST SAINT JOSEPH WAY<br>PHOENIX, AZ  85018 |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 9/25/2023 | COSTA VERDE INVESTMENTS, LLC<br>2440 S 34TH PLACE<br>TUCSON, AZ  85713 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/18/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | COUSART, ANTHONY<br>ADDRESS ON FILE |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 10/1/2021 | COZEN O'CONNER PUBLIC STRATEGIS LLC<br>ONE LIBERTY PLACE<br>1650 MARKET ST, STE 2800<br>PHILADELPHIA, PA  19103 |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/20/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CRUZ, JORGE<br>ADDRESS ON FILE |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOLLOW UP LETTER DTD 3/19/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CURRY, ANTONIO MARCUS<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 3/14/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DALE, JASON<br>ADDRESS ON FILE |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/29/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DARLEY, GLENN<br>ADDRESS ON FILE |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/28/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DASH, TYLER<br>ADDRESS ON FILE |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | M-TO-M RENEWAL ORDER | DATADOGS INC<br>620 8TH AVE, 45TH FL<br>NEW YORK, NY  10018-1741 |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 4/24/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAUGHTRY, MAURICE<br>ADDRESS ON FILE |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/1/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAVIDSON, TAYLOR<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYEMENT DTD 10/12/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAVIS, MATTHEW ADDRESS ON FILE |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 9/21/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAY, BRANDON ADDRESS ON FILE |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 7/19/2022 | DEEL INC ATTN CHIEF EXECUTIVE OFFICER 425 1ST SAN FRANCISCO, CA 94107 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 2/28/2023 | DEL ANGEL, SAUL ADDRESS ON FILE |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 5/1/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DEMBY, ALEXANDER ADDRESS ON FILE |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | WAREHOUSE RECEIPT AND STORAGE CONTRACT DTD 6/4/2019 | DGA SERVICES INC DBA JIT TRANSPORTATION 16325 S. AVALON BLVD GARDENA, CA 90248 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/16/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DIEBOLD, ELI<br>ADDRESS ON FILE |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF FINAL RULEMAKING | DISTRICT OF COLUMBIA<br>C/O DISTRICT DEPT OF TRANSPORTATION<br>250 M STREET SE<br>WASHINGTON, DC  20003 |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OCCUPANCY PERMIT | DISTRICT OF COLUMBIA<br>C/O DISTRICT DEPT OF TRANSPORTATION<br>250 M STREET SE<br>WASHINGTON, DC  20003 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COOPERATIVE AGREEMENT | DIXIE STATE UNIVERSITY<br>ATTN JOSH THAYN<br>225 S 700 EAST<br>ST GEORGE, UT  84770 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATIONS PARTNER PILOT AGREEMENT DTD 6/14/2023 | DND ENTERPRISE LLC<br>ATTN OWNER<br>5570 STERRETT PL, STE 201<br>COLUMBIA, MD  21044-2649 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #Q-01037133 DTD 3/15/2023 | DOCUSIGN INC<br>ATTN MGR, REVENUE OPS<br>221 MAIN ST, STE 1000<br>SAN FRANCISCO, CA  94105 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH ADDENDUM TO MEMORANDUM OF UNDERSTANDING #2 RE: AGREEMENT DTD 12/8/2020 | DROVER INC<br>PO BOX 160155<br>BIG SKY, MT  59716 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATOR AGREEMENT FOR MOTORIZED SCOOTER | DUKE UNIVERSITY<br>134 CHAPEL DR<br>DURHAM, NC  27708 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 6/9/2023 | DUVAL, BEN<br>ADDRESS ON FILE |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELECTRIC SKATEBOARD LICENSE APPLICATION | EAST LANSING CITY CLERK<br>410 ABBOT RD<br>EAST LANSING, MI  48823 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELECTRIC SCOOTER SHARE PROGRAM AGREEMENT DTD 8/9/2022 | EASTERN MICHIGAN UNIVERSITY<br>900 OAKWOOD ST<br>YPSILANTI, MI  48197 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/1/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | EATMON, DARNELL<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 8/31/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ECKELKAMP, YURI<br>ADDRESS ON FILE |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/21/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ELLIOTT, HERMAN<br>ADDRESS ON FILE |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE #1205458 DTD 9/1/2023 | EMBURSE INC<br>5757 WILSHIRE BOULEVARD, SUITE 204<br>LOS ANGELES, CA 90036 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VEHICLE LEASE AGREEMENT TRAC LEASE DTD 4/9/2021 | EMKAY, INC.<br>805 WEST THORNDALE AVE<br>ITASCA, IL 60143 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FLEET SERVICES AGREEMENT DTD 4/9/2021 | EMKAY, INC.<br>ATTN PRESIDENT<br>805 W THORNDALE AVE<br>ITASCA, IL 60143 |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/23/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ESCALANTE, AUSTIN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 2/9/2023 | EVISORT INC<br>ATTN CHIEF OPERATING OFFICER<br>49 STEVENSON ST, STE 1500<br>SAN FRANCISCO, CA 94105 |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR DISTRIBUTION SERVICES DTD 7/28/2020 | EXPEDITORS INT'L OF WASHINGTON INC<br>1015 THIRD AVE, 12TH FL<br>SEATTLE, WA 98104 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/4/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FANG, YEH<br>ADDRESS ON FILE |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 9/29/2023 | FARIAS, PIERO<br>ADDRESS ON FILE |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 8/21/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FERRELL, RICK<br>ADDRESS ON FILE |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRE-APPROVED PLAN SERVICE AGREEMENT DTD 6/22/2022 | FIDELITY WORKPLACE SERVICES LLC<br>245 SUMMER ST<br>BOSTON, MA 02210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIVE9 MASTER SERVICES AGREEMENT DTD 3/30/2021 | FIVE9 INC<br>4000 EXECUTIVE PKWAY, STE 400<br>SAN RAMON, CA  94583 |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE ORDER FORM | FIVETRAN INC<br>1221 BROADWAY, STE 2400<br>OAKLAND, CA  94612 |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT LETTER DTD 10/23/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FLOYD, BRANDON<br>ADDRESS ON FILE |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 3/6/2019 AND ALL RELATED AMENDMENTS | FLT EQUITY<br>DBA RTA WILLOW TRACE II, LLC<br>PO BOX 1410<br>SUISUN CITY, CA  94585 |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT DTD 3/22/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FOGLE, JAMES<br>ADDRESS ON FILE |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DTD 7/1/2022 | FORMAGRID INC<br>ATTN SR MGR, COMMERCIAL GROWTH<br>799 MARKET ST, 8TH FL<br>SAN FRANCISCO, CA  94103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE #10010333 DTD 8/26/2023 | FORMAGRID INC<br>D/B/A AIRTABLE<br>799 MARKET ST, 8TH FL<br>SAN FRANCISCO, CA 94103 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/23/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FOWLER, JONATHAN<br>ADDRESS ON FILE |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/20/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FRASER (GSP), KRISTINE<br>ADDRESS ON FILE |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/21/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FREEMAN, DEVIN<br>ADDRESS ON FILE |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DTD 4/3/2020 | FREIGHTPOP LLC<br>ATTN KURT JOHNSON<br>1 RANCHO CIRCLE<br>LAKE FOREST, CA 92630 |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 7/30/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FRINK, MARQUISE<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.                                                Case number (if known)    23-20518

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/24/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FUERSTNAU, CHRISTOPHER ADDRESS ON FILE |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT DTD 9/22/2020 AND ALL RELATED AMENDMENTS | FULCRUM PARTNERS, LLC 1524 TRADESCANT CT. RALEIGH, NC 27613 |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/7/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FUTCH, ALEX ADDRESS ON FILE |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, OPERATIONS SPECIALIST DTD 7/22/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GAINES, KHRISTOPHER ADDRESS ON FILE |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 3/30/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GAMMONLEY, BRUCE ADDRESS ON FILE |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/23/2022 | GARCIA, DANIEL ADDRESS ON FILE |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/3/2023 | GARCIA, DANIEL<br>ADDRESS ON FILE |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/12/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GARCIA, PETER A<br>ADDRESS ON FILE |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/7/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GARRIS, AALE'YAH<br>ADDRESS ON FILE |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/2/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GATTOUFI, JAMAL<br>ADDRESS ON FILE |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 8/31/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GEORGE, JASON<br>ADDRESS ON FILE |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/6/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GIBBS, JESSE<br>ADDRESS ON FILE |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|--------|-------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 6/13/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GILLOGLEY, JOHN ADDRESS ON FILE |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 8/16/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GILMAN, JIMMY ADDRESS ON FILE |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 7/13/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GIVENS, ANTHONY ADDRESS ON FILE |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 3/11/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GLOSS, JOHN ADDRESS ON FILE |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYMENT, MAITENANCE SPECIALIST DTD 3/11/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GLOSS, JOHN ADDRESS ON FILE |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 3/11/2022 | GODDARD, ERNIE ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 4/25/2022 | GODDARD, ERNIE<br>ADDRESS ON FILE |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 11/8/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GODSHALL, JEREMY<br>ADDRESS ON FILE |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 9/12/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GOMEZ, EILEEN<br>ADDRESS ON FILE |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 2/23/2023 | GONSALEZ, DAVID<br>ADDRESS ON FILE |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 9/15/2022 | GONSALEZ, DAVID<br>ADDRESS ON FILE |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT DTD 11/29/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GONZALEZ, MICHAEL<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTENT LICENSE AGREEMENT DTD 7/2/2021 | GOOGLE LLC<br>1600 AMPHITHEATHER PKWY<br>MOUNTAIN VIEW, CA  94043 |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OCCUPANCY PERMIT | GOVERNMENT OF THE DISTRICT OF COLUMBIA<br>DEPT OF TRANSPORTATION<br>ATTN AARON GOLDBECK, PROGRAM SPEC<br>250 M ST SE<br>WASHINGTON, DC  20003 |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OCCUPANCY PERMIT | GOVERNMENT OF THE DISTRICT OF COLUMBIA<br>DEPT OF TRANSPORTATION<br>ATTN EVERETT LOTT, DIR<br>250 M ST SE, DIRECTORS OFFICE<br>WASHINGTON, DC  20003 |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT DTD 5/24/2021 AND ALL RELATED AMENDMENTS | GRANTMAN PROPERTIES, LLC<br>711 E TWINSBURG RD<br>NORTHFIELD, OH  44067 |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 4/12/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GRAY, CAMERON<br>ADDRESS ON FILE |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL ORDER FORM<br>RE: AGREEMENT DTD 5/22/2022 | GRAYSCALE LABS INC<br>3423 PIEDMONT RD NE<br>ATLANTA, GA  30305 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM & STATEMENT OF WORK DTD 9/12/2021 | GREENHOUSE SOFTWARE INC<br>18 W 18TH ST, 11TH FL<br>NEW YORK, NY 10011 |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/26/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GRIFFIN, TARIQ<br>ADDRESS ON FILE |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/3/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GRIMMETT, AARON<br>ADDRESS ON FILE |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/27/2022 | GRINDALL, MORGAN<br>ADDRESS ON FILE |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/24/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HAGGIE, TIMOTHY<br>ADDRESS ON FILE |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 11/10/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HALSEY, BOSS<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.
          (Name)

Case number (if known)    23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 2/23/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HAMMOND, MOURICE ADDRESS ON FILE |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/1/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HANNUSCH, JUSTIN ADDRESS ON FILE |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 9/16/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HAQUE, ALLAHMA ADDRESS ON FILE |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/21/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HARDNEY, RONALD ADDRESS ON FILE |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 3/6/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HARLIN, ARMAAN ADDRESS ON FILE |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 12/11/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HARRIS, WILLIE ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT DTD 4/8/2021 AND ALL RELATED AMENDMENTS | HARRISPARK PROPERTIES, INC. <br> 608 GASTON ST – SUITE 200 <br> RALEIGH, NC 27603 |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 9/1/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HARTON, JAMES <br> ADDRESS ON FILE |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 12/5/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HAYES, RENALDO <br> ADDRESS ON FILE |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 8/19/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HEASLEY, KALEB <br> ADDRESS ON FILE |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 4/7/2023 | HICKLIN, ANDRE <br> ADDRESS ON FILE |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 7/26/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HICKS, JOSH <br> ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 12/11/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HILL, ROGER<br>ADDRESS ON FILE |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/27/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HIRSCH, RACHEL<br>ADDRESS ON FILE |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/9/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HOFHEINS, DENA<br>ADDRESS ON FILE |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT OFFER LETTER DTD 5/5/2021 AMENDS OFFER LETTER DTD 5/6/2021 | HOOKER, KEVIN<br>ADDRESS ON FILE |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/29/2021 | HOOKER, KEVIN<br>ADDRESS ON FILE |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 2/9/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | IMRICH, SCOTT<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.

(Name)

Case Number (if known)    23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 11/28/2019 | J&P ATLANTA LLC<br>8402 OAKLAND PLACE<br>ORLANDO, FL  32819 |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/15/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JACKSON, BRYAN<br>ADDRESS ON FILE |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 4/25/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JACKSON, NEVADA<br>ADDRESS ON FILE |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/14/2019 | JACOBS, ANDREW<br>ADDRESS ON FILE |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/4/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JENKINS, ANDRE<br>ADDRESS ON FILE |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/5/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JESS, KAILEY<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)    23-20518

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.323 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SIDE LETTER REGARDING MICROMOBILITY PARTNERSHIP DTD 7/13/2021 | JOHNSON AND WALES UNIVERSITY 8 ABBOTT PARK PL PROVIDENCE, RI  02903 |
| 2.324 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | OFFER LETTER DTD 6/27/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JOHNSON, CHRISTOPHER ADDRESS ON FILE |
| 2.325 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | OFFER LETTER DTD 4/3/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JOHNSON, EVERETT ADDRESS ON FILE |
| 2.326 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | OFFER LETTER DTD 10/7/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JOHNSON, GABRIEL ADDRESS ON FILE |
| 2.327 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 8/26/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JOHNSON, MELVIN ADDRESS ON FILE |
| 2.328 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 12/9/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JOHNSON, SPENCER ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.                                    Case number (if known)   23-20518

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/22/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JOHNSON, TIMOTHY ADDRESS ON FILE |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/31/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JONES, CONNOR ADDRESS ON FILE |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/31/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JONES, KAYMEON ADDRESS ON FILE |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 9/1/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JONES, RYAN ADDRESS ON FILE |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 5/12/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JORDAN, ROMELLO ADDRESS ON FILE |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/16/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JOYNER, KEVIN ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE OF EMPLOYMENT LETTER DTD 10/17/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KALOGIANNIS, GABE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | OFFER OF SEASONAL EMPLOYMENT DTD 4/3/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KELLER, JAMES ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTS PROVISIONS, TERMS & CONDITIONS | KENT STATE UNIVERSITY ATTN JANET SCHRAMM 615 LOOP RD, STE 330 HARBOURT HALL KENT, OH  44242-0001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT SIGN ON BONUS LETTER DTD 7/28/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KINARD, ROBERT ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | OFFER OF EMPLOYMENT LETTER DTD 3/13/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KIRBY, BENJAMIN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL RENTAL AGREEMENT DTD 5/26/2021 AND RELATED AMENDMENTS | KLATT PROPERTIES 1 119 OAKLAND PARK AVE. COLUMBUS, OH  43214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Skinny Labs, Inc. | | Case number (if known) | 23-20518 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 8/29/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KRIDER, JACKSON<br>ADDRESS ON FILE |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE DTD 5/1/2019 AND ALL RELATED AMENDMENTS | LA JOLLA BUSINESS CENTER<br>P.O. BOX 126308<br>SAN DIEGO, CA  92112 |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, UNIVERSITY ACCOUNT EXECUTIVE DTD 5/6/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LANKFORD, JOHN<br>ADDRESS ON FILE |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 2/22/2023 | LARA, MICHAEL<br>ADDRESS ON FILE |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 6/11/2021 AND ALL RELATED AMENDMENTS | LAWRENCE E. SCHWARZ AND ANN L. SCHWARZ<br>ADDRESS ON FILE |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER SEASONAL EMPLOYMENT DTD 8/5/2021 | LAWSON, TYREK<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.
          (Name)

Case number (if known) 23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 5/24/2022 | LAWSON, TYREK<br>ADDRESS ON FILE |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/28/2023 | LAYER, ELIJAH<br>ADDRESS ON FILE |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/11/2022 | LAYER, ELIJAH<br>ADDRESS ON FILE |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/15/2022 | LAYER, ELIJAH<br>ADDRESS ON FILE |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 5/30/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LEE, JAMES<br>ADDRESS ON FILE |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #Q-24863 DTD 12/16/2022 | LESSONLY INC (SEISMIC)<br>ATTN DIR, CS OPERATIONS<br>1129 E 16TH ST<br>INDIANAPOLIS, IN  46202 |

Debtor    Skinny Labs, Inc.                                                                    Case number (if known)   23-20518
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT DTD 3/10/2022 | LEWANDOWSKI, JACOB<br>ADDRESS ON FILE |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEC 17D-1 DEFINITIONS | LEXINGTON FAYETTE URBAN COUNTY GOVERNMENT<br>101 EAST VINE STREET, SUITE 700<br>LEXINGTON, KY  40507 |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT LETTER DTD 9/1/2021<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LHUNDUP, OGYEN<br>ADDRESS ON FILE |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 7/28/2021<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LI, YINGCHUN<br>ADDRESS ON FILE |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF SEASONAL EMPLOYMENT DTD 4/18/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LINDROTH, CLINT<br>ADDRESS ON FILE |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLIENT SERVICES AGREEMENT | LIVINGSTON INTERNATIONAL, INC.<br>150 EAST PIERCE ROAD<br>SUITE 500<br>ITASCA, IL  60143 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL AND INDUSTRIAL LEASE DTD 4/20/2022 | LM HOLDINGS SLC, LLC<br>5846 SOUTH HOLLADAY BLVD<br>SALT LAKE CITY, UT 84121 |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 10/4/2021 | LONDRES, AMADOR<br>ADDRESS ON FILE |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 3/16/2022 | LONDRES, AMADOR<br>ADDRESS ON FILE |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 5/5/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LONGO, MATIAS<br>ADDRESS ON FILE |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELECTRIC SCOOTER SHARE RESEARCH AND OPERATING PROGRAM AGREEMENT DTD 33/1/2023 | LOUSIANA STATE UNIVERSITY BOARD OF SUPERVISORS & AGRICULTURAL & MECHANICAL COLLEGE FOR BATON ROUGE CAMPUS<br>3810 WEST LAKESHORE DRIVE, SUITE 104<br>BATON ROUGE, LA 70808 |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 8/30/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LOWE, MILES<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/2/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LOZANO, CANDIANO<br>ADDRESS ON FILE |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD INDUSTRIAL/COMMERCIAL SINGLE-TENANT LEASE DTD 5/28/2021 AND ALL RELATED AMENDMENTS | LUEBKE FAMILY PARTNERSHIP<br>3492 WILD LILAC ROAD<br>SUITE 323<br>THOUSAND OAKS, CA  91360 |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/11/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LYONS, TERELL<br>ADDRESS ON FILE |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 8/29/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MACKNEER, RICHARD<br>ADDRESS ON FILE |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/28/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MADOYAN, HAIK<br>ADDRESS ON FILE |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/12/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MAIMO, JORGE<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/16/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MALLEIN, ZACH<br>ADDRESS ON FILE |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/29/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MARION, KODY<br>ADDRESS ON FILE |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 4/19/2023 | MARTINEZ, ISAAC MEDRANO<br>ADDRESS ON FILE |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 12/7/2022 | MARTINEZ, ISAAC MEDRANO<br>ADDRESS ON FILE |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/1/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MARTINEZ, URIAH<br>ADDRESS ON FILE |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 8/31/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MAUPIN, SHAYNE<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.                                  Case number (if known)    23-20518
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/26/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MAXFIELD, DEAN<br>ADDRESS ON FILE |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 8/3/2021 | MCCAULEY, CHRIS<br>ADDRESS ON FILE |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED OFFER LETTER DTD 12/12/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MCMILLIAN, ADRIAN<br>ADDRESS ON FILE |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/19/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MEAHAN, ZACK<br>ADDRESS ON FILE |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/2/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MEJIA, GABRIEL<br>ADDRESS ON FILE |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/20/2022 | MELARA, JOSE<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/30/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MENNEFEE, DEVON<br>ADDRESS ON FILE |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COOPERATIVE AGREEMENT FOR OPERATION OF ELECTRIC SCOOTERS DTD 10/22/2021 | MERIDIAN METROPOLITAN DISTRICT<br>ATTN KEN LYKENS, GENERAL MANAGER<br>8351 E BELLEVIEW AVE<br>DENVER, CO  80237 |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 1/18/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MESTLER, JUSTIN<br>ADDRESS ON FILE |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 2/5/2020 AND ALL RELATED AMENDMENTS | METRO DEVELOPMENT, LLC<br>3242 ESTHER PLACE<br>BALTIMORE, MD  21224 |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGR FOR ELECTRIC SCOOTER SHARING PROGRAM | MICHICAN STATE UNIVERSITY BOARD OF TTEES<br>ATTN JOHN PRUSH, DEPUTY DIRECTOR OF MSB<br>MSU POLICE AND PUBLIC SAFETY BLDG<br>1120 RED CEDAR RD, RM 87<br>EAST LANSING, MI  48824 |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGR FOR ELECTRIC SCOOTER SHARING PROGRAM | MICHICAN STATE UNIVERSITY BOARD OF TTEES<br>ATTN STEPHANIE O'DONNELL, TRAFFIC ENGINEER<br>MSU POLICE AND PUBLIC SAFETY BLDG<br>1120 RED CEDAR RD, RM 87<br>EAST LANSING, MI  48824 |

Debtor    Skinny Labs, Inc.
(Name)

Case number (if known)    23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSENT TO CHANGE OF CONTROL | MICHIGAN STATE UNIVERSITY<br>ATTN BRICE NELSON, DIR OF CORP PARTNERSHIPS<br>325 E GRAND RIVER AVE<br>EAST LANSING, MI  48823 |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL LTR FOR LICENSE AGR/ELECTRIC SCOOTER PROGRAM | MICHIGAN STATE UNIVERSITY<br>ATTN BRICE NELSON, DIR OF CORP PARTNERSHIPS<br>325 E GRAND RIVER AVE<br>EAST LANSING, MI  48823 |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVOCABLE LICENSE FOR PLACEMENT MOTORIZED SCOOTER SHARE SYSTEMS DTD 4/12/2023 | MINNEAPOLIS PARKS & RECREATION BOARD<br>2117 WEST RIVER ROAD<br>MINNEAPOLIS, MN  55411 |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 7/6/2021<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MITCHELL, MATTHEW<br>ADDRESS ON FILE |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/13/2022<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MITCHELL, WILLIAM<br>ADDRESS ON FILE |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 4/13/2020<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MOLLER, BRIT<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.
          _____
          (Name)

Case number (if known) 23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/29/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MONGAR, JOSEPH<br>ADDRESS ON FILE |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 11/14/2017 | MONTGOMERY COUNTY, MD<br>C/O DEPT OF TRANSPORTATION/ DIRECTORS OFFICE<br>ATTN AL ROSHDIEH<br>101 MONROE ST<br>ROCKVILLE, MD  20850 |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 6/12/2020 | MONTGOMERY COUNTY, MD<br>C/O DEPT OF TRANSPORTATION/ DIRECTORS OFFICE<br>ATTN CHRISTOPHER CONKLIN<br>101 MONROE ST<br>ROCKVILLE, MD  20850 |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/10/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MORRISON, VALENTINO<br>ADDRESS ON FILE |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REAL ESTATE LEASE DTD 3/1/2023 | MR. CABINET MANUFACTURING INC.<br>P.O. BOX 733<br>ASOTIN, WA  99402 |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 6/6/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MULHOLLAND, MICHAEL<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIDE LETTER REGARDING EXTENSION TO CONTRACT TERM FOR CONTRACT #6491854 DTD 6/2/2023 | NASHVILLE & DAVIDSON CTY METRO GOVERNMENT PROCUREMENT DIVISION 730 PRESIDENT RONALD REAGAN WAY, STE 220 PO BOX 196300 NASHVILLE, TN 37219-6300 |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM CHAPTER 12.62 - SHARED URBAN MOBILITY DEVICES | NASHVILLE & DAVIDSON CTY METRO GOVERNMENT PROCUREMENT DIVISION, DEPT OF FINANCE ATTN PURCHASING AGENT PO BOX 196300 NASHVILLE, TN 37219-6300 |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT TO PROVIDE SHARED URBAN MOBILITY DEVICES OPERATION SERVICES | NASHVILLE & DAVIDSON CTY METRO GOVERNMENT PROCUREMENT DIVISION, DEPT OF FINANCE ATTN PURCHASING AGENT PO BOX 196300 NASHVILLE, TN 37219-6300 |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADMINISTRATIVE SERVICES AGREEMENT DTD 10/7/2022 | NAVIA BENEFIT SOLUTIONS INC 600 NACHES AVE SW RENTON, WA 98057 |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADMINISTRATIVE SERVICES AGREEMENT DTD 3/29/2021 | NAVIA BENEFIT SOLUTIONS INC 600 NACHES AVE SW RENTON, WA 98057 |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 1/20/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | NAZIR, ADIL ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 9/2/2022 | NEEDHAM, STEVEN<br>ADDRESS ON FILE |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/24/2021 | NEEDHAM, STEVEN<br>ADDRESS ON FILE |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/18/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | NEUFELD, WILLIAM<br>ADDRESS ON FILE |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVISED NOTICE OF INTENT TO AWARD LETTER DTD 7/8/2022 | NEUTRON HOLDINGS INC<br>D/B/A LIME<br>85 2ND STREET, SUITE 100<br>SAN FRANCISCO, CA 94105 |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT DTD 5/19/2020 AND ALL RELATED AMENDMENTS | NITTANY VIEW PARTNERSHIP<br>PO BOX 1186<br>STATE COLLEGE, PA 16804 |
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT DTD 8/2/2022 | NORTH CAROLINA STATE UNIVERSITY<br>CAMPUS BOX 7103<br>RALEIGH, NC 27695-7103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT DTD 1/31/2023 | NORTH LAKES CENTER, LLC<br>P.O. BOX 1801<br>ROANOKE, VA  24008 |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/26/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | NUNEZ, JAVIER<br>ADDRESS ON FILE |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 5/25/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | NUNEZ, ROBERTO<br>ADDRESS ON FILE |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/30/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | NUTH, CHAMBURI<br>ADDRESS ON FILE |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBLEASE AGREEMENT DTD 7/26/2022 AND ALL RELATED AMENDMENTS | NW 5TH AVENUE PROPERTY LLC<br>C/O PEAKMADE REAL ESTATE<br>2970 CLAIRMONT ROAD<br>ATLANTA, GA  30329 |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 9/25/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ODEMNS, RENARD<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)    23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIFICATIONS OSU SCOOTER PROGRAM | OKLAHOMA STATE UNIVERSITY<br>107 WHITEHURST<br>STILLWATER, OK  74078 |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE #INV185754 DTD 1/17/2023 | OKTA INC<br>100 1ST, 14TH FL<br>SAN FRANCISCO, CA  94105 |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 6/1/2021<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | OLSON, ZACH<br>ADDRESS ON FILE |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE #1150137 DTD 2/7/2023 | ORACLE AMERICA INC<br>2300 ORACLE WAY<br>AUSTIN, TX  78741 |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE #900357 DTD 8/24/2021 | ORACLE AMERICA INC<br>500 ORACLE PKWY<br>REDWOOD SHORES, CA  94065 |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/7/2022<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ORELLANA, MARIO<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 2/14/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PAGAN, SABDIEL<br>ADDRESS ON FILE |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 5/30/2023 | PARKER, AJ<br>ADDRESS ON FILE |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/10/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PARKER, CLIFTON<br>ADDRESS ON FILE |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 1/30/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PARRILLO, NICHOLAS<br>ADDRESS ON FILE |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERM SHEET DTD 5/23/2023 | PARTS CLOUD<br>AKA PARTSCLOUD GMBH<br>EICHENSTR 20<br>PLIEZHAUSEN  72124<br>GERMANY |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/1/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PASTRANA, CHRISTIAN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROMOBILITY SHARE PROGRAM AGREEMENT DTD 8/31/2022 | PATTON TOWNSHIP<br>100 PATTON PLAZA<br>STATE COLLEGE, PA  16803 |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 8/1/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PAVICH-CONLON, MAXWELL<br>ADDRESS ON FILE |
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 1ST RENEWAL OF MICROMOBILITY SHARE PROGRAM AGREEMENT | PENNSYLVANIA STATE UNIVERSITY<br>ATTN CECILY ZHU, LEED GREEN ASSOCIATE<br>19 FLEET OPERATIONS BLDG<br>UNIVERSITY PARK, PA  16802 |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROMOBILITY SHARE PROGRAM AGREEMENT | PENNSYLVANIA STATE UNIVERSITY<br>ATTN CECILY ZHU, LEED GREEN ASSOCIATE<br>19 FLEET OPERATIONS BLDG<br>UNIVERSITY PARK, PA  16802 |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 2/16/2022 | PERSONS, FREDDIE<br>ADDRESS ON FILE |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 7/29/2021 | PERSONS, FREDDIE<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 5/16/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PEYTON, KENNETH<br>ADDRESS ON FILE |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 6/7/2019 | PILOT CREATIVE LTD<br>ST JOHN INNOVATION CTR<br>VOWLEY RD<br>CAMBRIDGE  CB4 0WS<br>UNITED KINGDOM |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 9/16/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PINO, CHRISTOPHER<br>ADDRESS ON FILE |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL LEASE DTD 12/31/19 AND ALL RELATED AMENDMENTS | PORTLAND ANDERSON 213, LLC<br>5046 NE 112TH AVE<br>PORTLAND, OR  97220 |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 4/8/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PRATT, BYRON<br>ADDRESS ON FILE |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT LETTER DTD 7/10/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PRICE, ALEXANDER<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 5/24/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PRIOR, MICHAEL<br>ADDRESS ON FILE |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 4/7/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PRYOR, ALEXIS<br>ADDRESS ON FILE |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/19/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PURNELL, JOHN<br>ADDRESS ON FILE |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/30/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | QUIETT, CASSIUS<br>ADDRESS ON FILE |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/7/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | QUIETT, CASSIUS<br>ADDRESS ON FILE |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/4/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | RAMIREZ, JOSUE<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)    23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 6/2/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | RASTELLO, VINCENT <br> ADDRESS ON FILE |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 4/6/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | REDDING, ERIC <br> ADDRESS ON FILE |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-PURCHASE AGREEMENT #A73662 | REGENTS OF THE UNIVERSITY OF MICHIGAN, THE <br> ATTN CJ CAUDLE <br> 1441 RESEARCH PARK DR, STE 170 <br> DAVIS, CA  95618 |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-PURCHASE AGREEMENT #A73662 | REGENTS OF THE UNIVERSITY OF MICHIGAN, THE <br> ATTN RADHIKA PRABHU <br> 1441 RESEARCH PARK DR <br> DAVIS, CA  95618 |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-PURCHASE AGREEMENT #A73662 | REGENTS OF THE UNIVERSITY OF MICHIGAN, THE <br> ATTN RAMON ZAVALA, TRANSPORTATION DEMAND MGR <br> ONE SHEILDS AVE <br> DAVIS, CA  95616 |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO 1 TO THE LICENSE AGREEMENT FOR DOCKLESS VEHICLE VENDOR DTD 4/3/2023 | REGENTS OF THE UNIVERSITY OF MICHIGAN, THE <br> C/O LOGISTICS, TRANSPORTATION AND PARKING <br> 523 S DIVISION ST <br> ANN ARBOR, MI  48109-1002 |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known)  23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR DOCKLESS VEHICLE VENDOR DTD 6/1/2021 | REGENTS OF THE UNIVERSITY OF MICHIGAN, THE C/O LOGISTICS, TRANSPORTATION AND PARKING 523 S DIVISION ST ANN ARBOR, MI  48109-1002 |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR DOCKLESS VEHICLE VENDOR DTD 6/1/2021 | REGENTS OF THE UNIVERSITY OF MICHIGAN, THE C/O THE UNIVERSITY OF MICHIGAN REAL ESTATE OFFICE ATTN THE EXECUTIVE DIRECTOR OF REAL ESTATE 326 E HOOVER, MS E ANN ARBOR, MI  48109-1002 |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR SHARED BIKE & SCOOTER PROGRAM DTD 4/19/2022 | REGENTS OF THE UNIVERSITY OF MINNESOTA ATTN JOHN MARK LUCAS, TRANSPORTATION PROGRAMS MGR 511 WASHINGTON AVE SE, STE 300 MINNEAPOLIS, MN  55455 |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/13/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | REYES, DAMIAN ADDRESS ON FILE |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/16/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ROBERSON, ELIJAH ADDRESS ON FILE |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 3/15/2022 | ROBERTS, AYRIUS ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 3/4/2022 | ROBERTS, AYRIUS<br>ADDRESS ON FILE |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 9/8/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ROBINSON, CHANCE<br>ADDRESS ON FILE |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/10/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ROBINSON, DANA<br>ADDRESS ON FILE |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 5/5/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ROCHA, MICHAEL<br>ADDRESS ON FILE |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/19/2021 | ROSS, DEANDRE<br>ADDRESS ON FILE |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/12/2021 | ROSS, DEANDRE<br>ADDRESS ON FILE |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 9/5/2023 | ROUTREE, AIDEN <br> ADDRESS ON FILE |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 2/27/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ROYAL, JOSH <br> ADDRESS ON FILE |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 9/7/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ROZYCKI, MARK <br> ADDRESS ON FILE |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 4/29/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SALLEY, ROBERT <br> ADDRESS ON FILE |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AGREEMENT DOCKLESS SHARED MOBILITY SERVICES DTD 5/21/2021 | SALT LAKE CITY CORPORATION <br> ATTN CITY CONTRACTS ADMIN, PURCHASING <br> 451 S STATE ST, RM 235 <br> SALT LAKE CITY, UT  84111 |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AGREEMENT DOCKLESS SHARED MOBILITY SERVICES DTD 5/21/2021 | SALT LAKE CITY CORPORATION <br> ATTN CITY CONTRACTS ADMIN, PURCHASING <br> PO BOX 145455 <br> SALT LAKE CITY, UT  84114-5455 |

Debtor    Skinny Labs, Inc.

(Name)

Case number (if known) 23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DOCKLESS SHARED MOBILITY SERVICES DTD 5/21/2021 | SALT LAKE CITY CORPORATION<br>ATTN JOHN LARSEN, TRANSPORTATION DIV<br>349 S 200 E<br>SALT LAKE CITY, UT  84111 |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DOCKLESS SHARED MOBILITY SERVICES DTD 5/21/2021 | SALT LAKE CITY CORPORATION<br>ATTN JOHN LARSEN, TRANSPORTATION DIV<br>PO BOX 145502<br>SALT LAKE CITY, UT  84114-5502 |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 5/3/2023 | SAMOLYUK, GABRIEL<br>ADDRESS ON FILE |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT | SAMSARA NETWORKS, INC.<br>1 DE HARO ST.<br>SAN FRANCISCO, CA  94107 |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 2/10/2020 AND ALL RELATED AMENDMENTS | SAN FRANCISCO MARKET CORPORATION<br>2095 JERROLD AVENUE<br>SUITE 212<br>SAN FRANCISCO, CA  94124 |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2021-22 POWERED SCOOTER SHARE PROGRAM PERMIT | SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY<br>1 S VAN NESS AVE, 7TH FL<br>SAN FRANCISCO, CA  94103 |

Debtor    Skinny Labs, Inc.
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2022-23 POWERED SCOOTER SHARE PROGRAM PERMIT | SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY<br>1 S VAN NESS AVE, 7TH FL<br>SAN FRANCISCO, CA  94103 |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMAILS REGARDING GEOFENCING SPECIFICATIONS - SCOOTER PARKING DTD 6/22/2023 | SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY<br>1 S VAN NESS AVE, 7TH FL<br>SAN FRANCISCO, CA  94103 |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER REGARDING EXTENSION OF 2023-2024 POWERED SCOOTER SHARED PROGRAM PERMIT DTD 6/30/2023 | SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY<br>1 S VAN NESS AVE, 7TH FL<br>SAN FRANCISCO, CA  94103 |
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER REGARDING SCOOTER FLEET REALLOCATION DTD 6/7/2023 | SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY<br>1 S VAN NESS AVE, 7TH FL<br>SAN FRANCISCO, CA  94103 |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMORANDUM NOTIFYING OF AMENDMENT DTD 5/1/2023 | SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY<br>1 S VAN NESS AVE, 7TH FL<br>SAN FRANCISCO, CA  94103 |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POWERED SCOOTER SHARE PROGRAM PERMIT | SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY<br>1 S VAN NESS AVE, 7TH FL<br>SAN FRANCISCO, CA  94103 |

| Debtor | Skinny Labs, Inc. | Case number (if known) | 23-20518 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOOTER PERMITTEE SIDEWALK TECHNOLOGY STANDARDS ATTESTATION FORM | SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY<br>1 S VAN NESS AVE, 7TH FL<br>SAN FRANCISCO, CA 94103 |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS AND CONDITIONS | SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY<br>1 S VAN NESS AVE, 7TH FL<br>SAN FRANCISCO, CA 94103 |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 5/11/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SANDWICK, NICHOLAS<br>ADDRESS ON FILE |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/23/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SANTA MARIA, TIMOTHY<br>ADDRESS ON FILE |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 5/6/2019 AND ALL RELATED AMENDMENTS | SCIO COMMERCE CENTER LLC<br>117 N 1ST ST. #80<br>ANN ARBOR, MI 48103 |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 8/4/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SCOTT, MICHAEL<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 6/7/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SEENEY, JAMES<br>ADDRESS ON FILE |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 10/4/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SHAULIS, BARRY<br>ADDRESS ON FILE |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/17/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SHEARER, EVERETT<br>ADDRESS ON FILE |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 2/17/2022 | SHEARER, EVERETT<br>ADDRESS ON FILE |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/5/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SIBRIAN, EMERSON<br>ADDRESS ON FILE |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT DTD 7/14/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SIMMONS, JACOB<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.
          (Name)                                                    Case number (if known)    23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 6/11/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SIMMONS, KHAMIAH<br>ADDRESS ON FILE |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER OF SIGNING BONUS DTD 5/26/2021 | SIMONE, JACK<br>ADDRESS ON FILE |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT DTD 5/26/2021 | SIMONE, JACK<br>ADDRESS ON FILE |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 6/23/2021 | SIMONEAU, ALEX<br>ADDRESS ON FILE |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT LETTER DTD 3/18/2022 | SIMONEAU, ALEX<br>ADDRESS ON FILE |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 1/30/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SIMPSON, KYLIE<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD COMMERCIAL LEASE DTD 5/31/2022 | SL6 FLA INDUSTRIAL, LP<br>3200 GRACIE KILTZ LN.<br>AUSTIN, TX  78758 |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/21/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SMITH, DEQUAN<br>ADDRESS ON FILE |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/25/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SMITH, D'WUAN<br>ADDRESS ON FILE |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 4/10/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SMITH, RICARDO<br>ADDRESS ON FILE |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT DTD 1/27/2023 AND ALL RELATED AMENDMENTS | SOFIA, LLC<br>3006 LINCOLN AVE.<br>RICHMOND, VA  23228 |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/6/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SOLES, JOSHUA<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 3/10/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | STAHLNECKER, JAKE<br>ADDRESS ON FILE |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATIONS PARTNER PILOT AGREEMENT DTD 6/6/2023 | STAT EXPERTS INC.<br>ATTN CEO<br>3918 VERO RD, STE B<br>BALTIMORE, MD 21227 |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FICTICIOUS NAME REGISTRATION NO G23000131555 | STATE OF FLORIDA<br>5050 W TENNESSEE STREET<br>TALLAHASSEE, FL 32399-0112 |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATE ENTITY STANDARD CONTRACT FORM CONTRACT NO AC-CB-0621 | STATE OF GEORGIA<br>424 E BROAD ST, RM 301<br>ATHENS, GA 30602 |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 7/20/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | STEICHMAN, BRIAN<br>ADDRESS ON FILE |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL/INDUSTRIAL LEASE DTD 10/25/2022 AND ALL RELATED AMENDMENTS | STEP4WARD GOLF PROPERTIES LLC<br>4801 W CRESTVIEW AVE.<br>STILLWATER, OK 74074 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/21/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | STEWART, DWAYNE<br>ADDRESS ON FILE |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER SIGNING BONUS DTD 5/21/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | STEWART, SHAWN<br>ADDRESS ON FILE |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/8/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | STRAND, DESHAWN<br>ADDRESS ON FILE |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVISED NOTICE OF INTENT TO AWARD LETTER DTD 7/8/2022 | SUPERPEDESTRIAN INC<br>84 HAMILTON ST<br>CAMBRIDGE, MA  02139 |
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/22/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SUTTON, GRANT<br>ADDRESS ON FILE |
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/17/2023 | TANORI, TIFFANY<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.
          (Name)

Case number (if known)  23-20518

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 7/12/2023 | TANORI, TIFFANY<br>ADDRESS ON FILE |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 2/24/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TCHORZYNSKI, PAUL<br>ADDRESS ON FILE |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/4/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TEJEDA, AGNES<br>ADDRESS ON FILE |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DTD 9/3/2021 | TEXAS STATE UNIVERSITY<br>C/O OFFICE OF PROCUREMENT & STRATEGIC SOURCING<br>ATTN DIR PROCUREMENT & STRATEGIC SOURCING<br>601 UNIVERSITY DR<br>SAN MARCOS, TX  78666 |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DTD 9/3/2021 | TEXAS STATE UNIVERSITY<br>C/O TRANSPORTATION SERVICES<br>ATTN ALEX VOGT<br>601 UNIVERSITY DR<br>SAN MARCOS, TX  78666 |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | TEXAS STATE UNIVERSITY<br>C/O TRANSPORTATION SERVICES<br>ATTN ALEX VOGT<br>601 UNIVERSITY DR<br>SAN MARCOS, TX  78666 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 TO AGREEMENT DTD 6/13/2022 | TEXAS STATE UNIVERSITY<br>OFFICE OF PROCURMENT AND STRATEGIC SOURCING<br>ATTN DIR PROCUREMENT & STRATEGIC SOURCING<br>601 UNIVERSITY DR<br>SAN MARCOS, TX  78666 |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 TO AGREEMENT DTD 4/26/2023 | TEXAS STATE UNIVERSITY<br>OFFICE OF PROCURMENT AND STRATEGIC SOURCING<br>ATTN DIR PROCUREMENT & STRATEGIC SOURCING<br>601 UNIVERSITY DR<br>SAN MARCOS, TX  78666 |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 1 TO AGREEMENT DTD 6/13/2022 | TEXAS STATE UNIVERSITY<br>TRANSPORTATION SERVICES<br>ATTN ALEX VOGT<br>SAN MARCOS, TX  78666 |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 TO AGREEMENT DTD 4/26/2023 | TEXAS STATE UNIVERSITY<br>TRANSPORTATION SERVICES<br>ATTN ALEX VOGT<br>SAN MARCOS, TX  78666 |
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHARED MOBILITY DEVICE SVS AGREEMENT | THE OHIO STATE UNIVERSITY<br>ATTN DIR FOR TRANSPORT/TRAFFIC MNGMNT<br>2500 KENNY RD<br>COLUMBUS, OH  43210 |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO 2 OF AGREEMENT | THE OHIO STATE UNIVERSITY<br>PROCUREMENT DEPT<br>2650 KENNY RD<br>COLUMBUS, OH  43210-1060 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT RENEWAL - UNIVERSITY OF AKRON DTD 7/7/ | THE UNIVERSITY OF AKRON<br>ATTN JARED COLEMAN, DIR PARKING & TRANSPORT SVCS<br>302 E BUCHTEL AVE<br>AKRON, OH  44325-6204 |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELECTRIC SCOOTER SHARE PROGRAM AGREEMENT DTD 7/30/2020 | THE UNIVERSITY OF AKRON<br>ATTN JARED COLEMAN, DIR PARKING & TRANSPORT SVCS<br>302 E BUCHTEL AVE<br>AKRON, OH  44325-6204 |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | THE WURSTA CORPORATION<br>ATTN MATT WURSTA<br>2614 S 5TH ST<br>ALLENTOWN, PA  18103 |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM AND AGREEMENT DTD 12/18/2020<br>MASTER SERVICES AGREEMENT | THE WURSTA CORPORATION<br>ATTN MATT WURSTA<br>2614 S 5TH ST<br>ALLENTOWN, PA  18103 |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF SEASONAL EMPLOYMENT DTD 6/14/2022<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | THOMPSON, MASON<br>ADDRESS ON FILE |
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT OFFER LETTER DTD 3/23/2022<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | THOMPSON, SAM<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 8/4/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TORPEY, CHRISTIAN ADDRESS ON FILE |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 6/26/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TORRES, JOSIEL SUAREZ ADDRESS ON FILE |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROMOBILITY SHARE PROGRAM AGREEMENT DTD 6/29/2022 | TOWNSHIP OF FERGUSON 3147 RESEARCH DR STATE COLLEGE, PA 16801 |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 8/18/2023 | TRAVIS D. STEPHENS AND TRENT D. STEPHENS ADDRESS ON FILE |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO OFFER | TRUONG, FRANCINE ADDRESS ON FILE |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF SEASONAL EMPLOYMENT DTD 5/5/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TUCKER, JANIA ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.                                                    Case number (if known)    23-20518
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 5/6/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TURLINGTON, JAKOBE ADDRESS ON FILE |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/9/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TURNER, LATRELL ADDRESS ON FILE |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 12/3/2021 | TWILIO INC 101 SPEAR ST, 1ST FL SAN FRANCISCO, CA  94105 |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 2/8/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TYLER, ARTICE ADDRESS ON FILE |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM/ OVERVIEW OF SPIN | UCSD 9500 GILMAN DR LA JOLLA, CA  92093 |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/26/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | UMO, MAX ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NEW ACCOUNT FORM | UNISHIPPERS<br>2700 COMMERCE ST STE 1500<br>DALLAS, TX 75226 |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELECTRIC MOTORIZED SCOOTERS & SCOOTER SHARE PROGRAMS | UNIVERSITY OF ARKANSAS<br>1 UNIVERSITY OF ARKANSAS<br>FAYETTEVILLE, AR 72701 |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASING AGREEMENT #SPIN-SD-21-0701 | UNIVERSITY OF CALIFORNIA<br>ATTN JOSH KAVANAGH, EXEC DIR<br>9500 GILMAN DR MC#0988<br>LA JOLLA, CA 92093 |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASING AGREEMENT #SPIN-SD-21-0701 | UNIVERSITY OF CALIFORNIA<br>ATTN TODD ADAMS, DIR STRATEGIC PROCUREMENT<br>9500 GILMAN DR MC#0914<br>LA JOLLA, CA 92093 |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELECTRIC SCOOTER SHARE PROGRAM PILOT AGREEMENT DTD 11/27/2019 | UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES<br>4000 CENTRAL FLORIDA BLVD<br>ORLANDO, FL 32816 |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER REGARDING ADDITIONAL RENEWAL TERM FOR ELECTRIC SCOOTER SHARE PILOT PROGRAM AGREEMENT | UNIVERSITY OF CENTRAL FLORIDA<br>4000 CENTRAL FLORIDA BLVD<br>ORLANDO, FL 32816 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIDE LETTER REGARDING RENEWAL OF ELECTRIC SCOOTER SHARE PILOT PROGRAM AGREEMENT DTD 10/23/2020 | UNIVERSITY OF CENTRAL FLORIDA<br>4000 CENTRAL FLORIDA BLVD<br>ORLANDO, FL 32816 |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT FOR PILOT SHARED MICROMOBILITY OPERATIONS DTD 6/3/2022 | UNIVERSITY OF FLORIDA BOARD OF TRUSTEES<br>ATTN SCOTT FOX, TRANSPORT/PARKING SVCS<br>1273 GALE LEMERAND DR<br>PO BOX 112325<br>GAINESVILLE, FL 32611-2325 |
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT FOR PILOT SHARED MICROMOBILITY OPERATIONS DTD 6/7/2023 | UNIVERSITY OF FLORIDA BOARD OF TRUSTEES<br>ATTN SCOTT FOX, TRANSPORT/PARKING SVCS<br>1273 GALE LEMERAND DR<br>PO BOX 112325<br>GAINESVILLE, FL 32611-2325 |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROMOBILITY SHARE PROGRAM AGREEMENT DTD 2/24/2023 | UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL<br>104 AIRPORT DRIVE CAMPUS BOX #1045<br>CHAPEL HILL, NC 27599 |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APPENDIX 1 - MICROMOBILITY SHARE PROGRAM AGREEMENT DTD 3/30/2022 | UNIVERSITY OF UTAH, THE<br>201 PRESIDENTS' CIR<br>SALT LAKE CITY, UT 84112 |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LICENSE ONLINE APPLICATION DTD 10/10/2023 | VACAVILLE, CALIFORNIA<br>650 MERCHANT ST.<br>VACAVILLE, CA 95688 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VANDERBILT UNIVERSITY TERMS AND CONDITIONS FOR OPERATORS OF DOCKLESS BIKE SHARE BICYCLES | VANDERBILT UNIVERSITY<br>2201 WEST END AVE<br>NASHVILLE, TN  37235 |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 8/12/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | VEACH, PETER<br>ADDRESS ON FILE |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 9/19/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | VELEZ, ESTEBAN<br>ADDRESS ON FILE |
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUSTOMER ORDER FORM - CONTRACT #120672 DTD 7/22/2021 | VELOCITYEHS<br>222 MERCHANDISE MART PLZ, STE 1750<br>CHICAGO, IL  60654 |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 10/28/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | VILLACORTA, EDWIN<br>ADDRESS ON FILE |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 1/18/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WAGNER, CRAIG<br>ADDRESS ON FILE |

Case 23-20518-CLC    Doc 16    Filed 01/19/24    Page 277 of 281

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.569 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER SEASONAL EMPLOYMENT DTD 5/22/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WALLACE, TODD<br>ADDRESS ON FILE |
| 2.570 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 5/23/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WALLACE, ZACK CANDLER<br>ADDRESS ON FILE |
| 2.571 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY SHARE PROGRAM AGREEMENT DTD 4/3/2023 | WALMART INC<br>702 SW 8TH ST<br>BENTONVILLE, AR  72716 |
| 2.572 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER SEASONAL EMPLOYMENT DTD 7/14/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WARD, TARNELL<br>ADDRESS ON FILE |
| 2.573 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY SHARE PROGRAM AGREEMENT DTD 9/14/2022 | WASHINGTON STATE UNIVERSITY<br>255 E MAIN ST<br>PULLMAN, WA  99163 |
| 2.574 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 8/1/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WATSON, BRANDON<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.    Case number (if known)    23-20518
           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 11/18/2020 | WEAREMAGMA GROUP INC<br>ATTN CEO<br>10120 W FLAMINGO RD, STE 4-1027<br>LAS VEGAS, NV  89147 |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK<br>RE: MSA DTD 11/18/2020 | WEAREMAGMA GROUP INC<br>ATTN CEO<br>10120 W FLAMINGO RD, STE 4-1027<br>LAS VEGAS, NV  89147 |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 7/14/2021<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WEBSTER, MICHELLE<br>ADDRESS ON FILE |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/9/2019<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WHITE, DANIEL<br>ADDRESS ON FILE |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/4/2021<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WHITFIELD, MAURICE<br>ADDRESS ON FILE |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/6/2023 | WHITLOCK, TIMOTHY<br>ADDRESS ON FILE |

Debtor    Skinny Labs, Inc.                                    Case number (if known)    23-20518

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 2/6/2023 | WHITLOCK, TIMOTHY<br>ADDRESS ON FILE |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF SEASONAL EMPLOYMENT LETTER DTD 6/13/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WILDER, BRANDEN<br>ADDRESS ON FILE |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 12/6/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WILLIAMS, JUSTIN<br>ADDRESS ON FILE |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/4/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WILLIAMS, LYNDON, JR<br>ADDRESS ON FILE |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 7/12/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WILLIAMS, RAHSAUN<br>ADDRESS ON FILE |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/1/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WILLIAMSON, DONTAE<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER OF EMPLOYMENT DTD 9/13/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WOLFE, NICHOLAS<br>ADDRESS ON FILE |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RATE CONFIRMATION DTD 7/9/2021 | WONOLO INC<br>25 TAYLOR ST<br>SAN FRANCISCO, CA  94102 |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT #00232530.0 DTD 10/28/2020 | WORKDAY INC<br>6110 STONERIDGE MAIL RD<br>PLEASANTON, CA  94588 |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 4/19/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | YANCEY, CLAYTON<br>ADDRESS ON FILE |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 3/24/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | YATES, CONNOR<br>ADDRESS ON FILE |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 2/5/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ZAMBRANA, SHAWN OWSLEY<br>ADDRESS ON FILE |

**Fill in this information to identify the case:**

Debtor _____Skinny Labs, Inc._____

United States Bankruptcy Court for the: _____Southern District of Florida_____

Case number _____23-20518_____
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1  BIRD GLOBAL, INC. | 392 NE 191ST STREET #20388 MIAMI, FL  33179 | TIER MOBILITY SE | ☑ D ☐ E/F ☐ G |
| 2.2  BIRD RIDES, INC. | 392 NE 191ST STREET #20388 MIAMI, FL  33179 | TIER MOBILITY SE | ☑ D ☐ E/F ☐ G |